**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

---------------------------------------------------------------------------x
:
In re: :
: Chapter 7
**IMAGE RENT A CAR, INC.,** :
: Case No. 11-42390
Debtor. :
---------------------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Image Rent A Car, Inc.,** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | | |
|---|---|---|
| Dated: | April 6, 2011 | /s/ Joseph Y. Balisok |
| | Brooklyn, New York | Joseph Y. Balisok |
| | | Signature of Attorney or Litigant |
| | | Counsel for Image Rent A Car, Inc. |



Law Office of Joseph Y. Balisok, LL.M. (Tax) PC
1650 Eastern Parkway, Ste 303
Brooklyn, NY 11233
Ph: (718) 928-9607 - Fax: (718) 559-6923