UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:   Chapter 7
         Case No: 11-42390-JBR

IMAGE RENT A CAR, INC.,

       Debtor.

---------------------------------------------------------------x

# ORDER APPROVING EMPLOYMENT OF
# LAMONICA HERBST & MANISCALCO, LLP
# AS ATTORNEYS FOR THE TRUSTEE

Upon the consideration of the application (the "Application") of Gregory Messer, Esq., the Interim Chapter 7 Trustee (the "Trustee") of the estate of Image Rent A Car, Inc. (the "Debtor"), seeking authority to employ LaMonica Herbst & Maniscalco, LLP ("LH&M") to represent the Trustee under a general retainer as his attorneys, and upon the affidavit of Gary F. Herbst, Esq., a member of LH&M, (the "Affidavit") which is attached to the Application, and it appearing that: (i) the employment of LH&M is necessary and would be in the best interests of the estate; (ii) LH&M is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code; and (iii) LH&M is a firm duly qualified to practice in the Courts of the State of New York and before this Court and that the firm represents no interest adverse to this estate, and no adverse interest appearing thereto and no additional notice being required, it is hereby

**ORDERED**, that in accordance with Section 327 of the Bankruptcy Code, LH&M be, and it hereby is authorized and empowered to represent the Trustee as his attorneys under a general retainer effective as of April 25, 2011; and, it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to LH&M for professional services rendered to the Trustee, except upon proper application and by further order of this Court.

NO OBJECTION:
*/s/ Marylou Martin       5/9/11*
Office of the United States Trustee
Marylou Martin

Dated: May 13, 2011
     Brooklyn, New York

                                                   Joel B. Rosenthal
                                       United States Bankruptcy Judge