UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re:                                                                                    Chapter 7
                                                                                          Case No.: 1-11-42390-jbr

IMAGE RENT A CAR, Inc.



     Debtor(s)
-------------------------------------------------------------------------x

## REQUEST OF DANIEL GERSHBURG, ESQ., P.C. FOR SERVICES OF NOTICES PURSUANT TO FED. R. BANKR. P. 2022(g)

     PLEASE TAKE NOTICE that Digby Adler Group, LLC., d/b/a/ Bandago (hereinafter referred to as "Bandago"), a creditor in the above captioned Chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109 (b) of title 11 of the United States Code, 11.U.S.C. §§101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Digby Adler Group, LLC. d/b/a Bandago
c/o Daniel Gershburg, Esq., P.C.
100 Church Street, 8th Floor
New York, NY 10007
Attn: Daniel Gershburg, Esq.
Telephone (718)989-0765
Fax: (718)228-8748
Email: Daniel@danielgershburg.com

Dated: New York, New York
      May 23, 2011

                                                                                 _____/s/_____
                                                      **By: DANIEL GERSHBURG**
                                                      DANIEL GERSHBURG ESQ., P.C.
                                                    Attorneys for Creditor
                                                    Digby Adler Group, L.L.C., d/b/a Bandago
                                                    100 Church Street, 8th Floor
                                                    New York, New York 10007
                                                    (718)989-0765