UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                          Chapter 7
                                                                Case No: 11-42390-JBR

IMAGE RENT A CAR, INC.,

        Debtor.
----------------------------------------------------------------x

**ORDER AUTHORIZING RETENTION OF LEONARD HARRIS, CPA**
**AS ACCOUNTANT TO THE TRUSTEE**

Upon the annexed application (the "Application") of Gregory Messer, Esq., the Chapter 7

Trustee of the estate of Image Rent A Car, Inc. (the "Debtor"), by his counsel, LaMonica Herbst &

Maniscalco, LLP, seeking authority from this Court to employ Leonard Harris, CPA ("Harris"), as

accountant to represent the Trustee, and upon the affidavit of Leonard Harris, CPA, (the

"Affidavit"), which is attached to the Application, and the Court being satisfied that: (i) Harris

neither represents nor holds any interest adverse to the Debtor, or to the estate with respect to

matters upon which he is to be engaged, except as set forth in the Affidavit; (ii) Harris  is a

"disinterested person" as that term is defined in §101(14) of the Bankruptcy Code; and (iii) the

employment of Harris  is necessary and would be in the best interests of these estates; it is now

hereby

**ORDERED**, the Trustee be, and it hereby is, authorized and empowered to employ Harris

as accountant, effective as of May 16, 2011, to represent him in all accounting matters during the

pendency of these proceedings; and, it is further

 

 

**ORDERED**, that compensation to Harris for professional services rendered to the Trustee shall be determined by this Court only upon a proper application having been made therefor.

Dated:  Brooklyn, New York
         June 20, 2011

NO OBJECTION:
*/s/ Marylou Martin*
Office of the United States Trustee



**Dated: June 27, 2011**
       **Brooklyn, New York**

          *Joel B. Rosenthal*
           **Joel B. Rosenthal**
       **United States Bankruptcy Judge**

2