# GERSHBURG

*Attorneys at Law* > GETTING IT DONE

*Daniel Gershburg, Esq.
*Danielle Spallino, Esq.
*Admitted in NY and NJ*

8/10/2011

**VIAFAX TO 347-39401865**
Chambers of the
Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza Ease
Brooklyn, NY 11201
Attn: Ms. Jackson

Re: Van Rental Co., Inc. 1-11-42391
Image Rent A Car, Inc., 1-11-42390

Dear Ms. Jackson:

This letter will serve as a request for an adjournment of the August 15th, 2011 hearing in connection with the Creditors Application for a Rule 2004 Order regarding the above referenced Debtor(s) to August 29th, 2011 at 9:30 a.m. Please be advised that Mr. Balisok has consented to the adjournment.

Thank you for your consideration and courtesy in this matter.

Sincerely,

_____/s/_____
Daniel Gershburg, Esq.

Cc: Joseph Balisok, Esq. (via fax at 718-906-5018)

Daniel Gershburg, Esq., P.C. | 100 Church Street, 8th floor  | 1400 Avenue Z, Suite 402 | tel 718.989.0765, fax 718.228.8748
                              New York, NY 10007                Brooklyn, NY 11235         www.danielgershburg.com
                                                                                           info@danielgershburg.com