## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X

**In Re:**

Image Rent A Car, Inc.

**Case Number** 11-42390-jbr
**Chapter 7**

**Adv. Proc. No:**
**Hearing Date:** 8/15/2011 @ 11:00 a.m.

**Debtor**
----------------------------------------------------X

### Proceeding Memorandum/Order

**Matter:**   [ECF #15] Motion for 2004 Examination
   [ECF #18]Motion Requesting an Adjournment

**MOVANT/PARTIES:**

**COURT ACTION:**
- ☐ **Granted**
- ☐ **Approved**
- ☐ **Moot**
- ☐ **Denied**
- ☐ **Denied Without Prejudice**
- ☐ **Withdrawn in Open Court**
- ☐ **Sustained**
- ☐ **Overruled**
- ☒ **Continued to:** August 30, 2011, at 1:00 p.m.
- ☐ **Proposed Order to be submitted by:**
- ☐ **Stipulation to be submitted by:**
- ☐ **Taken Under Advisement:**

It is hereby
ORDERED, that the Hearing on the Motion for 2004 Examination previously scheduled for August 15, 2011, at 11 a.m. is adjourned to August 30, 2011, at 1:00 p.m.



**Dated: August 12, 2011**
**Brooklyn, New York**

**Joel B. Rosenthal**
**United States Bankruptcy Judge**