# LAW OFFICE OF JOSEPH Y. BALISOK, LL.M. (Tax), P.C.

1650 EASTERN PARKWAY, SUITE 303                    Tel.:    (718) 928 - 9607
BROOKLYN, NY 11233                                 Fax:    (718) 534 - 9747
Email: jyb@balisoklawyers.com

August 15, 2011

Chambers of the Honorable Joel B. Rosenthal
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Attn: Angela Howard

**Re:    Image Rent A Car ("Debtor") - Case No. 11- 42391(JBR)**
**Van Rental Co., Inc. ("Debtor") - Case No. 11- 42390(JBR)**

Dear Ms. Howard:

This letter will serve as a request for an adjournment of the August 30, 2011 at 1:00 p.m. hearing in connection with Bandago's Application for a Rule 2004 Order regarding the Debtor to September 21, 2011 at 1:00 p.m. Please be advised that Mr. Gershburg has consented to the adjournment.

Thank you for your consideration and courtesy in this matter.

Sincerely,

/s/ Joseph Y. Balisok
Joseph Y. Balisok

cc:  Daniel Gershburg, Esq. (via fax: 718-228-8748)