# LAW OFFICE OF JOSEPH Y. BALISOK, LL.M. (Tax), P.C.

| | |
|---|---|
| 1650 EASTERN PARKWAY, SUITE 303 | Tel.:  (718) 928 - 9607 |
| BROOKLYN, NY 11233 | Fax:   (718) 534 - 9747 |
| Email: jyb@balisoklawyers.com | |

August 16, 2011

The Honorable Bankruptcy Judge Joel B. Rosenthal
Chambers of the Honorable Joel B. Rosenthal
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

    **Re:    Image Rent A Car, Inc., ("Debtor") - Case No. 11- 42391(JBR)**

To the Honorable Bankruptcy Court Judge Joel B. Rosenthal:

    The above Debtor respectfully requests that your Honor accept this letter as a request for an adjournment of the August 30, 2011 at 1:00 p.m. hearing in connection with Bandago's Application for a Rule 2004 Order regarding the Debtor to September 21, 2011 at 2:00 p.m.

    The Movant's Attorney, Mr. Daniel Gershburg, Esq., has consented to the adjournment.

    Thank you for your consideration and courtesy in this matter.


    Sincerely,

    /s/ Joseph Y. Balisok
    Joseph Y. Balisok


cc:  Daniel Gershburg, Esq. (via fax: 718-228-8748)