UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK                         Chapter 7

------------------------------------------------------------------------x

IN RE:                                                                              Case No.  11-42390

IMAGE RENT A CAR, INC.                                              **Hon. Joel B. Rosenthal**

                              Debtor

------------------------------------------------------------------------x

### ORDER PURSUANT TO BANKRUPTCY RULE 2004 GRANTING LEAVE TO ISSUE A SUBPOENA AND COMPEL ATTENDANCE AND SUBMISSION OF DOCUMENTARY EVIDENCE

Upon the Applications of Digby Adler Group, LLC., d/b/a/ Bandago, by its attorneys, Daniel Gershburg , Esq., P,C., for an Order granting it leave to issue a Subpoena compelling Shneior Zilberman as a representative of Image Rent A Car, Inc., to produce documentary evidence on a date certain and to submit to an examination on September 22, 2011 at 2:00 p.m., it is hereby

**ORDERED,** that the Applications are granted pursuant to Bankruptcy Rule 2004: (i) compelling the production of documentary evidence from Shneior Zilberman and a representative of Image Rent A Car, Inc., to be received by the law offices of Daniel Gershburg Esq., P,C., 100 Church Street, 8th Floor, New York, New York 10007, on or before September 15, 2011; and (ii) compelling the attendance of Shneior Zilberman as a representative of Image Rent A Car, Inc., to submit to an examination, at the law offices of Daniel Gershburg Esq., P,C., 100 Church Street, 8th Floor, New York, New York 10007 at 2:00 pm on September 22, 2011; and it is further

**ORDERED**, that Daniel Gershburg Esq., P,C., or its counsel are permitted to issue a Subpoena conforming with the directives of this Order upon Shneior Zilberman and Image Rent

A Car, Inc., c/o Joesph Y. Balisok, Esq., Law Office of Joseph Y. Balisok, Attorneys for Shneior Zilberman and Image Rent A Car, Inc., at their address located at 1650 Eastern Parkway, Brooklyn, New York 11233, via overnight mail in the form annexed hereto as **Exhibit "C"**; and it is further

**ORDERED**, that Daniel Gershburg Esq., P,C, or its counsel is permitted to record the examination by any means, electronic or mechanical, tape recorder or other audio recording device which utilizes cassette, audiotape, or disk, with said recording device to be operated by an employee of counsel for Movant. Each counsel may, at its own expense, arrange to have a qualified Court Reporter record the testimony simultaneously with the tape recorder and transcribe the same simultaneously with the tape recorder and transcribe the same simultaneously.

**SO ORDERED**



**Dated: September 21, 2011**
**Brooklyn, New York**

_____
**Joel B. Rosenthal**
**United States Bankruptcy Judge**