United States Bankruptcy Court
Eastern District of New York

In re:                                                                  Case No. 11-42390-jbr
Image Rent A Car, Inc.                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1         User: acruz              Page 1 of 1            Date Rcvd: Oct 26, 2011
                             Form ID: 178             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2011.
db        +Image Rent A Car, Inc.,   391 Empire Blvd,   Brooklyn, NY 11225-3201
aty       +Joseph Y Balisok,   1650 Eastern Parkway,   Ste 303,   Brooklyn, NY 11233-4804
aty       +LaMonica Herbst & Maniscalco, LLP,   3305 Jerusalem Avenue,   Wantagh, NY 11793-2028
smg       +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
           Brooklyn, NY 11201-3719
smg       +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg       +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
           Albany, NY 12240-0001
7127434   +Crown Travel,   331 Kingston Avenue,   Brooklyn, NY 11213-4329
7127435   +Digby Adler Group, LLC D/B/A Bandago,   2200 Cesar Chavez # 16,   San Francisco, CA 94124-1002
7221287   +Digby Adler Group, LLC. d/b/a Bandago,   c/o Daniel Gershburg, Esq., P.C.,
           100 Church Street, 8th Floor,   New York, NY 10007-2621
7127436    Gad Sebag,   1449 Carroll Brooklyn NY 11213,   Brooklyn, NY  11213
7127437   +Kronenburger Burgoyne, LLP,   150 Post Street, Suite 520,   San Fransisco, CA 94108-4707
7127438   +Leasing Direct, Inc.,   1547 Union Street, Ste B,   Brooklyn, NY 11213-4448
7127439   +Levi Huebner,   478 Malbone St # 100,   Brooklyn, NY 11225-3200
7127440   +Menachem Mendel Shneurson,   719 Eastern Parkway,   Brooklyn, NY 11213-3482
7242405   +NYC Dept of Finance,   TAPE Division,   345 Adams Street, 5th FL,   Brooklyn, NY 11201-3719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg       +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Oct 26 2011 18:25:22     United States Trustee,
           Office of the United States Trustee,   271 Cadman Plaza East,   Brooklyn, NY 11201-1833
                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2011**                    **Signature:**

# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

---

IN RE:                                                                              CASE NO: 1–11–42390–jbr

    Image Rent A Car, Inc.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:          CHAPTER: 7

    26–0351094

              DEBTOR(s)

---

## NOTICE OF DISCOVERY OF ASSETS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate.  Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before January 24, 2012** .

A Proof of Claim form "Official Form B10" can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx)or at any Bankruptcy Clerk's Office.

Proofs of claim may be filed over the Internet, on CD–ROM, on diskette or in paper form. To file a proof of claim over the internet, you must be an Electronic Case Filing account holder. If you are not a current account holder and wish to obtain a Limited Access Creditor Password to file claims, please complete the Limited Access Password Application and return it to the address on the bottom of the application form. The application can be accessed on the court's website www.nyeb.uscourts.gov, click on Information for Creditors and Electronic Case Filing.

Dated: October 26, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdas.jsp** [Discovery of Assets rev. 09/14/11]