EXHIBIT "A"



October 31, 2009 through November 30, 2009

Account Number: 000000745581611

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/10 | Online Wire Transfer Via: Tcf Mpls/291070001 A/C: Tcf Equipment Finance Minnetonka MN 55305 USA Ref: 59195 October 2009/Bnf/59195 October 2009 Imad: 1110B1Qgc02C003243 Trn: 0365900314Es | 5,189.63 |
| 11/10 | Online Payment 695689555 To Gmr Claims, Inc | 100.00 |
| 11/10 | Paypal      Inst Xfer  568223X8Uyx82  Web ID: Paypalsi66 | 29.95 |
| 11/10 | JPMorgan Chase  Auth Debit 276684129    CCD ID: 9200502233 | 0.31 |
| 11/12 | Online Transfer To  Chk Xxxxx1603 Transaction#: 277633072 | 1,500.00 |
| 11/12 | Online Payment 639752626 To Ford Credit | 563.21 |
| 11/12 | Online Transfer To  Chk Xxxxx1595 Transaction#: 277633219 | 500.00 |
| 11/13 | Online Payment 640541294 To Bmw Financial Services | 1,526.84 |
| 11/13 | Online Payment 639752627 To Chase Cardmember Services | 228.00 |
| 11/13 | Paypal      Inst Xfer  568223Xe2Wh3A  Web ID: Paypalsi66 | 10.00 |
| 11/13 | Paypal      Inst Xfer  568223Xe66Vu2  Web ID: Paypalsi66 | 1.00 |
| 11/16 | Wire Online Domestic Fee | 20.00 |
| 11/16 | Online Payroll: Monthly Service Fee | 10.00 |
| 11/16 | Online Wire Transfer Via: Citibank/0008 A/C: Citi Capital New York NY 10043 USA Ref: Adir Plaza 45012/Bnf/Adir Plaza Ssn: 0371934 Trn: 1360600320Es | 44,666.19 |
| 11/16 | Online Payment 636997931 To GMAC Esv4 Acct 103-9149-16451 | 1,311.65 |
| 11/17 | Online Transfer To  Chk Xxxxx6596 Transaction#: 280077295 | 7,450.00 |
| 11/17 | Bkcd Processing  Bkcd Depst 274800004484     CCD ID: 1469221406 | 301.21 |
| 11/17 | Online Transfer To  Chk Xxxxx1595 Transaction#: 280105501 | 250.00 |
| 11/18 | Online Payment 641987590 To Chrysler Financial | 1,217.71 |
| 11/18 | Online Payment 700684461 To Toyota Financial Services | 1,129.62 |
| 11/18 | Online Payment 700684455 To Toyota Financial Service | 851.92 |
| 11/18 | Online Payment 641987591 To Bank of America, N.A. | 741.00 |
| 11/19 | NJ S&U Web Pmt   NJ S&U Pmt B260351094000    CCD ID: 1400000000 | 1,949.63 |
| 11/19 | Fla Dept Revenue C01      000000015141626 CCD ID: 7596001874 | 691.86 |
| 11/19 | Fla Dept Revenue C01      000000013945268 CCD ID: 7596001874 | 667.31 |
| 11/19 | Online Payment 696073460 To Verizon | 215.55 |
| 11/19 | Fla Dept Revenue C38      000000013945268 CCD ID: L596001874 | 190.00 |
| 11/19 | Fla Dept Revenue C38      000000015141626 CCD ID: L596001874 | 122.00 |
| 11/19 | Online Payment 696797109 To Cablevision | 84.85 |
| 11/19 | Online Payment 696797101 To Cablevision | 74.90 |
| 11/19 | Online Payment 644191607 To Action Carting | 71.10 |
| 11/19 | Paypal       Inst Xfer  568223Xqkwscj  Web ID: Paypalsi66 | 0.01 |
| 11/20 | Online Transfer To  Chk Xxxxx1603 Transaction#: 281465507 | 7,500.00 |
| 11/20 | Online Payment 644191608 To American Express | 31.30 |
| 11/20 | Online Payment 644191605 To American Express | 25.00 |
| 11/20 | Paypal       Inst Xfer  568223Xsdjcvq  Web ID: Paypalsi66 | 20.00 |
| 11/23 | Financial Management Software: Monthly Service Fee | 9.95 |
| 11/24 | Online Transfer To  Chk Xxxxx1603 Transaction#: 282984473 | 4,000.00 |
| 11/24 | Equipment Leasin Lease Pmts      PPD ID: 1811483801 | 1,946.50 |
| 11/24 | Equipment Leasin Lease Pmts      PPD ID: 1811483801 | 875.60 |
| 11/24 | Online Payment 685636697 To Bank of America | 300.00 |
| 11/24 | Online Payment 644191604 To Staples | 150.00 |
| 11/25 | Incoming Domestic Wire Fee | 15.00 |
| 11/25 | Online Payment 643139777 To Bank of America | 2,067.34 |
| 11/25 | Online Payment 685636696 To Ford Credit | 1,373.00 |





October 01, 2009 through October 30, 2009
Account Number: 000000745581611

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/08 | Online Payment 621051934 To American Express | 25.00 |
| 10/09 | Paypal       Echeck    568223Vrs8Vuu   Web ID: Paypalec77 | 512.08 |
| 10/13 | Wire Online Domestic Fee | 20.00 |
| 10/13 | Wire Online Domestic Fee | 20.00 |
| 10/13 | Online Wire Transfer Via: Fnb Omaha/104000016 A/C: Empire Fire & Marine Ins CO Omaha NE 68103 USA Ref: Sf229617 Sf229610 NY And Florida/Bnf/Sf229617 Sf229610 NY And Florida/Time/11:45 Imad: 1013B1Qgc04C005597 Trn: 0715900286Es | 31,333.91 |
| 10/13 | Online Wire Transfer Via: Tcf Mpls/291070001 A/C: Tcf Equipment Finance Minnetonka MN 55305 USA Ref: Lease 059195 Dot 26 Vin 658237 And Lease 059195 Dot 27 Payoff Vin 654826/Bnf/Lease 059195 Dot 26 Vin 658237And Lease 059195 Dot 27 Payoimad: 1013B1Qgc04C005662 Trn: 0728900286Es | 14,000.00 |
| 10/13 | Online Transfer To  Chk Xxxxx1603 Transaction#: 264719340 | 3,000.00 |
| 10/13 | Toyota      Pay Tfs         PPD ID: 9200602022 | 1,704.43 |
| 10/13 | Online Payment 638401642 To Spotless Car Wash | 1,118.71 |
| 10/13 | Toyota      Pay Tfs         PPD ID: 9200602022 | 861.92 |
| 10/13 | Online Transfer To  Chk Xxxxx1595 Transaction#: 264764013 | 500.00 |
| 10/13 | Online Payment 622885646 To Toyota Motor Credit | 481.63 |
| 10/13 | Online Payment 638911090 To Deer Park Water | 44.02 |
| 10/14 | Wire Online Domestic Fee | 20.00 |
| 10/14 | Online Wire Transfer Via: Citibank/0008 A/C: Citi Capital New York NY 10043 USA Ref: Adir Plaza 45012 9 30 2009 Statement/Bnf/Adir Plaza 45012 9 30 2009 Statement Ssn: 0117556 Trn: 0763500286Es | 46,388.20 |
| 10/14 | Withdrawal | 6,047.75 |
| 10/14 | Online Payment 623478713 To Ford Credit | 563.21 |
| 10/14 | Online Payment 622885645 To Chase Cardmember Services | 228.00 |
| 10/14 | Online Payment 639284990 To Gmr Claims, Inc | 100.00 |
| 10/14 | American Express Web Remit  091014061133102 Web ID: 2005032111 | 95.86 |
| 10/14 | Online Payment 639308751 To Sprint | 15.43 |
| 10/15 | Wire Online Domestic Fee | 20.00 |
| 10/15 | Online Payroll: Monthly Service Fee | 10.00 |
| 10/15 | Online Wire Transfer Via: Citibank/0008 A/C: Citi Capital New York NY 10043 USA Ref: Adir Plaza 1Fbss31L07Da30989 Loan ID 551510 Account 45012/Bnf/Adir Plaza 1Fbss31L07Da30989 Loan ID 551510 Account 45012 Ssn: 0294782 Trn: 0377800288Es | 7,881.00 |
| 10/15 | Citi Card Online Payment    123093464178102 Web ID: Citictp | 1,600.00 |
| 10/15 | Online Payment 624184327 To Bmw Financial Services | 1,526.84 |
| 10/15 | Online Payment 555397215 To Tower Risk Management | 1,204.05 |
| 10/15 | Chase       Epay       803873745      Web ID: 5760039224 | 1,000.00 |
| 10/15 | Vz Wireless Ve   Vzw Webpay 2902268      Tel ID: 0000751800 | 177.60 |
| 10/15 | Online Payment 640149776 To Gmr Claims, Inc | 100.00 |
| 10/16 | American Express Web Remit  091016062996320 Web ID: 2005032111 | 1,863.39 |
| 10/16 | Bkcd Processing  Bkcd Depst 274800004492     CCD ID: 1469221406 | 1,399.89 |
| 10/16 | Online Payment 626661412 To Chrysler Financial | 1,218.15 |
| 10/16 | Online Payment 626661413 To Bank of America, N.A. | 741.00 |
| 10/19 | Online Payment 635566085 To Sprint | 7.04 |
| 10/20 | Online Payment 626661414 To Bank of America | 2,067.34 |
| 10/20 | NJ S&U Web Pmt   NJ S&U Pmt B260351094000   CCD ID: 1400000000 | 1,527.88 |
| 10/20 | Online Transfer To  Chk Xxxxx1595 Transaction#: 267335759 | 500.00 |
| 10/20 | Fla Dept Revenue C01     000000015141626 CCD ID: 7596001874 | 407.23 |
| 10/20 | Fla Dept Revenue C01     000000013945268 CCD ID: 7596001874 | 407.23 |



**CHASE**

October 01, 2009 through October 30, 2009
Account Number: 000000745581611

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/20 | Fla Dept Revenue C01    000000013945268 CCD ID: 7596001874 | 344.97 |
| 10/20 | Online Payment 638863737 To Cablevision | 156.61 |
| 10/20 | Online Payment 642851249 To Staples Credit Plan | 97.36 |
| 10/20 | Fla Dept Revenue C38    000000015141626 CCD ID: L596001874 | 72.00 |
| 10/20 | Fla Dept Revenue C38    000000013945268 CCD ID: L596001874 | 72.00 |
| 10/20 | Fla Dept Revenue C38    000000013945268 CCD ID: L596001874 | 70.00 |
| 10/21 | Online Transfer To  Chk Xxxxx1603 Transaction#: 267691563 | 12,600.00 |
| 10/21 | American Express Web Remit  091021061416252 Web ID: 2005032111 | 2,358.69 |
| 10/21 | Online Transfer To  Chk Xxxxx1595 Transaction#: 267760787 | 500.00 |
| 10/21 | Online Payment 638861928 To Cablevision | 138.77 |
| 10/21 | Online Payment 635564628 To AT&T | 114.92 |
| 10/22 | Wire Online Domestic Fee | 20.00 |
| 10/22 | Financial Management Software: Monthly Service Fee | 9.95 |
| 10/22 | Online Wire Transfer Via: Citibank/0008 A/C: Citi Capital New York NY 10043 USA Ref: Adir Plaza Act 45012 Serial No Is 128634 Vin Is 1Gbgg29K291128634 Unit No Is P9Lv13 Please Send Lien Release Asap Ssn: 0323440 Trn: 0870000295Es | 33,253.91 |
| 10/22 | Equipment Leasin Lease Pmts    PPD ID: 1811483801 | 1,946.50 |
| 10/22 | Merch Svc   Bkcrd Chbk 899000000888683 CCD ID: 1246827607 | 869.20 |
| 10/22 | Online Payment 636003921 To Consolidated Edison | 414.01 |
| 10/22 | Online Payment 628795033 To Staples | 150.00 |
| 10/22 | Online Payment 627760213 To Action Carting | 90.69 |
| 10/22 | Online Payment 642308384 To American Express | 31.30 |
| 10/22 | Online Payment 627760211 To American Express | 25.00 |
| 10/23 | Online Payment 631426269 To Hampton Inn | 2,200.00 |
| 10/23 | Bkcd Processing  Bkcd Depst 274800004492    CCD ID: 1469221406 | 530.09 |
| 10/23 | Online Payment 628238463 To Ituran USA Inc | 280.00 |
| 10/23 | Online Payment 636006926 To Verizon | 63.39 |
| 10/26 | Online Payment 628795032 To Ford Credit | 1,373.00 |
| 10/26 | Equipment Leasin Lease Pmts    PPD ID: 1811483801 | 875.60 |
| 10/26 | Online Payment 630122445 To Bank of America | 300.00 |
| 10/26 | Online Payment 628795034 To Bank of America | 175.00 |
| 10/26 | Travelers Insur  Insurance 984054042    Tel ID: 4060566050 | 105.42 |
| 10/28 | Citi Card Online Payment    123104730460558 Web ID: Citictp | 886.98 |
| 10/28 | Online Payment 686577044 To Verizon | 760.64 |
| 10/28 | Online Payment 686577031 To Sprint | 709.74 |
| 10/28 | Citi Card Online Payment    133104731476223 Web ID: Citictp | 613.02 |
| 10/28 | Online Payment 630750300 To Chase Card Services | 170.00 |
| 10/28 | Online Payment 686577042 To Verizon | 100.50 |
| 10/28 | Online Payment 686577027 To Bank of America Visa | 27.00 |
| 10/28 | Online Payment 686577036 To Sprint | 7.36 |
| 10/29 | Online Payment 630750298 To Diamler Chrysler Financial | 1,205.98 |
| 10/29 | Online Payment 630750299 To Diamler Chrysler | 1,192.67 |
| 10/29 | Online Payment 687130651 To Bluebird | 885.00 |
| 10/29 | Online Payment 632027065 To Chrysler | 595.33 |
| 10/29 | Online Payment 632027061 To Chrysler Financial Corporation | 466.58 |
| 10/29 | Online Payment 631305009 To Toyota Motor Credit | 451.73 |
| 10/29 | Online Payment 632027060 To Chrysler Financial Corporation | 436.58 |
| 10/29 | Online Payment 631305010 To Card Services | 100.00 |





# CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

February 27, 2010 through March 31, 2010
Account Number: 000000745581611

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000958 DRE 802 152 09110 - NNNNN T 1 000000000 69 0000

IMAGE RENT A CAR INC
391 EMPIRE BLVD
BROOKLYN NY 11225-3201



## We added a new section to your statement......

To make it easier to keep track of your transactions, we added a new section to your statement called "Electronic Withdrawals". This section provides the transaction details for things like automatic payments, account transfers and online bill payments, along with other electronic transactions.

In addition we also:
- Added the "Electronic Withdrawals" to your Checking Summary at the beginning of your statement.
- Renamed the "Other Withdrawals, Fees and Charges" section to "Fees and Other Withdrawals".

Please call us at 1-800-CHASE38 (1-800-242-7338) if you have any questions.

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,177.81 |
| Deposits and Additions | 117 | 244,294.79 |
| Checks Paid | 33 | - 25,761.06 |
| ATM & Debit Card Withdrawals | 14 | - 2,655.67 |
| Electronic Withdrawals | 72 | - 177,633.80 |
| Fees and Other Withdrawals | 14 | - 1,198.35 |
| Ending Balance | 250 | $47,223.72 |

Your monthly service fee was waived because you maintained an average checking balance of $7,500 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 03/01 | Deposit 676270216 | | | $3,330.20 |
| 03/01 | Deposit 515783763 | | | 400.00 |
| 03/01 | American Express Settlement Main | CCD ID: 1134992250 | | 1,516.82 |
| 03/01 | Bkcd Processing Bkcd Depst 274800004484 | CCD ID: 1469221406 | | 1,276.66 |
| 03/01 | American Express Settlement Jfk | CCD ID: 1134992250 | | 1,021.59 |
| 03/01 | Bkcd Processing Bkcd Depst 274800004492 | CCD ID: 1469221406 | | 472.31 |