**Barbie Lieber**

| | |
|---|---|
| **From:** | david [davidlipsker@gmail.com] |
| **Sent:** | Thursday, July 25, 2013 1:12 PM |
| **To:** | barbie@lieberlegal.com |
| **Subject:** | Re: fraudulent use of adir group inc and group travel solutions inc by image and zilberman. |

please call me re use of our 2 corporations with out our permission
in the bankruptcy proceedings

On Wed, Jul 24, 2013 at 3:25 PM, david <davidlipsker@gmail.com> wrote:
Re  Fraudulent use of 2 corporations hijacked from our office by
shneior zilberman and image rent a car, for working a fraud on the
bankruptcy court in
re;
Chapter 7 Case No. 11-42390 (NHL)
Adv. Pro. No. 12-01288 (NHL)
STIPULATION AND ORDER BY AND
BETWEEN THE TRUSTEE AND THE
DEFENDANTS RESOLVING CERTAIN CLAIMS

Please be on notice that the sole officer and director of both  Adir Group Inc and Group Travel Solutions Inc
both NY corporations,
is the undersigned.  The use of these 2 cos in Bankruptcy proceedings is a fraudulent use.  The undersigned sole
officer of these
2 cos did not give his permission or authorization for such use.  we demand that as officers of the court you
immediately do a due
diligence with the secretary of state, and advise the court  of this notice to you.  Pleas e advise us that you have
noticed the court .

d. david baksht ceo pres of
group travel solutions inc, and
adir group inc both NY cos.
719 eastern pkwy st 3
bklyn ny 1131

--
National Trademarks
718 363 9505 tel

--
National Trademarks
718 363 9505 tel

1

**Barbie Lieber**

| | |
|---|---|
| **From:** | david [davidlipsker@gmail.com] |
| **Sent:** | Thursday, July 25, 2013 1:17 PM |
| **To:** | barbie@lieberlegal.com |
| **Subject:** | Re: group travel solutions inc dismisal of somerstein as attny (davidlipsker@gmail.co) |
| **Attachments:** | adir.pdf |

On Thu, Jul 25, 2013 at 2:16 PM, david <davidlipsker@gmail.com> wrote:
p;ease see attached, the dismissal of somerstein as attny for group travel solutions inc.
please call for further information on the fraud zilberman has worked on the creditors.
david.
7183639505

---------- Forwarded message ----------
From: **david** <davidlipsker@gmail.com>
Date: Tue, Jul 23, 2013 at 12:23 PM
Subject: Fwd: group travel solutions inc dismisal of somerstein as attny (davidlipsker@gmail.com)
To: sas@53ppwlaw.com

---------- Forwarded message ----------
From: **david david (Google Drive)** <davidlipsker@gmail.com>
Date: Tue, Jul 23, 2013 at 12:03 PM
Subject: group travel solutions inc dismisal of somerstein as attny (davidlipsker@gmail.com)
To: davidlipsker@gmail.com
Cc: daniel@danielgershburg.com

Attached: adir

dismissal of somerstein fro group travel solutions inc
☒ adir

Google Drive: create, share, and keep all your stuff in one place.

☒

--
National Trademarks
718 363 9505 tel

1

**Barbie Lieber**

| | |
|---|---|
| **From:** | Sharky Laguana [bandago@gmail.com] |
| **Sent:** | Tuesday, July 30, 2013 5:52 PM |
| **To:** | Barbie Lieber |
| **Subject:** | Fwd: Group Travel, Inc |

-----Original Message-----
**From:** david [mailto:davidlipsker@gmail.com]
**Sent:** Sunday, July 28, 2013 07:58 PM
**To:** 'Stephen Somerstein'
**Subject:** Re: Group Travel, Inc

S. Somerstein Esq.

surely your client did not forbid you from doing a due diligence check as required
by r 11. you surely would not have agreed to such a restriction. you are probably
aware that NY busin. law require any assignments of shares in a corporation to be
by written instruments. and unless someone has forged my signature then there
is no such instrument. i have never assigned ant rights to group travel solutions inc
or to adir group inc, both NY cos, to any of your clients, naim philips or shneior
zilberman or image rent a car. use of these corporations by your clients is a serious
fraud fraud being worked on the court and on the creditors and on the creditors att -
orneys and on the trustee and on me and my cos and i might add on you too. your
clients have no right to risk you reputation on this.

-----------------------------------------------------------------------------------------------------------------------

On Thu, Jul 25, 2013 at 1:57 PM, Stephen Somerstein <sas@53ppwlaw.com> wrote:

Dear Mr. Baksht:


Please be advised that my client has not authorized me to negotiate with you. Hence, I will not be returning your
telephone calls or responding to e-mails from you.


Any matters you wish to raise will be heard and determined by Judge Lord in the United States Bankruptcy
Court for the Eastern District of New York or in any other forum that may appear appropriate.


Very truly yours,


Stephen A. Somerstein

1

Attorney at Law

53 Prospect Park West

Brooklyn, NY 11215

(718)788-4700-Voice

(718)788-4710-FAX

sas@53ppwlaw.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any dissemination or copying of this material, or taking of any action by anyone other than the intended recipient, is strictly prohibited. If you received this in error, please contact the sender by reply email and delete it from your system.

--
National Trademarks
718 363 9505 tel

**Barbie Lieber**

| | |
|---|---|
| **From:** | david [davidlipsker@gmail.com] |
| **Sent:** | Thursday, July 25, 2013 1:28 PM |
| **To:** | barbie@lieberlegal.com |
| **Subject:** | Re: group travel solutions inc hijacking and fraud by zilberman and image rent a car |

this corporation was hijacked from us by shneior zilberman to perpetrate a fraud on the court and the creditors

we do not authorize any permission to use our corporation in any settlement agreement. as an officer of the court

it is incumbent on you to notify the court of this communication. d david baksht, ceo pres of group travel solutions inc

we have fired mr somerstein from any representation of this co, but he refuses to admit that he did not do his rule 11

due dillegence and was hired by a hijacker of this corporation

# NYS Department of State

## Division of Corporations

## Entity Information

**The information contained in this database is current through July 22, 2013.**

Selected Entity Name: GROUP TRAVEL SOLUTION INC.

### Selected Entity Status Information

**Current Entity Name:** GROUP TRAVEL SOLUTION INC.

**DOS ID #:** 3942120

**Initial DOS Filing Date:** APRIL 27, 2010

**County:** KINGS

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC BUSINESS CORPORATION

**Current Entity Status:** ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
GROUP TRAVEL SOLUTION INC.
719 EASTERN PKST3 ASSOC

1

BKLYN, NEW YORK, 11213

### Chief Executive Officer

D. BAKSHT, PRES., SECTY, CEO
719 EASTERN PKWAY
BKLYN, NEW YORK, 11213

### Principal Executive Office

GROUP TRAVEL SOLUTION INC
719 EASTERN PKWAY
D BAKSHT PRES., CEO
BKLYN, NEW YORK, 11213

### Registered Agent

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|-------------|---------------|-------------------|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|-------------|-----------|-------------|
| APR 27, 2010 | Actual | GROUP TRAVEL SOLUTION INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

--
National Trademarks
718 363 9505 tel

**Barbie Lieber**

| | |
|---|---|
| **From:** | david [davidlipsker@gmail.com] |
| **Sent:** | Thursday, July 25, 2013 1:37 PM |
| **To:** | barbie@lieberlegal.com |
| **Subject:** | zilberman and image rent a car fraud on the court and creditors, the hijacking of 2 corporations by zilberman and image |

it is incumbent on you as an officer of the court to do a due diligence rule 11 check on the 2 corporations that shneior zilberman and image rent a car inc are using for settlement in the bankruptcy case re image rent a car, shneior zilberman, gad sebag adir group inc, group travel solutions inc, et al

the 2 corporations, adir group, inc. and group travel solutions, inc, were stolen from us by shneior zilberman.

a quick search of the secretary of state records on line will demonstrate that neither image rent a car inc nor shneior zilberman are associated with the 2 corporations.

we think it appropriate that as an officer of the court you advise Judge Lord

--
National Trademarks
718 363 9505 tel

1

**Barbie Lieber**

| | |
|---|---|
| **From:** | bandago@gmail.com on behalf of Sharky Laguana [Sharky@bandago.com] |
| **Sent:** | Tuesday, July 30, 2013 3:43 PM |
| **To:** | Barbie Lieber |
| **Subject:** | Fwd: adir dismissal attny. notice to 2nd lawyer forward |

---------- Forwarded message ----------
From: **david** <davidlipsker@gmail.com>
Date: Wed, Jul 24, 2013 at 2:38 PM
Subject: Re: adir dismissal attny.
To: rmwlaw@att.net

# ADIR GROUP, INC

## 719 EASTERN PKWAY, ST3, BKLYN, NY, 11213

### 718 363 9505

**Bruce Weiner**
Rosenberg Musso & Weiner LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242
(718) 855-6840
Fax : 718-625-1966
Email: rmwlaw@att.net

### notice of your dismissal as attorney for Adir Group, Inc.

Please take this as an official notice to you that you are dismissed as attorney for Adir Group Inc. You never had authority from Adir Group,Inc. to represent it or its interests., and further, if you think that you had such authority, then, such authority is hereby withdrawn. You are to take no further actions or representations on its behalf.

D. David Baksht , Pres., Ceo
Adir Group, Inc.
719 Eastern Pkway, St. 3
Bklyn, NY, 11213
7188 363 9505 tel

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 29, 2013.

Selected Entity Name: ADIR GROUP INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | ADIR GROUP INC. |
| **DOS ID #:** | 3918433 |
| **Initial DOS Filing Date:** | MARCH 02, 2010 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

ASSOCIATED BUSINESS CONSULT INC
719 EASTERN PK ST3
BKLYN, NEW YORK, 11213

**Chief Executive Officer**

D. BAKSHT, PRES., CEO
719 EASTERN PKWAY
719 EASTERN PKWY ST3
BKLYN, NEW YORK, 11213

**Principal Executive Office**

ADIR GROUP,,INC.
719 EASTERN PKWAY ST 3
CO D. BAKSHT, PRES., CEO
BKLYN, NEW YORK, 11213

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders

or directors of nonprofessional corporations except
the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|-------------|---------------|-------------------|
| 200         | No Par Value  |                   |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date   | Name Type | Entity Name      |
|---------------|-----------|------------------|
| MAR 02, 2010  | Actual    | ADIR GROUP INC.  |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in
New York State. The entity must use the fictitious name when conducting its activities or business in
New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS
Homepage  |  Contact Us

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1-11-42390 NHL

IN RE;
IMAGE RENT A CAR INC.
GROUP TRAVEL SOLUTION, INC
ADIR GROUP, INC, GAD SEBAG
SHNEIOR ZILBERMAN, ADIR RENT
A CAR, INC, ET AL

## AFFIDAVIT IN OPPOSITION TO SETTLEMENT AGREEMENT

Come now Group Travel Solution, Inc. and , Adir Group, Inc, by and through the undersigned
C.E.O. and President of these Corporations and file their opposition to the entry of settlement in
this bankruptcy proceedings, and as grounds for the opposition state
as follows;

Group Travel Solution Inc  and Adir group Inc. have  never authorised any  settlement of this
case, nor  have any of these Corporations whose one hundred percent 100% of shares are
owned by the undersigned ever authorised negotiation for settlement of this case.

Group Travel Solution Inc., has never authorised  its representation by Stephen Somerstein
Esq., who is a criminal Attorney, to represent it in any capacity.  Group Travel Solution, Inc. has
sent a dismissal letter to  Attorney  Somerstein  advising him that he was never hired by Group
Travel Solution Inc., and that if he thought for any reason that he had authority to represent
Group Travel Solution, Inc. then,  that authority is hereby revoked, nunc pro tunc the date of his
hiring. (see att Exhib. 1)

Adir Group, inc has never authorised Bruce Weiler Esq. to represent  it in any capacity. Adir
Group, Inc has sent a dismissall letter to Attorney Bruce Weiner, and , to the firm of Rosenberg
Musso & Weiner LLP advising them that they were never hired by Adir Group, Inc., and
that if they thought  that for any reason they had such authority, then that authority is hereby
terminated.  They never had nor do they now have any authority to represent Adir Group, Inc. in
this Court or in any other matter . ( see att. Exhib. 2)

The undersigned is the sole incorporator of both these Corporations and is the C.E.O. and
President, and sole Officer and sole Director, and,sole shareholder of these Corporations,
namely; Group Travel Solution, Inc., and, Adir Group, Inc..  ( see Exihib b.3)
see composite exhibit. 3  attached hereto,  Secty of State of NY Corp. readouts of Group Travel
Solution Inc, and Adir Group, Inc.)

The undersigned  declares and says under penalty of perjury that statements made herein , are true and correct and filed in opposition to the entry of settlement naming any of the referenced Corporations as parties

/David Baksht/

David Baksht,   C.E.O, and President
and  Sole Director
Group Travel Solution, and  Adir Group, Inc

7-31-13

Joseph Katzoff
Notary Public State of New York
Qualified in Kings County no. 24-6013359
Commission Expires September 14, 2014

# GROUP TRAVEL SOLUTIONS INC

719 EASTERN PKWAY, ST3, BKLYN, NY, 11213
718 363 9505\
davidlipsker@gmail.com

STEPHEN A. SOMERSTEIN  Esq.
Attorney for Defendant
GROUP TRAVEL SOLUTION, INC.
53 Prospect Park West Brooklyn, NY 11215
(718)788-4700 (718)788-4710-FAX
sas@53ppw

### notice of your dismissal as attorney for group travel solutions, inc

Please take this as an official notice to you that you are dismissed as
attorney for Group Travel Solutions, Inc.

You never had authority from Group Travel solutions Inc.,  to represent it or its
interests., and further, if you think that you had such authority, then, such authority is
hereby withdrawn.  Take no further actions or representations on its behalf.

 D. David Baksht , Pres., Ceo
Group Travel Solutions, Inc
719 Eastern Pkway, St. 3
Bklyn, ny, 11213
7188 363 9505 tel

# ADIR GROUP, INC

## 719 EASTERN PKWAY, ST3, BKLYN, NY, 11213
718 363 9505

**Bruce Weiner**
Rosenberg Musso & Weiner LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242

<u>notice of your dismissal as attorney for Adir Group, Inc.</u>

Please take this as an official notice to you that you are dismissed as
attorney for Adir Group Inc. You never had authority from Adir Group, Inc.
to represent it or its interests., and further, if you think that you had such
authority, then, such authority is hereby withdrawn. You are to take no further
actions or representations on its behalf.

D. David Baksht , Pres., Ceo
Adir Group, Inc.
719 Eastern Pkway, St. 3
Bklyn, NY, 11213
7188 363 9505 tel

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 30, 2013.

Selected Entity Name: GROUP TRAVEL SOLUTION INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | GROUP TRAVEL SOLUTION INC. |
| **DOS ID #:** | 3942120 |
| **Initial DOS Filing Date:** | APRIL 27, 2010 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

GROUP TRAVEL SOLUTION INC.
719 EASTERN PKST3 ASSOC
BKLYN, NEW YORK, 11213

#### Chief Executive Officer

D. BAKSHT, PRES., SECTY, CEO
719 EASTERN PKWAY
BKLYN, NEW YORK, 11213

#### Principal Executive Office

GROUP TRAVEL SOLUTION INC
719 EASTERN PKWAY
D BAKSHT PRES., CEO
BKLYN, NEW YORK, 11213

#### Registered Agent

NONE

This office does not record information regarding
the names and addresses of officers, shareholders
or directors of nonprofessional corporations except

the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

### *Stock Information

**# of Shares  Type of Stock  $ Value per Share**

200        No Par Value

*Stock information is applicable to domestic business corporations.

### Name History

**Filing Date   Name Type              Entity Name**

APR 27, 2010  Actual      GROUP TRAVEL SOLUTION INC.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in
New York State. The entity must use the fictitious name when conducting its activities or business in
New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS
Homepage   |   Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 30, 2013.

Selected Entity Name: ADIR GROUP INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | ADIR GROUP INC. |
| **DOS ID #:** | 3918433 |
| **Initial DOS Filing Date:** | MARCH 02, 2010 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

ASSOCIATED BUSINESS CONSULT INC
719 EASTERN PK ST3
BKLYN, NEW YORK, 11213

**Chief Executive Officer**

D. BAKSHT, PRES., CEO
719 EASTERN PKWAY
719 EASTERN PKWY ST3
BKLYN, NEW YORK, 11213

**Principal Executive Office**

ADIR GROUP,,INC.
719 EASTERN PKWAY ST 3
CO D. BAKSHT, PRES., CEO
BKLYN, NEW YORK, 11213

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders

or directors of nonprofessional corporations except
the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 02, 2010 | Actual | ADIR GROUP INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in
New York State. The entity must use the fictitious name when conducting its activities or business in
New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS
Homepage   |   Contact Us