EXHIBIT "C"

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGBY ADLER GROUP LLC, | ) Case No. 10-617 SC |
| Plaintiff, | ) |
| | ) ORDER STAYING CASE AND |
| v. | ) DENYING MOTION TO WITHDRAW |
| | ) AS ATTORNEY |
| IMAGE RENT A CAR, INC., and | ) |
| VAN RENTAL CO., INC., | ) |
| Defendants. | ) |

Defendants Image Rent A Car, Inc. ("Image") and Van Rental Co., Inc. ("Van Rental") have filed petitions for bankruptcy protection in the Eastern District of New York. See In Re Image Rent A Car, Inc., No. 1:11-bk-42390 (E.D.N.Y. Mar. 24, 2011); In Re Van Rental Co., No. 1:11-bk-42391 (E.D.N.Y. Mar. 24, 2011). Under 11 U.S.C. § 362, these bankruptcy filings operate as an automatic stay of the action brought against them by Plaintiff Digby Adler Group LLC ("Plaintiff").

On March 16, 2011, the Court granted Plaintiff's motion for leave to file an amended complaint adding Gad Sebag ("Sebag") and Shneior Zilberman ("Zilberman") as Defendants. ECF No. 84. In the interest of judicial economy, the Court STAYS this action as to all Defendants, including Sebag and Zilberman. Within thirty (30) days of final resolution of the two bankruptcy actions, Plaintiff shall

1 | file a request for the Court to lift its stay.
2 |    On March 17, 2011, Levi Huebner ("Huebner"), counsel for
3 | Defendants Image and Van Rental, filed a Motion to Withdraw as
4 | Attorney. ECF No. 84. This Motion is DENIED as moot. Huebner may
5 | re-file his motion if and when the stay is lifted.
6 |
7 |    IT IS SO ORDERED.
8 |
9 |    Dated: April 13, 2011
10 |                                 UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California