"Exhibit D"

07/30/2013  17:33     4154017347                    BANDAGO                                 PAGE  01/03

7/30/13                              Gmail - change addrr fraud



Sharky Laguana <bandago@gmail.com>

## change addrr fraud

david <davidlipsker@gmail.com>                                      Mon, Jul 29, 2013 at 1:36 PM
To: Sharky Laguana <Sharky@bandago.com>
Cc: Barbie Lieber <barbie@lieberlegal.com>

we were just notified by post office that some on filed fraudulent change of address for froup travel solutions inc, from our address 719 eastern pkway to new address. we never authorised it. its a fraud on the post office. and atempted fraud on the court they are trying to hijack the corp. they are running scared, and trying to pull criminal shtick.

i also suggest you file immid fro emergency tro against moving of assets should be ex parte emergency and initially under seal. if you need affidavit from me ill sign it. call me

--
National Trademarks
718 363 9505 tel

https://mail.google.com/mail/u/0/?ui=2&ik=be77a7461c&view=pt&q=postal&qs=true&search=query&msg=1402c25a67fbab1a       1/1



Sharky Laguana <bandago@gmail.com>

## fraud change addr go van adir group travel

**david** <davidlipsker@gmail.com>                                          Tue, Jul 30, 2013 at 10:01 AM
To: Sharky Laguana <Sharky@bandago.com>, Barbie Lieber <barbie@lieberlegal.com>

spoke to post office re fraudulent change of address
i cancelled the forwarding.  turns out zilberman had
3 of my cos forwarded to his address at 391 empire
blvd,which is image rent a car.  postal inspectors are
investigating the fraudulent change.
the 3 cos are
1 adir group inc.
2 group travel solution inc
3 go van rental inc my co as well
he may have moved  assets to that co too

--
National Trademarks
718 363 9505 tel

7/30/13                           Gmail - Re: fraud change addr go van adir group travel.



Sharky Laguana <bandago@gmail.com>

## Re: fraud change addr go van adir group travel.

david <davidlipsker@gmail.com>  
To: Sharky Laguana <Sharky@bandago.com>, Barbie Lieber <barbie@lieberlegal.com>      Tue, Jul 30, 2013 at 10:07 AM

postal fraud case no ca113989443

adir group inc   group travel   solutions
and go van rental

postal people are reporting tha zilberman has pick up at my address for these 3 cos approx 3 times a week. unbeknownst to me, thats amazing how he can schedule a pick up, stay in front of my house for the pick up give them the package  all undetected.  and what would he be shipping under cover of our co.

On Tue, Jul 30, 2013 at 2:01 PM, david <davidlipsker@gmail.com> wrote:
> spoke to post office  re fraudulent change of address
> i cancelled the forwarding.  turns out zilberman had
> 3 of my cos forwarded to his address at 391 empire
> blvd,which is image rent a car.  postal inspectors are
> investigating the fraudulent change.
> the 3 cos are
> 1 adir group inc.
> 2 group travel solution inc
> 3 go van rental inc my co as well
> he may have moved  assets to that co too
> --
> National Trademarks
> 718 363 9505 tel

--
National Trademarks
718 363 9505 tel

ttps://mail.google.com/mail/u/0/?ui=2&ik=be77a7461c&view=pt&q=postal&qs=true&search=query&msg=140308c6482b081f