Barbie Lieber , Esq.                                    Hearing Date: September 24, 2013
Lieber & Lieber, LLP                                   Time: 11:30 am
60 East 42nd Street, Suite 2222
New York, New York 10165
Phone:  (212) 949-5586
Counsel to Digby Adler Group, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X    Chapter 7
In re IMAGE RENT A CAR, INC.,                             Case No. 1-11-42390 NHL

                Debtor.                                 Adv. Pro. No. 12-01288 (NHL)
-------------------------------------------------------------X

GREGORY MESSER, ESQ., as Trustee of the
Estate of Image Rent A Car., Inc.,

-against-

SCHNEIOR ZILBERMAN, ADIR GROUP, INC.
ADIR RENT A CAR, INC., ADIR PLAZA, INCL,
GROUP TRAVEL SOLUTION, INC., AND
GAD SEBAG
_____

**AMENDED CROSS MOTION  OF DIGBY ADLER GROUP, LLC**
**TO DISMISS THE DEBTOR'S  CHAPTER 7 CASE**

      **PLEASE TAKE NOTICE** that upon the affidavit of Sharky Laguna, CEO of

Digby Adler Group LLC d/b/a/ Bandago ("Digby") and exhibits thereto,  Digby hereby  files this

cross motion to dismiss the Debtor's case for cause, pursuant to 11 U.S.C.§707 (a)  and will

proceed before the Honorable Nancy H. Lord, United States Bankruptcy Judge, at the United States

Bankruptcy Court, Eastern District of New York, located at 271 Cadman Plaza East, Brooklyn,

New York 11201 on September 24, 2013 at 11:30 am or as soon thereafter as counsel may be

heard, for the entry of an order granting the dismissal of the Debtor's case for cause and granting

such further relief as the Court deems necessary.

**PLEASE TAKE FURTHER NOTICE**, that responsive papers or objections, if any, to the relief sought in the motion shall be in writing, shall set forth with specificity the grounds therefor, and be filed electronically with the Bankruptcy Court , with a courtesy copy to the Chambers of the Honorable Nancy H. Lord, United States Bankruptcy Judge and served upon so as to be **received** by Lieber & Lieber, LLP, as the attorneys for Digby Adler Group, LLC, Attn: Barbie D. Lieber,  and by Chambers  **no later than September 17, 2013 at 4:00 p.m.** in accordance with the applicable Bankruptcy and Local Rules.   If a party is unable to file electronically with the Bankruptcy, such party shall submit the objection in portable document format (PDF) on a diskette in an envelope with the case name, case number, type and title of the document, document number to which the objection refers and the file name on the outside of the envelope .

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such an adjournment in open Court.

Dated:  New York, New York
        August 1, 2013

                                        By:  /s/ *Barbie D. Lieber*_____
                                        Lieber & Lieber, LLP
                                        60 East 42nd Street
                                        New York, New York 10165
                                        Phone:  (212) 949-5586
                                        Fax:  (212) 949-5587