IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1-11-42390 NHL

IN RE;
IMAGE RENT A CAR INC.
GROUP TRAVEL SOLUTION, INC
ADIR GROUP, INC, GAD SEBAG
SHNEIOR ZILBERMAN, ADIR RENT
A CAR, INC, ET AL

## AFFIDAVIT IN OPPOSITION TO SETTLEMENT AGREEMENT

Come now Group Travel Solution, Inc, and , Adir Group, Inc, by and through the undersigned C.E.O. and President of these Corporations and file their opposition to the entry of settlement in this bankruptcy proceedings, and as grounds for the opposition state
as follows;

Group Travel Solution Inc and Adir group Inc. have never authorised any settlement of this case, nor have any of these Corporations whose one hundred percent 100% of shares are owned by the undersigned ever authorised negotiation for settlement of this case.

Group Travel Solution Inc., has never authorised its representation by Stephen Somerstein Esq., who is a criminal Attorney, to represent it in any capacity. Group Travel Solution, Inc. has sent a dismissal letter to Attorney Somerstein advising him that he was never hired by Group Travel Solution Inc., and that if he thought for any reason that he had authority to represent Group Travel Solution, Inc. then, that authority is hereby revoked, nunc pro tunc the date of his hiring. (see att Exhib. 1)

Adir Group, inc has never authorised Bruce Weiler Esq. to represent it in any capacity. Adir Group, Inc has sent a dismissall letter to Attorney Bruce Weiner, and , to the firm of Rosenberg Musso & Weiner LLP advising them that they were never hired by Adir Group, Inc., and that if they thought that for any reason they had such authority, then that authority is hereby terminated. They never had nor do they now have any authority to represent Adir Group, Inc. in this Court or in any other matter . ( see att. Exhib. 2)

The undersigned is the sole incorporator of both these Corporations and is the C.E.O. and President, and sole Officer and sole Director, and,sole shareholder of these Corporations, namely; Group Travel Solution, Inc., and, Adir Group, Inc.. ( see Exihib b.3)
see composite exhibit. 3 attached hereto, Secty of State of NY Corp. readouts of Group Travel Solution Inc, and Adir Group, Inc.)

The undersigned declares and says under penalty of perjury that statements made herein, are true and correct and filed in opposition to the entry of settlement naming any of the referenced Corporations as parties

/David Baksht/

David Baksht, C.E.O, and President
and Sole Director
Group Travel Solution, and Adir Group, Inc

Joseph Katzoff  7-31-13
Notary Public State of New York
Qualified in Kings County no. 24-6013359
Commission Expires September 14, 2014

# GROUP TRAVEL SOLUTIONS INC

719 EASTERN PKWAY, ST3, BKLYN, NY, 11213
718 363 9505\
davidlipsker@gmail.com

STEPHEN A. SOMERSTEIN Esq.
Attorney for Defendant
GROUP TRAVEL SOLUTION, INC.
53 Prospect Park West Brooklyn, NY 11215
(718)788-4700 (718)788-4710-FAX
sas@53ppw

<u>notice of your dismissal as attorney for group travel solutions, inc</u>

Please take this as an official notice to you that you are dismissed as attorney for Group Travel Solutions, Inc.

You never had authority from Group Travel solutions Inc., to represent it or its interests., and further, if you think that you had such authority, then, such authority is hereby withdrawn. Take no further actions or representations on its behalf.

D. David Baksht , Pres., Ceo
Group Travel Solutions, Inc
719 Eastern Pkway, St. 3
Bklyn, ny, 11213
7188 363 9505 tel

# ADIR GROUP, INC

719 EASTERN PKWAY, ST3, BKLYN, NY, 11213
718 363 9505

**Bruce Weiner**
Rosenberg Musso & Weiner LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242

<u>notice of your dismissal as attorney for Adir Group, Inc.</u>

Please take this as an official notice to you that you are dismissed as attorney for Adir Group Inc. You never had authority from Adir Group, Inc. to represent it or its interests., and further, if you think that you had such authority, then, such authority is hereby withdrawn. You are to take no further actions or representations on its behalf.

   D. David Baksht, Pres., Ceo
   Adir Group, Inc.
   719 Eastern Pkway, St. 3
   Bklyn, NY, 11213
   7188 363 9505 tel

From: david davidlipsker@gmail.com
Subject: adir
Date: August 1, 2013 12:58 PM
To: Avraham Tzukernik avremke@gmail.com

# NYS Department of State
## Division of Corporations
## Entity Information

The information contained in this database is current through July 31, 2013.

### Selected Entity Name: ADIR GROUP INC.

**Selected Entity Status Information**

Current Entity Name: ADIR GROUP INC.
DOS ID #: 3918433
Initial DOS Filing Date: MARCH 02, 2010
County: KINGS
Jurisdiction: NEW YORK
Entity Type: DOMESTIC BUSINESS CORPORATION
Current Entity Status: ACTIVE

**Selected Entity Address Information**

DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
ASSOCIATED BUSINESS CONSULT INC
719 EASTERN PK ST3
BKLYN, NEW YORK, 11213

**Chief Executive Officer**
D. BAKSHT, PRES., CEO
719 EASTERN PKWAY
719 EASTERN PKWY ST3
BKLYN, NEW YORK, 11213

**Principal Executive Office**
ADIR GROUP,,INC.
719 EASTERN PKWAY ST 3
CO D. BAKSHT, PRES., CEO
BKLYN, NEW YORK, 11213

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

\*Stock information is applicable to domestic business corporations.

**NOTE:** New York State does not issue organizational identification numbers.

Search

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 02, 2010 | Actual | ADIR GROUP INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

--
National Trademarks
718 363 9505 tel

From: **david** davidlipsker@gmail.com  
Subject: (No Subject)  
Date: August 1, 2013 1:10 PM  
To: Avraham Tzukernik avremke@gmail.com

# NYS Department of State
## Division of Corporations
## Entity Information

The information contained in this database is current through July 31, 2013.

---

### Selected Entity Name: GROUP TRAVEL SOLUTION INC.

#### Selected Entity Status Information

**Current Entity Name:** GROUP TRAVEL SOLUTION INC.  
**DOS ID #:** 3942120  
**Initial DOS Filing Date:** APRIL 27, 2010  
**County:** KINGS  
**Jurisdiction:** NEW YORK  
**Entity Type:** DOMESTIC BUSINESS CORPORATION  
**Current Entity Status:** ACTIVE

#### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)  
GROUP TRAVEL SOLUTION INC.  
719 EASTERN PKST3 ASSOC  
BKLYN, NEW YORK, 11213

**Chief Executive Officer**  
D. BAKSHT, PRES., SECTY, CEO  
719 EASTERN PKWAY  
BKLYN, NEW YORK, 11213

**Principal Executive Office**  
GROUP TRAVEL SOLUTION INC  
719 EASTERN PKWAY  
D BAKSHT PRES., CEO  
BKLYN, NEW YORK, 11213

**Registered Agent**  
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

#### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

**NOTE:** New York State does not issue organizational identification numbers.

Search

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 27, 2010 | Actual | GROUP TRAVEL SOLUTION INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

--
National Trademarks
718 363 9505 tel