# L<small>A</small>MONICA HERBST & MANISCALCO, LLP

Salvatore LaMonica
Gary F. Herbst †
Joseph S. Maniscalco
David A. Blansky
Adam P. Wofse ◊
Melanie A. FitzGerald *

† Also admitted in CO
* Also admitted in CT
‡ Also admitted in MA
◊ Also admitted in NJ

ATTORNEYS AT LAW
3305 Jerusalem Avenue
Wantagh, New York 11793

Phone (516) 826-6500
Facsimile (516) 826-0222

**WWW.LHMLAWFIRM.COM**

*MOVING FORWARD. STAYING AHEAD.*®

Holly Rai ‡
Jacqulyn Loftin
Jordan C. Pilevsky ◊
Rachel P. Stoian

Donna M. Fiorelli, Esq., Of Counsel
Joyce M. Glass, Esq., Of Counsel
Rachel M. Hollywood, Esq., Of Counsel
Jessica K. Rekhi, Esq., Of Counsel

August 2, 2013

**Via Electronic Filing**
Honorable Nancy H. Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

  **Re:**  **Image Rent A Car, Inc.**
     **Chapter 7**
     **Case No. 11-42390 (NHL)**
     **Messer v. Schneior Zilberman, Adir Group, Inc., et al.,**
     **Adversary Proceeding No. 12-01288 (NHL)**

Dear Judge Lord:

  This letter shall confirm that (a) the pre-trial conference and (b) the hearing on the Trustee's motion, pursuant to Bankruptcy Rule 9109, in connection with the above-referenced adversary proceeding, presently scheduled for August 8, 2013, have been adjourned, on consent, to **September 24, 2013 at 11:30 a.m.**

  Thank you for your courtesies.

               Respectfully submitted,
               ***s/ Jordan Pilevsky***
               Jordan Pilevsky

JP:rrl
cc:  Bruce Weiner, Esq. (By E-Mail)
   Stephen S. Sommerstein, Esq. (By E-Mail)
   Barbie D. Lieber, Esq. (By E-Mail)
   Daniel Gershburg, Esq. (By E-Mail)
   Mary-Lou Martin, Esq. (By E-Mail)
   Gregory Messer, Trustee (By E-Mail)