Barbie Lieber , Esq.                                         Hearing Date: September 24, 2013
Lieber & Lieber, LLP                                          Time: 11:30 am
60 East 42nd Street, Suite 2222
New York, New York 10165
Phone:  (212) 949-5586
Counsel to Digby Adler Group, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X     Chapter 7

In re IMAGE RENT A CAR, INC.,                    Case No. 1-11-42390 NHL


                        Debtor.                        Adv. Pro. No. 12-01288 (NHL)

----------------------------------------------------------------------X

### AFFIRMATION OF SERVICE OF  (A) CROSS MOTION OF DIGBY ADLER GROUP, LLC TO DISMISS THE DEBTOR'S  CHAPTER 7 CASE; AND (B) OBJECTION TO THE <u>TRUSTEE'S PROPOSED SETTLEMENT</u>

Barbie D. Lieber, Esq. of Lieber & Lieber, LLP, counsel to Digby Adler Group LLC hereby affirms that the following parties in interest were served Digby's cross motion to dismiss and objection to the Trustee's proposed settlement on the dates and methods reflected below:

Joseph Y Balisok         VIA FED EX 7/31/13
1650 Eastern Parkway
Ste 303
Brooklyn, NY 11233
(718) 928-9607
Fax : 718-534-9747
Email: balisoklawyers@gmail.com

*Trustee*          VIA FED EX 7/31/13
Gregory Messer
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858-1474


Gary F Herbst  and Jordan Pilevsky   VIA FED EX 7/31/13
LaMonica Herbst and Maniscalco
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Fax : (516) 826-0222
Email: gh@lhmlawfirm.com

*Mary Lou Martin, Esq.*  VIA HAND DELIVERY 7/31/13
United States Trustee

271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
(718) 422-4960

Daniel Gershburg    VIA FED EX 7/31/13
100 Church Street, 8th Floor
New York, New York 10007

NYC Department of Finance  VIA FED EX 7/31/13
TAPE Division
345 Adams Street, 3RD h Floor
Brooklyn, NY 11201

NYC Department of Finance  VIA  FED EX 7/31/13
TAPE Division
345 Adams Street, 5th floor
Brooklyn, NY 11201

NYS Department of Taxation & Finance VIA FED EX 7/31/13
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

United States Attorney's Office   VIA HAND-DELIVERY 8/31/13
Eastern District of New York
271 Cadman Plaza East
Brooklyn, N 11201-1820

Image Rent A Car          VIA FED EX 7/31/13
c/o Schneior Zilberman
718 Lefferts Avenue, Apt. 3
Brooklyn, NY 11203

Image Rent A Car, Inc.          VIA REGULAR MAIL 7/31/13
391 Empire Blvd.
Brooklyn, NY 11225
*Debtor*

Bruce Weiner, Esq.          VIA EMAIL 8/1/13 AND REGULAR MAIL 8/6/13
Rosenberg Musso & Weiner, LLP VIA ELECTRONIC FILING; 7/31/13
26 Court Street, Suite 2211
Brooklyn, NY 11242
*Alleged Counsel to Defendants Schneior Zilberman, Adir Group, Inc.,*
*Adir Rent A Car, Inc., Adir Plaza, Inc., and Gad Sebag*

Stephen A. Somerstein, Esq.     VIA REGULAR MAIL 8/6/13 AND ELECTRONIC FILING 7/31/13
53 Prospect Park West
Brooklyn, NY 11215
*Alleged Counsel to Defendant Group Travel Solutions, Inc.*

Dated:  New York, New York
        August 13, 2013

                                   By:  */s/ Barbie D. Lieber_____*
                                   Lieber & Lieber, LLP
                                   60 East 42nd Street
                                   New York, New York 10165
                                   Phone:  (212) 949-5586
                                   Fax:  (212) 949-5587