LAW OFFICES OF
# LIEBER & LIEBER, LLP
ONE GRAND CENTRAL PLACE
SUITE 2222
NEW YORK, NEW YORK 10165
Fax: (212) 949-5587

Barbie D. Lieber
Direct Tel: (212) 949-5585
Email: Barbie@lieberlegal.com

**LETTER ADJOURNING ALL MATTERS SCHEDULED FOR
SEPTEMBER 24, 2013 TO NOVEMBER 5, 2013 AT 11:30 AM**

September 3, 2013

Honorable Nancy Hershey Lord
U.S. Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY, 11201

RE:    Image Rent A Car
         Chapter 7
         Case Number: 11-42390
         Adversary Proceeding Number 12-01288

Dear Judge Lord:

We represent creditor Digby Adler Group, LLC., which filed a cross motion to dismiss the case. The chapter 7 Trustee filed a motion for approval of a proposed settlement. Both motions, together with a pretrial conference, were initially returnable September 24, 2013.

Confirming my conversation with Ms. Howard today, all matters that were originally scheduled for September 24, 2013, including the two motions and the pretrial conference, are adjourned to November 5, 2013 at 11:30 am.

Respectfully submitted,

Lieber & Lieber, LLP

/s/ *Barbie D. Lieber*
Barbie D, Lieber, Esq.