# LaMONICA HERBST & MANISCALCO, LLP

Salvatore LaMonica
Gary F. Herbst †
Joseph S. Maniscalco
David A. Blansky
Adam P. Wofse ◊
Melanie A. FitzGerald *

ATTORNEYS AT LAW
3305 Jerusalem Avenue
Wantagh, New York 11793

Phone (516) 826-6500
Facsimile (516) 826-0222

**WWW.LHMLAWFIRM.COM**

Holly Rai ‡
Jacqulyn S. Loftin
Jordan Pilevsky ◊
Rachel P. Stoian
Kevin J. Holden

† Also admitted in CO
* Also admitted in CT
‡ Also admitted in MA
◊ Also admitted in NJ

*MOVING FORWARD. STAYING AHEAD.®*

Donna M. Fiorelli, Esq., Of Counsel
Joyce M. Glass, Esq., Of Counsel
Rachel M. Hollywood, Esq., Of Counsel
Jessica K. Rekhi, Esq., Of Counsel

October 30, 2013

**Via Electronic Filing**
Honorable Nancy H. Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

> Re:  **Image Rent A Car, Inc.**
> **Chapter 7**
> **Case No. 11-42390 (NHL)**
> **Messer v. Schneior Zilberman, Adir Group, Inc., et al.,**
> **Adversary Proceeding No. 12-01288 (NHL)**

Dear Judge Lord:

This letter shall confirm that: (a) the pre-trial conference; (b) the hearing on the Trustee's motion, pursuant to Bankruptcy Rule 9019; (c) the Opposition to the Proposed Settlement Agreement; and (d) the Amended Cross Motion to Dismiss Case, in connection with the above-referenced adversary proceeding and lead case, presently scheduled for November 5, 2013, have been adjourned, on consent, to **December 3, 2013 at 11:30 a.m.**

Thank you for your courtesies.

Respectfully submitted,
*s/ Jordan Pilevsky*
Jordan Pilevsky

JP:ac
cc:  Bruce Weiner, Esq. (By E-Mail)
Stephen S. Sommerstein, Esq. (By E-Mail)
Barbie D. Lieber, Esq. (By E-Mail)
Daniel Gershburg, Esq. (By E-Mail)
Mary-Lou Martin, Esq. (By E-Mail)
Gregory Messer, Trustee (By E-Mail)

M:\Documents\Company\Cases\Image Rent a Car Inc\ltr Judge re adj to 12.3.13.doc