# ReportMySite.com



**Domain name (with www.):**
`BANDAGO.NET` [OK]

Updated: 2010-05-15 19:31:39 (update)

## bandago.net Site Report

www.bandago.net is a website with traffic ranking of 14558020. The server is located in United States receiving 23 visitors daily. Bandago.net is not running Adsense and also not running Google Analytics.

URL: **WWW.BANDAGO.NET** (more net domains)

- Estimated number of visits: 23
- Estimated ads daily revenue: $0
- Estimated website value: $15
- Google PR: 0
- Alexa: 14558020
- Alexa number of backlinks: 1
- Network Info: 209.62.20.200 - - ()
- Website country:  United States

## Random Domains

- Traffic rank 0. www.bytewings.co
- Traffic rank 2684214. www.woori
- Traffic rank 0. www.417coffee.ne
- Traffic rank 0. www.jacquesmigna
- Traffic rank 0. www.ameriques.ne

## Related Domains

- Traffic rank 14557918. www.team
- Traffic rank 14557882. www.sinfo
- Traffic rank 14557881. www.miche
- Traffic rank 14557861. www.mrlap
- Traffic rank 14557791. www.rono
- Traffic rank 14557710. www.o2-dr
- Traffic rank 14557639. www.

