## Details for bandago.net

| | |
|---|---|
| Status: | This domain is in Legal Lock status. Domain information can not be modified. |
| Expiration Date: | Expired |
| Expiration Protection: | Unprotected |
| Auto Renew: | Off |
| Account Number: | 31311676 |
| Account Holder: | The Van Rental Company |
| Contained in folder: | Default |
| Transfer Lock: | On |

---

**FAQ | Network Solutions - Mozilla Firefox**

🔒 Network Solutions, LLC (US) | https://www.networksolutions.com

**ns** network solutions®    Close Window ⊗

## FAQ

**Q: What is Legal Lock?**

A: Legal Lock is a Registrar lock placed at the Registry on a domain name that is the subject of a legal issue such as two party disputes or bankruptcy. Domain name registrations that have a Legal Lock can only be renewed. Domain information cannot be modified and the domain name cannot be transferred while in a Legal Lock status. For more information, contact customer service.