1  **LEVI HUEBNER & ASSOCIATES, PC**
   Levi Huebner (*pro hac vice*)
2  478 Malbone Street, Suite 100
   Brooklyn, NY 11225
3  Telephone: (212) 354-5555

4  Attorneys for Defendants
   IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.
5

6

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8

9

10 **DIGBY ADLER GROUP LLC**,          Case No. 3:10-cv-00617-SC

11         Plaintiff,                   **OFFER OF JUDGEMENT**
                                        **PURSUANT TO RULE 68**
12    vs.                               **OF CIVIL PROCEDURE**

13 **IMAGE RENT A CAR, INC.**, *et al.*,

14         Defendants.

15

16

17 TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

18
   Defendants Image Rent A Car, Inc., and Van Rental Co., Inc. ("Defendants")
19
   jointly and severally, offer to stipulate to the entry of judgment in favor of Plaintiff and
20
   against Defendants, in the amount of $1,501.00 (One Thousand Five Hundred and One
21
   Dollars). In addition, Defendants, jointly and severally, offer to stipulate to the entry of a
22
   Permanent Injunction enjoining the Defendants from using the term BANDAGO as a
23
   trademark, or otherwise as a source designator, or website, or trade-name or any other
24
   manner.
25

26

27

28

Case No. 3:10-cv-00617-SC          **OFFER OF JUDGMENT PURSUANT TO FEDERAL**
                                   **RULE 68 OF CIVIL PROCEDURE**

Alternatively; Defendants hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

A judgment in favor of Plaintiff ("Plaintiff") and against Defendants, jointly and severally, of a Permanent Injunction enjoining the Defendants from using the term BANDAGO as a trademark, or otherwise as a source designator, or website, or trade-name or any other manner and judgment in the sum of $1,501.00 (One Thousand Five Hundred and One Dollars). Defendants shall be obligated to pay $1,501.00. This shall be the total amount to be paid by Defendants on account of any liability claimed in this action, including all costs of suit and attorneys fees otherwise recoverable in this action by Plaintiff.

If Plaintiff does not accept this offer, it may become obligated to pay Defendants' costs and attorneys fees incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer is not an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a disputed claim.

DATED: October 21, 2010          **LEVI HUEBNER & ASSOCIATES, PC**

BY: /s/ Levi Huebner
    Levi Huebner

Attorneys for Defendants
IMAGE RENT A CAR INC. and VAN RENTAL CO., INC.