UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>IMAGE RENT A CAR,<br><br>                    Debtor. | CHAPTER 7<br><br>CASE No. 11-42390-nhl<br><br>**AFFIDAVIT OF SERVICE**<br>**BY MAIL** |

STATE OF NEW YORK   )
                                 ) SS:
COUNTY OF KINGS    )

        The undersigned, being duly sworn, deposes and says:

    1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at BROOKLYN, NEW YORK.

    2.    On December 10, 2013, I served the within **NOTICE OF MOTION OF DEBTOR FOR AN ORDER EXPUNGING CLAIM OF DIGBY ADLER GROUP, LLP d/b/a BANDAGO**, upon the persons listed below, by mailing a true copy of same enclosed in a pre-addressed sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the States of New York.

Sworn to before me this
10th day of December, 2013                        /s/
                                                    Carmen Candelario

  /s/
NOTARY PUBIC

TO:    Gregory Messer, Esq.                Gary F. Herbst, Esq.
        26 Court Street, Suite 2400        Jordan Pilevsky, Esq.
        Brooklyn, NY 11242                    LaMonica Herbst & Maniscalco, LLP
                                                    3305 Jerusalem Avenue, Suite 201
        Barbie D. Lieber, Esq.                  Wantagh, New York 11793
        Lieber & Lieber, LLP
        60 East 42nd Street, Suite 2222
        New York, NY 10165