UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                                                    Chapter 7

**IMAGE RENT A CAR, INC.**,                              Case No. 11-42390 (NHL)
Debtor.

------------------------------------------------------x

### AMENDED NOTICE OF MOTION OF DEBTOR FOR AN ORDER EXPUNGING CLAIM OF DIGBY ADLER GROUP, LLC d/b/a BANDAGO

*PLEASE TAKE NOTICE* that upon the application of Image Rent A Car, Inc. ("Debtor"), by its attorneys, Rosenberg, Musso & Weiner, LLP, and the annexed declaration under penalty of perjury of Shneior Zilberman, the Debtor will move this Court before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, on January 16, 2014 at 11:00 a.m., or as soon thereafter as counsel may be heard for an order for an order pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007 expunging the claim of Digby Adler Group, LLC d/b/a Bandago, Claim #4, Exhibit A.

PLEASE TAKE FURTHER NOTICE, that objections to the Application and/or responsive papers, if any, must be in writing, must conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the Eastern District of New York and must be filed on or before January 9, 2014 with the Clerk of the Bankruptcy Court (with a copy to Chambers), and served so as to be received by the attorneys for the Debtor, Rosenberg, Musso & Weiner, 26 Court Street, Suite 2211, Brooklyn, New York 11242, Attention: Bruce Weiner, Esq., on or before January 9, 2014 at 5:00 p.m. Parties with legal representation shall file with the court: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182) which may be accessed through the internet at https://ecf.nyeb.uscourts.gov and

(ii) in portable document format (PDF) using Adobe Exchange software for conversion, or (b) if a party is unable to file electronically, such party shall submit the response or objection in PDF format on a diskette in an envelope with the case name, case number and title of document: or (c) if a party is unable to file electronically or use PDF format, such party shall submit the response or objection on a diskette in either Word, Word Perfect, or DOS test (ASCII) format.

PLEASE TAKE FURTHER NOTICE, that the failure of any objecting person or entity receiving Notice to file an Objection thereto on a timely basis may be a bar to the assertion of any Objection to the Application.

Dated: Brooklyn, New York                                    ROSENBERG, MUSSO & WEINER, LLP
December 9, 2013


By:  /s/
Bruce Weiner (BW 4730)
Attorneys for Debtor
26 Court Street
Suite 2211
Brooklyn, New York 11242
Tel. No. (718) 855-6840