<u>NEW YORK DMV DOCUMENTS (Cover Sheet prepared by Digby Adler to Assist in Viewing the Documents):</u>
Attached is a sample of the DMV documents obtained as the DMV Documents are very voluminous.

**Vehicle #1** - Sale from Adir to Group Travel Solution ("GTS") (Complete document is on pages 1 to 8)

- Page 2 - **Connie Gray signs as secretary for GTS Inc.** She has previously testified that she was the office manager and bookkeeper for Image Rent A Car.
- Page 4 - As part of the same transaction (transferring a vehicle from Adir Plaza ("Adir") to GTS) **Connie Gray now signs for Adir** as the seller, and **Phillipe Naim signs for GTS as the buyer.**
- Page 7 - The only invoice: a slip for $6k for a vehicle sale from Adir to GTS, which is **initialed on behalf of Adir by Shneior Zilberman.**

**Vehicle #2** - Transfer from Image to GTS done by saying they are the same entity (Complete document is on pages 9 - 17)

- Page 9 - The title application for GTS shows **David Baksht's** home address (719 E. Parkway) as the home address for the company.
- Page 10 - **Connie Gray signs as secretary for GTS Inc**.
- Page 12 - A signature that appears to belong to Gad Sebag (see page 35) signs on behalf of Image
- Page 14 - GTS filed an Assumed Name Certificate with the Division of Corporations assuming the name of Image Rent A Car on May 4th, 2010, and uses this certificate to facilitate the transfers to GTS at the DMV

**Vehicle #3** - Adir transfers a vehicle to GTS  (Complete document is on pages 18-24)

- Page 18 - GTS informs the DMV that the vehicle is being registered for the first time, and it was obtained/purchased as "New"
- Page 19 - **Connie Gray** signs as secretary for GTS Inc.
- Page 20 – Signature which appears to be Shneior Zilberman signature signs for Adir. The lienholder is Citi Capital. In 2009 Image made $644k in payments to Citi Capital on behalf of Adir.
- Page 20 - The signature in the top right corner releases the lien on 8/30/2011, 5 months **after** the bankruptcy.
- Page 20 - The title indicates a selling price of $17,450, however this price is not reported to the NY DMV.

**Vehicle #4** - Adir transfers a vehicle to GTS  (Complete document is on pages 25-31)

- The facts are identical to Vehicle #3 above.

**Vehicle #5** - Adir transfers a vehicle to GTS  (Complete document is on pages 32-37)

- Page 32 - Group Travel again states that it's "home address" is 719 Eastern Parkway (David Baksht's home/office address), but that mail should be sent to the address at 391 Empire Blvd (the same address for Image, Adir, etc.).
- Page 33 - **Connie Gray signs as secretary for GTS Inc.**
- Page 34 - The vehicle is titled to **Gad Sebag**
- Page 35 - The document is signed by Gad Sebag, and his home address is given. **Phillipe Naim signs on behalf of GTS**

**Vehicle #6** - A vehicle is transferred from Adir to GTS for no consideration. (Complete document is on pages 38 - 41)

- Page 38 - **Connie Gray signs as secretary for GTS Inc.**
- Page 38 - GTS states that Adir has changed it's name to GTS (see top line)
- Page 39 - As part of the same transaction (transferring a vehicle from Adir to GTS) **Connie Gray now signs for Adir** as the seller, and **PhillipeNaim signs for GTS as the buyer**.
- Page 40 - The lienholder, Citi Capital, releases the lien. In 2009 Image made $644k in payments to Citi Capital on behalf of Adir.

**Vehicle #7** - A vehicle is transferred from Adir to GTS for no consideration. (Complete document is on pages 45 - 52 )

- Page 46 - **Connie Gray signs as secretary for GTS Inc.**
- Page 48 - As part of the same transaction (transferring a vehicle from Adir to GTS) **Connie Gray now signs for Adir** as the seller, and **Phillipe Naim signs for GTS as the buyer**.
- Page 51 - The lienholder, Citi Capital, releases the lien. In 2009 Image made $644k in payments to Citi Capital on behalf of Adir.

**Vehicle #8** - A vehicle transferred from Adir to GTS just a week before the bankruptcy. (Complete document is on pages 66 - 74)

- Page 67 - **Connie Gray signs as the secretary for GTS.**
- Page 69 - **Connie Gray signs as Vice President for Adir**, the seller, on the same transaction she signs as the secretary for GTS, the buyer. **Phillipe Naim also signs for GTS as the buyer**.
- Page 72 - The lienholder, Citi Capital, releases the lien. In 2009 Image made $644k in payments to Citi Capital on behalf of Adir.
- Page 72 - The vehicle is released by the lienholder on March 24th, 2011 (i.e. payment made in full). THIS IS THE VERY DAY IMAGE FILED FOR BANKRUPTCY.

**Vehicle #9** - A vehicle transferred from Adir to GTS five months after the bankruptcy. (Complete document is on pages 76 - 83)

- Page 78 - **Connie Gray signs as the secretary for GTS.**
- **Page 79 -** The lienholder is Citi Capital. In 2009 Image made $644k in payments to Citi Capital on behalf of Adir.
- Page 80 - **Shneior Zilberman signs as president of Adir,** one month after testifying in the 341 meeting that all vehicles had been sold.
- Page 80 - **Phillipe Naim signs for GTS as the buyer**.

- Page 81 - The lienholder, Citi Capital, releases the lien. In 2009 Image made $644k in payments to Citi Capital on behalf of Adir.

**Vehicle #10** - Transfer from Image to GTS done by saying they are the same entity (Complete document is on pages 84 - 93)

- Page 85 - GTS uses 719 E Parkway, **David Baksht's** home address, as it's primary address.
- Page 86 - **Connie Gray signs as secretary for GTS Inc.**
- **Page 87 -** GTS filed an Assumed Name Certificate with the Division of Corporations assuming the name of Image Rent A Car on May 4th, 2010, and uses this certificate to facilitate the transfers to GTS at the DMV