1

2  UNITED STATES BANKRUPTCY COURT

3  EASTERN DISTRICT OF NEW YORK

4  Case No. 11-42390(JBR)

5  - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7

8  IMAGE RENT A CAR, INC.,

9

10         Debtor.

11

12  - - - - - - - - - - - - - - - - - - -x

13

14           341 Meeting of Creditors

15           June 7, 2011

16

17

18

19

20

21

22

23

24

25

IMAGE RENT A CAR, INC.                                    5

1          MR. MESSER:  G-A-D --

2          MR. ZILBERMAN:  S-A-B-A-G.

3          MR. BALISOK:  Mr. Sabag has not passed away.

4          MR. MESSER:  And did he start the business?

5          MR. ZILBERMAN:  He incorporated it for my needs to --

6          MR. MESSER:  When?

7          MR. ZILBERMAN:  I believe in 2004.

8          MR. MESSER:  Has the business operated since that

9    date?

10         MR. ZILBERMAN:  It's operating --

11         MR. MESSER:  Did it operate starting then in 2004?

12         MR. ZILBERMAN:  Yes.

13         MR. MESSER:  And when did it stop operating?

14         MR. ZILBERMAN:  Early 2010.  Was it 2010?  I believe

15   2010.

16         MR. MESSER:  And what was the nature of the business.

17   What did the business do?

18         MR. ZILBERMAN:  Renting vehicles.

19         MR. MESSER:  Okay.  And what did it gross a year?

20         MR. ZILBERMAN:  I don't know the right amount.  I --

21         MR. MESSER:  2010, what did it gross, approximately?

22         MR. ZILBERMAN:  About 700, 900.

23         MR. MESSER:  2009?

24         MR. ZILBERMAN:  I don't know the right numbers.  But I

25   guess about that number plus or minus.

1              MR. MESSER:  700, 900, somewhere in there?

2              MR. ZILBERMAN:  900, around the numbers.

3              MR. MESSER:  I'm sorry, 900,000?

4              MR. ZILBERMAN:  Correct.

5              MR. BALISOK:  That's gross.

6              MR. MESSER:  And at the time it stopped doing

7    business, did it own any vehicles?

8              MR. ZILBERMAN:  Prior for --

9              MR. MESSER:  No, at the time you ceased doing

10   business, on the last day of business, did you own any

11   vehicles?

12             MR. ZILBERMAN:  On the last day of business, no.

13             MR. MESSER:  Three months before, did you own any

14   vehicles?

15             MR. ZILBERMAN:  Yes.

16             MR. MESSER:  How many vehicles did you own?

17             MR. ZILBERMAN:  A few.  Not --

18             MR. MESSER:  How many --

19             MR. ZILBERMAN:  -- amount between three to ten

20   vehicles.

21             MR. MESSER:  And what happened to those vehicles?

22             MR. ZILBERMAN:  It was sold to a different company in

23   exchange for taking over some debts and pay some bills that the

24   company owed.  With some old personal guarantee --

25             MR. MESSER:  Who was the company it was sold to?

IMAGE RENT A CAR, INC.                          7

1          MR. ZILBERMAN:  The company was not sold.

2          MR. MESSER:  Who was the company that the vehicles

3     were sold to?

4          MR. ZILBERMAN:  Oh, the -- some of them were Group

5     Travel Solutions.

6          MR. MESSER:  Group Travel Solutions.

7          MR. BALISOK:  It was multiple parties who purchased

8     vehicles.

9          MR. MESSER:  Were the vehicles sold to Group Travel

10    Solutions?

11         MR. ZILBERMAN:  Yes.

12         MR. MESSER:  Yes, okay.  And did you have an ownership

13    interest in Group Travel Solutions?

14         MR. ZILBERMAN:  No.

15         MR. MESSER:  And the consideration was that Group

16    Travel Solutions assumed certain debts of Image.  Is that

17    correct?

18         MR. ZILBERMAN:  It wasn't assuming.  It paid out --

19         MR. MESSER:  Paid off?

20         MR. ZILBERMAN:  -- it paid out some debts.

21         MR. MESSER:  Paid out, paid off?

22         MR. ZILBERMAN:  Paid off some debts with that money.

23         MR. MESSER:  How much money?  What was the dollar

24    value of the transfer of the vehicles?

25         MR. ZILBERMAN:  70-, 80,000 dollars, approximately.

1

2                        C E R T I F I C A T I O N

3

4    I, Penina Wolicki, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6    *Penina Wolicki*

7

8    _____

9    PENINA WOLICKI

10   AAERT Certified Electronic Transcriber CET**D-569

11

12   eScribers

13   P.O. Box 7533

14   New York, NY 10116

15

16   Date:    June 23, 2011

17

18

19

20

21

22

23

24

25

4/7/2011

VAN RENTALS - IMAGE Van Sales - 12+ ..

- 15 Passenger Vans
- 12 Passenger Vans
- Used Conversion Vans
- Home
- Passenger Van Rentals
- Contact US
- Nissan Sentra

Image Van Sales HOME / 



15P35 2007 CHEVY 15-PASSENGER VAN MILES:72795 $13500
$ 13,500        Address : 391 EMPIRE BLVD
Category : 15 Passenger Vans        Years : 2007

[Details]

16P19 2006 Chevy Express Van 15 Passenger Van MILES:111351 $12000.00
$ 12,000        Address : 391 Empire Blvd
Category : 15 Passenger Vans        Years : 2006

[Details]

15P64 2007 CHEVY 15-PASSENGER VAN MILES:64984 $16500
$ 16,500        Address : 391 EMPIRE BLVD
Category : 15 Passenger Vans        Years : 2007

[Details]

VAN RENTALS - IMAGE Van Sales - 12+ ..

15P42 2007 FORD 15-PASSENGER VAN MILES:100664 $13000
$ 13,000
Category : 15 Passenger Vans
Address : 391 EMPIRE BLVD
Years : 2007
Details

15P20 2006 15 Passenger Van For Sale Miles:93,671 $12000
$ 12,000
Category : 15 Passenger Vans
Address : 391 Empire Blvd
Years : 2006
Details

15P62 - 2008 CHEVY 15-PASSENGER VAN MILES:49533 $20000.00
$ 20,000
Category : 15 Passenger Vans
Address : 2440 WEST SR 84
Years : 2008
Details

15P61 2008 CHEVY 15-PASSENGER VAN MILES 60804 $19000.00
$ 19,000
Category : 15 Passenger Vans
Address : 391 EMPIRE BLVD
Years : 2008
Details

15P57 2008 CHEVY 15-PASSENGER VAN MILES 55892 $19500.00
$ 19,500
Category : 15 Passenger Vans
Address : 2440 WEST SR 84
Years : 2008
Details

15P58 2008 CHEVY 15-PASSENGER VAN MILES 58169
$ 19,500
Category : 15 Passenger Vans
Address : 391 EMPIRE BLVD
Years : 2008
Details

15P60 2008 CHEVY 15-PASSENGER VAN MILES:73609
$ 20,000
Category : 15 Passenger Vans
Address : 391 EMPIRE BLVD
Years : 2008
Details

15P56 2008 CHEVY 15-PASSENGER VAN MILES:65832 $19500
$ 19,500
Category : 15 Passenger Vans
Address : 391 EMPIRE BLVD
Years : 2008
Details

15P48 2008 FORD 15-PASSENGER VAN MILES:40897
$ 20,000
Category : 15 Passenger Vans
Address : 391 EMPIRE BLVD
Years : 2008
Details

15P52 2008 FORD 15-PASSENGER VAN MILES:48434
$ 20,000
Category : 15 Passenger Vans
Address : 391 EMPIRE BLVD
Years : 2008
Details

15P44 2008 FORD 15-PASSENGER VAN
$ 20,500
Address : 391 EMPIRE BLVD

4/7/2011

4/7/2011

VAN RENTALS - IMAGE Van Sales - 12+ ..

1SP34 2007 CHEVY 15-PASSENGER VAN MILES 71363 $16500
$ 16,500
Category: 15 Passenger Vans

Address : 391 EMPIRE BLVD
Years : 2007

Details

<< Start < Prev 1 2 Next > End >>
Results 1 - 20 of 29 | Page 1 of 2

Travel Info, Car Rental Deals, VP Corporate Transportation imagerentacar.com CALL 1-888-718-0001

- Chauffeur Cars for NYC
  Chauffeur cars are a great choice for a city like NYC. High profile businessmen and even quite a lot of leisure travelers today prefer traveling around in chauffeur cars since it makes this...

- Consider THE Range Rover HSE If You Want to Live the High Life in NYC
  Visiting NYC is a heady experience. The city is home to some of the finest restaurants, the most luxurious hotels and spas and entertainment venues. No other city can provide you the ...

- A Guide to NYC Holidays for Families
  NYC is one of the most popular destinations around the world when it comes to holidays and vacations. The city is one of the most popular and receives millions of tourists every singe year. The ...

- Van Rentals at the Airport - Why Is It A Better Choice for NYC
  Van Rentals at the Airport are available in almost all cities with different providers but no other city in the US requires it more than NYC. If you have been to NYC before you would...

- Using Luxury Vans for Your Next Group Travel in NYC
  Group travel in NYC can be a very enjoyable and exciting experience. With so much to see and so many things to do in the city, you will certainly not be bored. When you are...

- Luxury Travel in NYC - Rent an Exotic Car for the Pinstripe Bowl
  It has already been made official: NYC will host the New Era Pinstripe Bowl this year on 30th December, 2010. The venue for the event is the Yankee Stadium. This unique contest will mark the ...

- Luxury Travel in NYC - Experience the Top Luxury Hotels in NYC
  Luxury travel in NYC is nothing like one can find in any other cities. New York is home to a large number of hotels offering budget as well as super luxury options. If you prefer...

- 5 Activities for Group Travel in NYC
  NYC is an exciting city that has something to offer to everyone. Each year, millions of people visit this exciting city and explore its many attractions. The city has several great tourist attractions and is...

- Corporate Luxury Travel in NYC - Mix Business with a Luxury Travel
  NYC offers a lot of things for corporate professionals traveling for business. The city has all the facilities that any corporate traveler would need for a relaxed setting. NYC is the most populated and the...

- NYC Chauffeur Service - Van Rentals & Luxury Car Rentals
  Living it up in the New York City limelight can often become unbearably stressful; corporate meetings here, fundraiser raisers there. Before you know it you're running late and lost in heavy NYC traffic. Business travelers...

VAN RENTALS - IMAGE Van Sales - 12+ ..

4/7/2011

- IMAGE Van Sales // Luxury Vans /
  Sprinter Vans / 12-15 Passenger
  Vans
  - 9 Passenger Conversion Vans For
    Sale
- Used Conversion Vans
- 15 Passenger Van Rentals and
  SALES

- Luxury
- 12 Passenger Vans
- 15 Passenger Conversion Vans
- 9 Passenger Conversion Vans
- Nissan Sentra
- 15 Passenger Vans

- About IMAGE USED Van Sales
- Used Vans For Sale
- News
- Van Leasing
- Used Conversion Vans
- Van Rentals

## Resources

- Image Van Rentals
- Image Rent A Car
- Chevrolet Express Van
- Used Vans For Sale
- Ford E Series
- Dodge Sprinter Van
- NHTSA Safety
- Passenger Van Rental
- 15 Passenger Rentals
- Administrator
- Moving Vans
- New York Movers
- Buy Wholesale Fabric
- Conversion Van Rental
- Used Van Sales
- Passenger Van Rental
- Sprinter Van Rental
- Conversion Vans
- Van Rentals
- 15 Passenger Van Rental
- Orlando Van Rental
- 15 Passenger Vans Connecticut
- Tablecloth Wholesale

Twitter / Imagerentacar
Twitter updates from IMAGE Rent A Car / imagerentacar.

4/7/2011                    VAN RENTALS - IMAGE Van Sales - 12+ ..

Car

imagerentacar: http://www.ImageRentAcar.com Cadillac Escalade ESV LOADED. for Just $299.99 Per Day just by MAGE Rent A
Car

- imagerentacar: http://www.ImageRentAcar.com Range Rover HSE LOADED. for Just $299.99 Per Day just by MAGE Rent A Car
- imagerentacar: http://www.ImageRentAcar.com Range Rover HSE LOADED. for Just $299.99 Per Day just by MAGE Rent A Car

16 Passenger Van Rentals
- Airport 15 Passenger Van Rentals
- Bay Ridge New York 15 Passenger Van Rental
- Downtown Brooklyn New York 15 Passenger Van Rental
- Manhattan 15 Passenger Van Rental
- Vans For Rent Brooklyn
- Brooklyn Minivan Rentals
- Bensonhurst Brooklyn NY 15 Passenger Van Rental
- Brooklyn Passenger Van Rentals
- Boro Park New York 15 Passenger Van Rental
- Bronx New York 15 Passenger Van Rental
- Brooklyn 15 Passenger Van Rental
- Brooklyn New York 15 Passenger Van Rental
- Brooklyn Heights New York 15 Passenger Van Rental
- Staten Island New York 15 Passenger Van Rental
- Bushwick New York 15 Passenger Van Rental
- Canarsie New York 15 Passenger Van Rental
- Carroll Gardens New York 15 Passenger Van Rental
- Bronx New York 15 Passenger Van Rental
- Cobble Hill Brooklyn New York 15 Passenger Van Rental
- Coney Island New York 15 Passenger Van Rental
- Corona New York 15 Passenger Van Rental
- Downtown Brooklyn New York 15 Passenger Van Rental
- Cheap New York 15 Passenger Van Rental
- East New York Brooklyn 15 Passenger Van Rental
- Elmhurst New York 15 Passenger Van Rental
- Elmont New York 15 Passenger Van Rental
- Flatbush New York 15 Passenger Van Rental
- Van Hire NYC 15 Person Vans
- Floral Park Brooklyn NY 15 Passenger Van Rental
- Flushing New York 15 Passenger Van Rental
- Fordham New York 15 Passenger Van Rental
- Forest Hills New York 15 Passenger Van Rental
- Fort Greene Brooklyn NY 15 Passenger Van Rental
- NYC 15 Passenger Van Rental
- Freeport Village Brooklyn NY 15 Passenger Van Rental
- Fresh Meadows Brooklyn NY 15 Passenger Van Rental
- Garden City New York 15 Passenger Van Rental
- Manhattan Passenger Vans New York Vans
- Freightliner sprinter Van Rental
- Great Neck New York 15 Passenger Van Rental
- Greenpoint Brooklyn NY 15 Passenger Van Rental
- Mercedes Benz New York 15 Passenger Van Rental
- Howard Beach NY 15 Passenger Van Rental

4/7/2011                              VAN RENTALS - IMAGE Van Sales - 12+ ..

- Jamaica New York 15 Passenger Van Rental
- Ozone Park Queens NY 15 Passenger Van Rental
- Park Slope New York 15 Passenger Van Rental
- Long Island New York 15 Passenger Van Rental
- Queens New York 15 Passenger Van Rental
- Brooklyn 15 Passenger Van Rental
- Rego Park Queens New York 15 Passenger Van Rental
- Dodge 15 Passenger Van Rental
- LGA Airport 15 Passenger Van Rental
- Sheepshead Bay Brooklyn NY 15 Passenger Van Rental
- Staten Island New York 15 Passenger Van Rental
- Kennedy Airport 15 Passenger Van Rental
- Newark NJ 15 Passenger Van Rental
- Ford 15 Passenger Van Rental
- Williamsburg Brooklyn New York 15 Passenger Van Rental
- Brooklyn Van Rentals
- Flatbush New York 15 Passenger Van Rentals
- Queens New York 15 Passenger Van Rentals
- Boro Park Brooklyn 15 Passenger Van Rental
- Crown Heights 15 Passenger Van Rental
- Rent A Van in Crown Heights
- Rent A Car in Crown Heights

Copyright © 2011. VAN RENTALS - IMAGE Van Sales - 12+15 Passenger Vans For Sale NY - Florida. Designed by Shape5.com
Joomla Templates

4/7/2011

VAN RENTALS - IMAGE Van Sales - 12+ ..

- 15 Passenger Vans
- 12 Passenger Vans
- Used Conversion Vans
- Home
- Passenger Van Rentals
- Contact US
- Nissan Sentra

Image Van Sales HOME /



15P41 2007 FORD 15-PASSENGER VAN MILES:72601 $13500

$ 13 500     Address : 391 EMPIRE BLVD

Category : 15 Passenger Vans     Years : 2007

[Details]

15P39 2007 FORD 15-PASSENGER VAN MILES:62620 $13500

$ 13 500     Address : 391 EMPIRE BLVD

Category : 15 Passenger Vans     Years : 2007

[Details]

15P24 2007 FORD 15-PASSENGER VAN MILES:93478 $14500.00

$ 14 500     Address : 391 EMPIRE BLVD

Category : 15 Passenger Vans     Years : 2007

[Details]

4/7/2011

## VAN RENTALS - IMAGE Van Sales - 12+ ..



| 15P25 2007 FORD 15-PASSENGER VAN 15P25 MILES 74900 $12500 | |
| --- | --- |
| $ 12,500 | Years : 2007 |
| Category: 15 Passenger Vans | |

| 15P59 2008 CHEVY 15-PASSENGER VAN MILES 59809 | |
| --- | --- |
| $ 19,500 | Address : 2440 WEST SR 84 |
| Category: 15 Passenger Vans | Years : 2008 |

| 15P45 2007 CHEVY 15-PASSENGER VAN MILES 72978 $15500 | |
| --- | --- |
| $ 15,500 | Address : 391 EMPIRE BLVD |
| Category: 15 Passenger Vans | Years : 2007 |

<< Start <  Prev 1 2 Next > End >>
Results 21 - 29 of 29 | Page 2 of 2

---

Travel Info, Car Rental Deals, VP Corporate Transportation imagerentacar.com CALL 1-888-718-0001

- **Chauffeur Cars for NYC**
  Chauffeur cars are a great choice for a city like NYC. High profile businessmen and even quite a lot of leisure travelers today prefer traveling around in chauffeur cars since it makes this....

- **Consider THE Range Rover HSE If You Want to Live the High Life in NYC**
  Visiting NYC is a heady experience. The city is home to some of the finest restaurants, the most luxurious hotels and spas and entertainment venues. No other city can provide you the....

- **A Guide to NYC Holidays for Families**
  NYC is one of the most popular destinations around the world when it comes to holidays and vacations. The city is one of the most popular and receives millions of tourists every singe year. The ...

- **Van Rentals at the Airport - Why Is It A Better Choice for NYC**
  Van Rentals at the Airport are available in almost all cities with different providers but no other city in the US requires it more than NYC. If you have been to NYC before you would....

- **Using Luxury Vans for Your Next Group Travel in NYC**
  Group travel in NYC can be a very enjoyable and exciting experience. With so much to see and so many things to do in the city, you will certainly not be bored. When you are...

- **Luxury Travel in NYC - Rent an Exotic Car for the Pinstripe Bowl**
  It has already been made official; NYC will host the New Era Pinstripe Bowl this year on 30th December, 2010. The venue for the event is the Yankee Stadium. This unique contest will mark the...

- **Luxury Travel in NYC - Experience the Top Luxury Hotels in NYC**
  Luxury travel in NYC is nothing like one can find in any other cities. New York is home to a large number of hotels offering budget as well as super luxury options. If you prefer...

- **5 Activites for Group Travel in NYC**
  NYC is an exciting city that has something to offer to everyone. Each year, millions of people visit this exciting city and explore its many attractions. The city has several great tourist attractions and is ...

VAN RENTALS - IMAGE Van Sales - 12+ ..

4/7/2011

- Used Conversion Vans
- Home
- Passenger Van Rentals
- Contact US
- Nissan Sentra

## Popular

- Currnet Used Vans For Sale
- IMAGE Van Sales // Luxury Vans / Sprinter Vans / 12-15 Passenger Vans
- 9 Passenger Conversion Vans For Sale
- Used Conversion Vans
- 15 Passenger Van Rentals and SALES

- Nissan Sentra
- 15 Passenger Vans
- Luxury
- 12 Passenger Vans
- 15 Passenger Conversion Vans
- 9 Passenger Conversion Vans

- About IMAGE USED Van Sales
- Used Vans For Sale
- News
- Van Leasing
- Used Conversion Vans
- Van Rentals

## Resources

- Image Van Rentals
- Image Rent A Car
- Chevrolet Express Van
- Used Vans For Sale
- Ford E Series
- Dodge Sprinter Van
- NHTSA Safety
- Passenger Van Rental
- 15 Passenger Rentals
- Administrator
- Moving Vans
- New York Movers
- Buy Wholesale Fabric
- Conversion Van Rental
- Used Van Sales
- Passenger Van Rental
- Sprinter Van Rental

4/7/2011                VAN RENTALS - IMAGE Van Sales - 12+ ...

- imagerentacar: http://www. ImageRentAcar.com 9 Passenger Luxury/High Top Van LOADED. for Just $249.99 Per day
- imagerentacar: http://www.ImageRentAcar.com Range Rover HSE LOADED. for Just $299.99 Per Day just by MAGE Rent A Car Just for This Week
  imagerentacar: http://www. ImageRentAcar.com Range Rover HSE LOADED. for Just $299.99 Per Day just by MAGE Rent A Car Just for This...
- imagerentacar: http://www. ImageRentAcar.com Cadillac Escalade ESV LOADED. for Just $299.99 Per Day just by MAGE Rent A Car Just for This Week
  imagerentacar: http://www. ImageRentAcar.com Cadillac Escalade ESV LOADED. for Just $299.99 Per Day just by MAGE Rent A Car Just for This...
- imagerentacar: http://www. ImageRentAcar.com Cadillac Escalade ESV LOADED. for Just $299.99 Per Day just by MAGE Rent A Car
  imagerentacar: http://www. ImageRentAcar.com Cadillac Escalade ESV LOADED. for Just $299.99 Per Day just by MAGE Rent A Car
- imagerentacar: http://www. ImageRentAcar.com Range Rover HSE LOADED. for Just $299.99 Per Day just by MAGE Rent A Car
  imagerentacar: http://www. ImageRentAcar.com Range Rover HSE LOADED. for Just $299.99 Per Day just by MAGE Rent A Car

16 Passenger Van Rentals
- Airport 15 Passenger Van Rentals
- Bay Ridge New York 15 Passenger Van Rental
- Downtown Brooklyn New York 15 Passenger Van Rental
- Manhattan 15 Passenger Van Rental
- Vans For Rent Brooklyn
- Brooklyn Minivan Rentals
- Bensonhurst Brooklyn NY 15 Passenger Van Rental
- Brooklyn Passenger Van Rentals
- Boro Park New York 15 Passenger Van Rentals
- Bronx New York 15 Passenger Van Rental
- Brooklyn 15 Passenger Van Rental
- Brooklyn New York 15 Passenger Van Rental
- Brooklyn Heights New York 15 Passenger Van Rental
- Staten Island New York 15 Passenger Van Rental
- Bushwick New York 15 Passenger Van Rental
- Canarsie New York 15 Passenger Van Rental
- Caroll Gardens New York 15 Passenger Van Rental
- Bronx New York 15 Passenger Van Rental
- Cobble Hill Brooklyn New York 15 Passenger Van Rental
- Coney Island New York 15 Passenger Van Rental
- Corona New York 15 Passenger Van Rental
- Downtown Brooklyn New York 15 Passenger Van Rental
- Cheap New York 15 Passenger Van Rental
- East New York Brooklyn 15 Passenger Van Rental
- Elmhurst New York 15 Passenger Van Rental
- Elmont New York 15 Passenger Van Rental
- Flatbush New York 15 Passenger Van Rental
- Van Hire NYC 15 Person Vans
- Floral Park Brooklyn NY 15 Passenger Van Rental
- Flushing New York 15 Passenger Van Rental
- Fordham New York 15 Passenger Van Rental
- Forest Hills New York 15 Passenger Van Rental
- Fort Greene Brooklyn NY 15 Passenger Van Rental
- NYC 15 Passenger Van

4/7/2011                          VAN RENTALS - IMAGE Van Sales - 12+..

- JFK Airport Van Rental
- Manhattan New York 15 Passenger Van Rental
- Newark Vans For Rent
- Marine Park New York 15 Passenger Van Rental
- New York 15 Passenger Van Rental
- Cheap New York 12 Passenger Van Rental
- Midwood Brooklyn 15 Passenger Van Rental
- Mill Basin New York 10 Passenger Van Rental
- New Hyde Park NYC 15 Passenger Van Rental
- Jamaica New York 15 Passenger Van Rental
- Ozone Park Queens NY 15 Passenger Van Rental
- Park Slope New York 15 Passenger Van Rental
- Long Island New York 15 Passenger Van Rental
- Queens New York 15 Passenger Van Rental
- Brooklyn 15 Passenger Van Rental
- Rego Park Queens New York 15 Passenger Van Rental
- Dodge 15 Passenger Van Rental
- LGA Airport 15 Passenger Van Rental
- Sheepshead Bay Brooklyn NY 15 Passenger Van Rental
- Staten Island New York 15 Passenger Van Rental
- Kennedy Airport 15 Passenger Van Rental
- Newark NJ 15 Passenger Van Rental
- Ford 15 Passenger Van Rental
- Williamsburg Brooklyn New York 15 Passenger Van Rental
- Brooklyn Van Rentals
- Flatbush New York 15 Passenger Van Rentals
- Queens New York 15 Passenger Van Rentals
- Boro Park Brooklyn 15 Passenger Van Rental
- Crown Heights 15 Passenger Van Rental
- Rent A Van In Crown Heights
- Rent A Car In Crown Heights

Copyright © 2011. VAN RENTALS - IMAGE Van Sales - 12+15 Passenger Vans For Sale NY - Florida. Designed by Shape5.com
Joomla Templates