

Sharky Laguana <bandago@gmail.com>

# Fwd: Image Rent A Car Inc

**david** <davidlipsker@gmail.com>                                                                Tue, Jul 30, 2013 at 6:12 AM
To: Sharky Laguana <Sharky@bandago.com>, Daniel Gershburg <daniel@danielgershburg.com>, Barbie Lieber <barbie@lieberlegal.com>

take a look at parag. c

---------- Forwarded message ----------
From: **Connie - Image RAC** <connie@imagerentacar.com>
Date: Tue, Feb 15, 2011 at 2:33 PM
Subject: Re: Image Rent A Car Inc
To: david lipsker <davidlipsker@gmail.com>
Cc: IMAGE Rent A Car <info@imagerentacar.com>


Spoke to Nosson Kopel
Re: Image

**A.** His fee to start is $1000 filing fee + $3000 attorney fee = **$4000** (plus there are other fees as the case progresses and that is per hour $200)
Now if you decide to stop in middle of the case, then depending how close to filing he was, he may refund some of the $4000. With regards to paying him, he will have to file with the court to request payment from a corporate officer.

**B.**  How urgent is urgent?- today, a week, etc. (Its better to present all the paperwork to the judge at once.) It is possible to do a generic filing but then you  "owe" the courts paperwork and he doesnt advise it. Its used mostly in foreclosure cases.

**C.**There is another aspect to consider- **CIVIL** FRAUD (its not as bad as Criminal Fraud). The court looks to see any transactions within the last year prior to filing bankruptcy. You are proposing moving assets from Image  just prior to  filing,  that could be interpreted as fraud.  Have to see when sold Image's assets. If within the past year, they may reverse those sales so the money is there.

**D.** The IRS might (probably will) come after you for  a few thousand dollars for corporate taxes that they will assess is due.

**E.**  This may or may not bring the other case to NY and it may or may not help dismiss that case.


**F.** If you want to talk to him than he can be reached via email nkoppel@comcast.net, c:(917) 586-5027 t: (718) 493-0995

**G.** He wants to make sure you if you want chapter 7(liquidation of assets- and there are non) or chapter 11(reorganization=the courts want to see how you plan to continue doing business)?

**E.**  Who else is listed as corporate officer.



On Tue, Feb 15, 2011 at 12:28 PM, Connie - Image RAC <connie@imagerentacar.com> wrote:
> Hi Nosson,
> I left a message  on your work and cellphone. This email is regarding the same subject matter.
> I need to file bankruptcy for Image Rent A Car Inc.

> Please call me or email me how we can proceed.
> (Time is of urgency)
> Thanks
> Chanie
>
> --
>
> Image Rent a Car
> 391 Empire Blvd
> Brooklyn NY 11225
> Tel: 718-771-6666  or
> Toll Free: 888-718-0001
> Fax:(718)771-3368 Location
> Email:  chanie@imagerentacar.com
> Servicing NY NJ CT Florida and Beyond..
>
> This e-mail, including any attachments, may contain confidential
> material and its transmission is not a waiver of that confidentiality.
>  It is intended for the sole use of the person to whom it is
> addressed.  Any copying, disclosure, distribution or reliance on this
> material by anyone other than the intended recipient is strictly
> prohibited.  We assume no responsibility to persons other than the
> intended recipient.  If you have received this transmission in error,
> please notify the sender immediately by reply e-mail and destroy any
> hard copies you may have printed and remove all electronic copies from
> your hard drive, network or any other location where electronic
> information is stored.  Thank you.

--
National Trademarks
718 363 9505 tel