**MV-82**

New York State Department of Motor Vehicles

# VEHICLE REGISTRATION/TITLE APPLICATION

This form is also available on DMV's web site - www.nysdmv.com

Batch File No.

☐ Orig ☐ Activity ☐ Renewal ☐ Lease Buyout
☐ Dup ☐ Activity W/RR ☐ Renew W/RR ☑ Sales Tax wk. Title

| Old Plate | | Old Class | | 3 of Name | | Ins. Co. Code | | Exp. Date |
|---|---|---|---|---|---|---|---|---|
| Scofflaw Case Number(s) | | | | New Plate | | | | New Class |

Special Conditions: AT BX CF CG CP EX FL GI IF MO NE NF NR NU OD OP OV PA PC PK RC RE SA SC SR SS SV TE TL TO TP TR TX XR XS WO

Sales Tax Information: Status / Value ($) / Jurisdiction / Rate / Out of State / Audit

Did you issue plates to this vehicle? ☐ Yes ☐ No  | Plate Number | Reg. Class | Date Temp Issued | Facility ID Number | Is there a lienholder? ☐ Yes ☐ No If "Yes", enter the information in Dealer Only box below.

**INSTRUCTIONS →** COMPLETE BOXES ❶❷❹❻ and ❼. COMPLETE BOXES ❸ AND ❺ ONLY IF NECESSARY. **PLEASE PRINT CLEARLY IN BLUE OR BLACK INK.**

## ❶ WHAT DO YOU WANT TO DO? (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)

☑ **REGISTER** this vehicle for the first time  ☐ CHANGE a title (see box ❺)  ☐ **TITLE ONLY** for a 1973 or newer vehicle

For the following options, please enter PLATE NUMBER

☐ RENEW Registration
☐ REPLACE lost registration items
☐ CHANGE Registration (see box ❺)
☐ TRANSFER Plate Number to this Vehicle
☐ LEASE BUY-OUT

## ❷ CLIENT ID NO. (from Driver License of first registrant listed below)

NAME CHANGE? ☐ YES (see box ❺) ☑ NO

ADDRESS CHANGE? ☐ YES ☐ NO

Is this registration for a corporation or partnership? ☑ Yes ☐ No

**NAME OF REGISTRANT** (Last, First, Middle)

GROUP TRAVEL SOLUTION INC

How was the vehicle obtained?
☐ New ☐ Leased New ☑ Used ☐ Leased Used

DATE OF BIRTH: Month / Day / Year   SEX: ☐ M ☐ F   DAY PHONE NO. (Optional) Area Code

**ADDRESS WHERE YOU GET YOUR MAIL** (Include Street Number and Name, Rural Delivery and/or box number. This address will appear on the document.)

| 391 EMPIRE BLVD | Apt. No. | City or Town BROOKLYN | State N Y | Zip Code 11225 | County of Residence KINGS |

**ADDRESS WHERE YOU LIVE** (IF DIFFERENT FROM MAILING ADDRESS. DO NOT GIVE P.O. BOX.)

| | Apt. No. | City or Town | State | Zip Code |

## ❸ OWNER CLIENT ID NO. (from Driver License)

IF YOU ARE NOT THE OWNER of this vehicle, the owner must complete this section. Proof of ownership and proof of owner's name and date of birth are required.
NOTE - You do not have to fill in this section if you attach a completed Registration Authorization (MV-95), or if you are renewing the vehicle, and the owner is the same.

**NAME OF CURRENT OWNER** (Last, First, Middle)

DATE OF BIRTH: Month / Day / Year   OWNER'S DAY PHONE NO. (Optional) Area Code

**ADDRESS WHERE OWNER GETS MAIL** (Include Street Number and Name, Rural Delivery and/or box number)

| | Apt. No. | City or Town | State | Zip Code | County |

AUTHORIZATION: The registrant named in box ❷ is authorized to register the vehicle described in box ❹.

(Owner's/Authorized Signature-Co-owner's Signature if applicable)  (Date)

## ❹ VEHICLE IDENTIFICATION NUMBER

1GBFH15TX61132282

VEHICLE DESCRIPTION: Year 2006 / Make CHEVROLET

Body Type For Cars: ☐ 2-Door ☐ 4-Door ☐ Convertible ☐ Station Wagon/Suburban ☐ Other

**Body Type For Other Vehicles**

☐ Pickup ☑ Van ☐ Motorcycle ☐ Tow ☐ Trailer ☐ Other

Color GY  Unladen Weight 6800

Type of Power (Fuel): ☑ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None

| Cylinders | For trailers & commercial vehicles Max. Gross Weight | For rentals, buses & taxis Seating Cap. 7 | Odometer Reading in Miles 67600 | Vehicle's ODOMETER has room for how many numbers (5, 6 or 7 - do not include tenths)? | For commercial vehicles Axles / Distance |

DEALER ONLY / OFFICE ONLY

Lien Filing Code (Assigned by DMV) | Lienholder Name and Mailing Address

Mileage Brand | Prior Owner  5/6/8... | Sequence State | ... | Lien | Lien Number | | Lien Release

Proof Submitted (Name and Ownership) | N Y ... Reg/Title | State | Approved By | Date | Old Reg | Stop/Response | Operator

MV-82 (10/09)

JUN 23 2011

**5** CHANGES - To change information on a current registration and/or title, be sure to enter the **new** information on page 1 of this form.)
Registering a Vehicle in New York State, for more information.)

NAME CHANGE: Print former name exactly as it appears on the current registration or title.

CHANGES: Describe any vehicle changes and the reasons for the changes.

**6** ADDITIONAL VEHICLE INFORMATION ⟶ QUESTIONS 1-3 **MUST** BE COMPLETED.

1. I certify that, to the best of of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "**has been**" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage" on it.)

2. Is this vehicle registered for your own personal use? ☑ Yes ☐ No
   If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
   ☐ New York City ☐ A jurisdiction other than NYC, that regulates taxis ☐ A jurisdiction that does not regulate taxis
   ☐ It is a passenger vehicle that is rented without a driver.
   ☐ It requires a **commercial operating authority** permit:
   ☐ NYS DOT Permit No. _____ ☐ I.C.C. Permit No. _____ ☐ US DOT Permit No. _____
   ☐ It is government-owned.
   ☐ It is used as an ☐ ambulance ☐ ambulette ☐ hearse/invalid coach Check this box if: ☐ payment is received to carry passengers
   ☐ It is used exclusively as a hearse Check this box if: ☐ payment is received to carry passengers
   ☐ It is a commercial tow truck with a GVWR of at least 8,600 lbs.
   ☐ It is used only as a farm vehicle (Form MV-260F, Part 1, must be attached). ☐ It is used only as an **agricultural truck**.

3. Has this vehicle been modified to change its registration class? ☐ Yes ☑ No If "Yes", explain _____

4. This vehicle is a **pick-up truck** with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it, and you want? ☐ Passenger Plates ☐ Commercial Plates

**7** CERTIFICATION: The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State Inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days, I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that this registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.

Print Name Here ▶ CONNIE GREY SECT

Print Additional (Print Name in Full - If registering for a corporation, print your full name and title.)
Name Here ▶ _____ (Print Name in Full)

Sign Here ▶ C. Grey (Sign Here)

Additional
Signature
Sign Here ▶ _____ (Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)

IMPORTANT: Making a false statement in any registration application or in any proof or statements in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner nor the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:

My signature authorizes _____
to use my credit card for payment of fees in connection with this application, and
I understand that I must be present for this transaction.

Sign
Here ▶ _____ (Cardholder-Sign Name in Full)

## To Be Completed by a Registered New York State Dealer Only – List any additional Lienholders

Lien Filing Code (Assigned by DMV) _____  Lienholder Name _____
Mailing Address _____ (Number and Street) _____ (City) _____ (State) _____ (Zip Code)

Lien Filing Code (Assigned by DMV) _____  Lienholder Name _____
Mailing Address _____ (Number and Street) _____ (City) _____ (State) _____ (Zip Code)

NY DEALER CERTIFICATION: I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.

_____ (Signature of Dealer or Authorized Representative)

MV-82 (10/09)

ADIR PLAZA INC
150 NO MAIN ST
E HAMPTO N NY          11937

000263



# CERTIFICATE OF TITLE

## NEW YORK STATE

| Title and Identification No. | Year | Make | Model Code | Body/Hull | LIENS Document No. |
|---|---|---|---|---|---|
| 1GBFH35TX61132282 | 2006 | CHEVR | VAN | VAN | 5108910 |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 6800 | GAS | 8 | NEW | VEHICLE | 2/17/07 |

Name and Address of Owner(s)

ADIR PLAZA INC
150 NO MAIN ST
E HAMPTO N NY          11937

ODOMETER READING  00100

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
STERLING NATIONAL BANK
500 7 AVE
NEW YORK NY      10018

Lienholder

\* ONE LIEN RECORDED \*

Lienholder

\* ONE LIEN RECORDED \*

Lienholder

\* ONE LIEN RECORDED \*

MV-999 (7/03)

DEPARTMENT OF MOTOR VEHICLES

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed. Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero).
- ☐ 3. not the actual mileage. WARNING: ODOMETER DISCREPANCY.

**ODOMETER READING**

(no. tenths)

ODOMETER HAS SPACE FOR: (Check one)
- ☐ Five Digits, excluding tenths
- ☐ Six Digits, excluding tenths

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I, or we transfer, the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.

**Seller**

**Buyer**

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed. Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS of the vehicle described on the front.
- ☐ 3. not the actual mileage. WARNING: ODOMETER DISCREPANCY

**ODOMETER READING**

(no. tenths)

ODOMETER HAS SPACE FOR: (Check one)
- ☐ Five Digits, excluding tenths
- ☐ Six Digits, excluding tenths

I, or we transfer, the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.

**Seller**

**Buyer**

F 8274317

Boat Dealer's

New York State Department of Motor Vehicles
# NOTICE OF RECORDED LIEN

00689     071806

I.D. Number
**1GBFH15TX61132282**     Year **2006**     Make **CHEVR**

STERLING NATIONAL
BANK
500 7 AVE
NEW YORK NY          10018

**6800** Wgt./Lgth.     **GAS** Fuel     **8** Cyl/Prop.     **VAN** Body/Hull.     **GY** Color

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.



### OWNER

ADIRONDACK PLAZA INC
150 NO MAIN ST
E HAMPTO N NY          11937

### ADDITIONAL LIENHOLDERS

The following information applies only to the lienholder shown in the box above.

☒ Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

☐ We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

☐ We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code _____

Name _____          Date of Assignment _____

No. and Street _____

City _____ State _____ Zip _____

Authorized Signature _____     Date 5/19/60

---

you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, at or manufactured home, give the transferred Title AND this notice to the new owner. To obtain a lien-free Title before then, urn your current Title, this lien notice and a $20.00 fee to the DMV, Title Bureau, 6 Empire State Plaza, Albany NY 228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

ou cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a plicate by completing Form MV-902 (available at a DMV office or on our web site at www.nysdmv.com) and mailing it with a .00 check or money order AND this lien notice to the DMV, Title Bureau at the above address.

ur address has not changed since you last registered the vehicle and your registration shows your current address, you may ble to apply for a duplicate title on line. For more information, please visit our web site listed above.

901 (1/06)

Keep this document to show to the police and courts.

**NEW YORK STATE REGISTRATION DOCUMENT**

G OMS
FCM1249
2005 DODGE NONTRANSFERABLE
SUBN MR 2D4GP44L75R390052
000012 G 6 FF964824 MAY 24 2010
Wt/Seals Fuel/Cyl LMB SPG302
GROUP TRAVEL
SOLUTION INC Expires 09/30/10
391 EMPIRE BLVD *NYMA*
BROOKLYN NY 11225 113.50

ANNUAL CRC

FF964824 VOID IF ALTERED EXCEPT FOR ADDRESS 140.50



**Adir** *Plaza*

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2010 | 132282 |

Bill To

Group Travel Solution Inc.
391 Empire Blvd
Brooklyn NY 11225

| Description | Amount |
|-------------|--------|
| 2006 Chevrolet Express | 6.000.00 |
| VIN#1GBFH15TX61132282 | |
| condition: AS IS | |
| Out-of-state sale, exempt from sales tax | 0.00 |

PAID

RECEIVED BY:

6.16.10

| | Total | $6,000.00 |
|--|-------|-----------|



New York State
Department of Motor Vehicles

SERVICE
AMOUNT PAID

SALES TAX/TITLE
$50.00

SALES TAX AMOUNT:
TITLE/LIENS AMOUNT
AUTO TITLE

EXEMPT
$50.00

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|----|------|-------------|
|       |          | 2006 | CHEVR |           |

VIN 1GBFH15TX61132282
SURRENDER DATE
ITEMS SURRENDERED

GROUP TRAVEL
SOLUTION INC
391 EMPIRE BLVD
BROOKLYN NY          11225

1334088E JUN 23 2010
SSG JSBB18        20100623145854

1334088E

FS-6T (4/06)   COMMISSIONER OF MOTOR VEHICLES          PART 2

**MV-82**

New York State Department of Motor Vehicles

## VEHICLE REGISTRATION/TITLE APPLICATION

This form is also available on DMV's web site · www.nysdmv.com

Batch File No. _0031916819_

☐ Org ☐ Activity ☐ Renewal ☐ Lease Buyout
☐ Dup ☐ Activity W/RR ☐ Renew W/RR ☐ Sales Tax with Title

Old Plate | Old Class | 3 of Name | Ins. Co. Code | Exp. Date
Scofflaw Case Number(s) | | | | New Plate _CFCN1201_ | New Class _OMV_

Special Conditions: AT BY CK CO CP EX FL GI IF MO NE NF NR NU OD OP OV PA PC PK ~NC RE SA SG SR 33 SV 7E TL TO TP TR TX XR X6 WO

Sales Tax Information: Status ☐ Value (S) | Jurisdiction _881_ | Rate | Out of State | Audit

Did you issue plates to this vehicle? ☐ Yes ☐ No | Plate Number | Reg. Class | Date Temp. Issued | Facility ID Number | Is there a lienholder? ☐ Yes ☐ No If 'Yes', enter the information in Dealer Only box below. Alterations are not allowed in the lienholder sections.

**INSTRUCTIONS →** COMPLETE BOXES ① ② ④ ⑥ and ⑦. COMPLETE BOXES ③ AND ⑤ ONLY IF NECESSARY. PLEASE PRINT CLEARLY IN BLUE OR BLACK INK.

**①** WHAT DO YOU WANT TO DO? (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)

☒ REGISTER this vehicle for the first time ☐ TRANSFER Plate Number _____ to this vehicle
☐ RENEW plate # _____ ☐ CHANGE registration for Plate Number _____ (see box ⑥)
☐ REPLACE lost registration items
☐ CHANGE a title (see box ⑤)
☐ TITLE ONLY for a 1973 or newer vehicle
☐ LEASE BUY-OUT Plate Number _____

**②** CLIENT ID NO. (from Driver License of first registrant listed below)

NAME CHANGE? ☐ YES (see box ⑤) ☒ NO
ADDRESS CHANGE? ☐ YES ☒ NO
Is this registration for a corporation or partnership? ☒ Yes ☐ No

NAME OF REGISTRANT (Last, First, Middle)
GROUP TRAVEL SOLUTION INC

How was the vehicle obtained?
☐ New ☐ Leased New ☒ Used ☐ Leased Used

ADDRESS WHERE YOU GET YOUR MAIL (Include Street Number and Name, Rural Delivery and/or box number. This address will appear on the document.)
391 EMPIRE BLVD

DATE OF BIRTH: Month | Day | Year
SEX: ☐ M ☐ F
DAY PHONE NO. (Optional) Area Code

Apt. No. | City or Town BROOKLYN | State N Y | Zip Code 11225 | County of Residence KINGS

ADDRESS WHERE YOU LIVE (IF DIFFERENT FROM MAILING ADDRESS. DO NOT GIVE P.O. BOX.)
719 EASTERN PKWY

Apt. No. | City or Town BROOKLYN | State N Y | Zip Code 11213

**③** OWNER CLIENT ID NO. (from Driver License)

IF YOU ARE NOT THE OWNER of this vehicle, the owner must complete this section. Proof of ownership and proof of owner's name and date of birth are required. NOTE -You do not have to fill in this section if you attach a completed Registration Authorization (MV-95), or if you are renewing the vehicle, and the owner is the same.

NAME OF CURRENT OWNER (Last, First, Middle)

DATE OF BIRTH: Month | Day | Year
OWNER'S DAY PHONE NO. (Optional) Area Code

ADDRESS WHERE OWNER GETS MAIL (Include Street Number and Name, Rural Delivery and/or box number)

Apt. No. | City or Town | State | Zip Code | County

AUTHORIZATION: The registrant named in box ② is authorized to register the vehicle described in box ④.

(Owner's/Authorized Signature-Co-owner's Signature if applicable) (Date)

**④** VEHICLE IDENTIFICATION NUMBER
1GAH639U46123 0136

VEHICLE DESCRIPTION
Year 06 | Make CHEVROLET

Body Type For Cars
☐ 2-Door ☐ 4-Door ☐ Convertible ☐ Station Wagon/Suburban ☒ Other

Body Type For Other Vehicles
☐ Pick-up ☐ Van ☐ Motorcycle ☐ Tow ☐ Trailer ☐ Other

Type of Power (Fuel)
☐ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None

Color WH | Unladen Weight 6400

Cylinders 8 | For trailers & commercial vehicles Max. Gross Weight | For semi-trailers Seating Cap.

Odometer Reading in Miles 76,373

Vehicle's ODOMETER has room for how many numbers (5, 6 or 7 - do not include tenths)?

For commercial vehicles: Axles | Distance

Lien Filing Code (Assigned by DMV) | Lienholder Name and Mailing Address

Mileage Brand: Prior Owner | Issuance State | Title | Lien | Lien Number | Lien Release
Reg/Tag | Approved By | Stop/Fineprice
Date MAY 14 2010 | Operator

**MV-82 (7/07)**

**5** CHANGES - *To change information on a current registration and/or title, be sure to enter the __new__ information on page 1 of this form. (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)*

NAME CHANGE: *Print former name exactly as it appears on the current registration or title.*

CHANGES: *Describe any vehicle changes and the reasons for the changes.*

---

**6** ADDITIONAL VEHICLE INFORMATION ⟶ QUESTIONS 1-3 __MUST BE COMPLETED__.

1. I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "__has been__" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage" on it.)

2. Is this vehicle registered for your own personal use? ☐ Yes ☒ No
   If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
      ☐ New York City      ☐ A jurisdiction other than NYC, that regulates taxis      ☐ A jurisdiction that does not regulate taxis
   ☒ It is a passenger vehicle that is rented without a driver.
   ☐ It requires a commercial operating authority permit:
      ☐ NYS DOT Permit No. _____   ☐ I.C.C. Permit No. _____   ☐ US DOT Permit No. _____
   ☐ It is government-owned.
   ☐ It is used as an ☐ ambulance ☐ ambulette ☐ hearse/invalid coach   Check this box if: ☐ payment is received to carry passengers
   ☐ It is used exclusively as a hearse   Check this box if: ☐ payment is received to carry passengers
   ☐ It is a commercial tow truck with a GVWR of at least 8,600 lbs.
   ☐ It is used only as a farm vehicle (Form MV-260F, Part 1, must be attached).   ☐ It is used only as an agricultural truck.

3. Has this vehicle been modified to change its registration class? ☐ Yes ☒ No   If "Yes", explain _____

4. This vehicle is a pick-up truck with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it, and you want? ☐ Passenger Plates ☐ Commercial Plates

---

**7** CERTIFICATION: The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.

Print Name Here ▶ *Connie Grey Seep*

Print Additional Name Here ▶   [Print Name In Full - if registering for a corporation, print your full name and title]   (Print Name in Full)

Sign Here ▶ *C. Grey*   (Sign hERE)

Additional Signature Sign Here ▶   (Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)

IMPORTANT: Making a false statement in any registration application or in any proof or statements in connection with it, or decaying or substituting in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law. The Department makes no representation that it will issue a certificate of title or transferable registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:

My signature authorizes _____
to use my credit card for payment of any fees in connection with this application.

Sign Here ▶ _____   (Cardholder-Sign Name in Full)

---

To Be Completed by a Registered New York State Dealer Only – List any additional Lienholders

| Lien Filing Code (Assigned by DMV) Mailing Address | Lienholder Name | | | |
|---|---|---|---|---|
| | (Number and Street) | (City) | (State) | (Zip Code) |
| Lien Filing Code (Assigned by DMV) Mailing Address | Lienholder Name | | | |
| | (Number and Street) | (City) | (State) | (Zip Code) |

NY DEALER CERTIFICATION: I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.

(Signature of Dealer or Authorized Representative)

MV-82 (7/07)

15520

IMAGE RENT A CAR INC
391 EMPIRE BLVD
BROOKLYN NY        11225

001798



# CERTIFICATE OF TITLE

## NEW YORK STATE

www.nysdmv.com

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 1GAHG39U461230836 1GAHG39U461230836 | 2006 | CHEVR | EXP | SUBN | 377468A |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 6400 | GAS | 8 | USED | VEHICLE | 6/08/09 |

Name and Address of Owner(s)

IMAGE RENT A CAR INC
391 EMPIRE BLVD
BROOKLYN NY        11225

ODOMETER READING: 54120
54120
ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.



Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

MV-999 (4-08)

DEPARTMENT OF MOTOR VEHICLES

ANY CHANGE OR ERASURE WILL VOID THIS TITLE — ANY FALSE STATEMENT IS A MISDEMEANOR

## SECTION I - Transfer by Owner

### ODOMETER DISCLOSURE STATEMENT

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.
I certify that, to the best of my knowledge, this odometer reading (check one):

☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

| ODOMETER READING |
| --- |
| 76,393 |
| (no tenths) |

ODOMETER HAS SPACE FOR: (Check one)
☐ Five Digits, excluding tenths
☐ Six Digits, excluding tenths

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller's Signature | | Seller's Name (Print in Full) | | | |
| --- | --- | --- | --- | --- | --- |
| Street Address | City | | State | ZIP code | Date of Statement |
| 347 Empire Blvd | Brooklyn | | NY | 11225 | 4/14/10 |
| Buyer's Signature | | Buyer's Name (Print in Full) | | | |
| | | GROUP TRAVEL SOLUTION INC - PHILIPPE NAIM | | | |
| Street Address | City | | State | ZIP code | Date of Statement |
| 391 EMPIRE BLVD | BROOKLYN | | NY | 11225 | 5/12/10 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

### ODOMETER DISCLOSURE STATEMENT

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.
I certify that, to the best of my knowledge, this odometer reading (check one):

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

| ODOMETER READING |
| --- |
| |
| (no tenths) |

ODOMETER HAS SPACE FOR: (Check one)
☐ Five Digits, excluding tenths
☐ Six Digits, excluding tenths

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller's Signature | | Seller's Name (Print in Full) | | | |
| --- | --- | --- | --- | --- | --- |
| Street Address | City | | State | ZIP code | Date of Statement |
| Buyer's Signature | | Buyer's Name (Print in Full) | | | |
| Street Address | City | | State | ZIP code | Date of Statement |

CONTROL NUMBER

V-999 (4-08)

Boat Dealer's
Facility #

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE – FOR HIRE PASSENGER VEHICLE

111 Empire Fire & Marine Insurance Co.

Name & Address of Issuer **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

Policy Number SF229728

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

| Effective Date | Expiration Date |
|---|---|
| 05/12/2010 | 10/01/2010 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective data.)

Applicable with respect to the following Motor Vehicle:

**GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225**

| 2008 | CHEVY |
|---|---|
| Year | Make |

| 1GAHG39U461230836 | 12 |
|---|---|
| Vehicle Identification Number | Seats |

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FH-1

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE – FOR HIRE PASSENGER VEHICLE

111 Empire Fire & Marine Insurance Co.

Name & Address of Issuer **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

Policy Number SF229728

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

| Effective Date | Expiration Date |
|---|---|
| 05/12/2010 | 10/01/2010 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

**GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225**

| 2008 | CHEVY |
|---|---|
| Year | Make |

| 1GAHG39U461230836 | 12 |
|---|---|
| Vehicle Identification Number | Seats |

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FH-1

FAX: Scanable Bar Code



## FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode



N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

============================== FILING RECEIPT    ALBANY, NY  12231-0001
ENTITY NAME : GROUP TRAVEL SOLUTION INC.
====================================================================

DOCUMENT TYPE : ASSUMED NAME CERTIFICATE
====================================================================
  FILER:
  - - - - -
                                         FILED:  05/04/2010
                                         CASH#:  236808
  DAVID LIPSKER                          FILM#:  20100504013
  719 EASTERN PARKWAY
  STE. #3
  BROOKLYN            NY    11213


  PRINCIPAL LOCATION
  - - - - - - - - - - - - - - -

  719 EASTERN PARKWAY
  SUITE 3
  BROOKLYN
  NY    11213


  COMMENT:


  ASSUMED NAME
  - - - - - - - - - - -
  IMAGE RENT A CAR


====================================================================
SERVICE COMPANY : SERVICO
                                                      CODE:  35
                                                      BOX :  41
FEES        160.00
- - - -                                   PAYMENTS:  160.00
FILING :     25.00                        - - - - - - - -
COUNTY :    100.00                        CASH    :
COPIES :     10.00                        CHECK   :  160.00
MISC   :      .00                         C CARD  :
HANDLE :     25.00

                                          REFUND  :
                                          - - - - -
====================================================================
36623
                        DO3HD104
                                          DOS-281 (04/2007)

**Keep this document to show to the police and courts.**

MV44873-05491   NEW YORK STATE REGISTRATION DOCUMENT   

PAS
FBX6099
2005 FORD    NONTRANSFERABLE
4DSD BL      1FAFP34N85W219439
002750 G 4   FF233658 MAY 07 2010
WtSpas   Fuel/St   GLM BRK123
GROUP TRAVEL
SOLUTION INC          Expires 05/31/12
391 EMPIRE BLVD              *NYMA*
BROOKLYN                        21.75
                  NY 11225

                              ANNUAL FEE
                           NOT FORGET TO PAY BILL

FF233658 VOID IF ALTERED EXCEPT FOR ADDRESS   200.00



AUTO          NONTRANSFERABLE

0051410B19 FF092749 CAK     143.50
          *FCN1201

GROUP TRAVEL
SOLUTION INC
          FH
                    *NYMA*
Corp/Govt reg transaction

4091645

# MV-82

**New York State Department of Motor Vehicles**

## VEHICLE REGISTRATION/TITLE APPLICATION

This form is also available on DMV's web site - www.dmv.ny.gov

Batch File No.: 10902X0B13

- [x] Orig
- [ ] Dup
- [ ] Activity
- [ ] Activity W/RR
- [ ] Renewal
- [ ] Renew W/RR
- [ ] Lease Buyout
- [ ] Sales Tax with Title

| Old Plate | | Old Class | | 3 of Name | | New Plate | Ins. Co. Code | / / / | Exp. Date | | New Class | DMS |

| Special Conditions | AT | BV | CF | CO | CP | | EX | FL | GI | | IF | MO | NE | NF | | NR | NU | OO | | OP | CV | PA |
| | PC | PK | | RE | SA | SO | | SR | SS | SV | | TE | TL | TD | TP | | TR | | TX | XR | | X5 | WO |

Sales Tax Information — Status / — Value ($) — Jurisdiction — Rate — Out of State — Audit

Did you issue plates to this vehicle? [ ] Yes [ ] No — Plate Number — Reg. Class — Date Temp Issued — Facility ID Number — Is there a lienholder? [ ] Yes [ ] No If 'Yes', enter the information in Detail Only box below.

**INSTRUCTIONS →** COMPLETE BOXES ❶ ❷ ❹ ❻ and ❼. COMPLETE BOXES 3 AND 5 ONLY IF NECESSARY. PLEASE PRINT CLEARLY IN BLUE OR BLACK INK.

## ❶ WHAT DO YOU WANT TO DO? (See Form MV-52.1, Registering a Vehicle in New York State, for more information.)

- [x] **REGISTER** this vehicle for the first time
- [ ] CHANGE a title (see box 5)

For the following options, please enter PLATE NUMBER _____

- [ ] RENEW Registration
- [ ] CHANGE Registration (see box 2)
- [ ] REPLACE lost registration items
- [ ] TRANSFER Plate Number to this Vehicle
- [ ] LEASE BUY-OUT
- [ ] TITLE ONLY for a 1973 or newer vehicle

## ❷ NAME OF PRIMARY REGISTRANT (Last, First, Middle)

GROUP TRAVEL SOLUTION INC

PRIMARY CLIENT ID NO. (from NYS License) — SEX [ ] M [ ] F — DATE OF BIRTH Month Day Year

NAME OF CO-REGISTRANT (Last, First, Middle)

CO-REGISTRANT CLIENT ID NO. (from NYS License) — SEX [ ] M [ ] F — DATE OF BIRTH Month Day Year

DAY PHONE NO. (Optional) Area Code ( )

NAME CHANGE? [ ] YES (see box 5) [x] NO — ADDRESS CHANGE? [ ] YES [x] NO — Is this registration for a corporation or partnership? [x] Yes [ ] No — How was the vehicle obtained? [x] New [ ] Leased New [ ] Used [ ] Leased Used

PRIMARY REGISTRANT ADDRESS WHERE YOU GET YOUR MAIL (Include Street Number and Name, Rural Delivery and/or box number. This address will appear on the document.)

| 391 EMPIRE BLVD | Apt. No. | City or Town Brooklyn | State N Y | Zip Code 11225 | County of Residence KINGS |

PRIMARY REGISTRANT ADDRESS WHERE YOU LIVE (IF DIFFERENT FROM MAILING ADDRESS. DO NOT GIVE P.O. BOX.)

| | Apt. No. | City or Town | State | Zip Code |

## 3 OWNER CLIENT ID NO. (from Driver License)

IF YOU ARE **NOT** THE OWNER of this vehicle, the owner must complete this section. Proof of ownership and proof of owner's name and date of birth are required.
NOTE - You do not have to fill in this section if you attach a completed Registration Authorization (MV-95), or if you are renewing the vehicle, and the owner is the same.

NAME OF CURRENT OWNER (Last, First, Middle)

DATE OF BIRTH Month Day Year — OWNER'S DAY PHONE NO. (Optional) Area Code

ADDRESS WHERE OWNER GETS MAIL (Include Street Number and Name, Rural Delivery and/or box number)

| | Apt. No. | City or Town | State | Zip Code | County |

AUTHORIZATION: The registrant named in box ❷ is authorized to register the vehicle described in box ❹.

_____
(Owner's/Authorized Signature-Co-owner's Signature if applicable) (Date)

## ❹ VEHICLE IDENTIFICATION NUMBER

1GAHG39K281186501

VEHICLE DESCRIPTION Year 2008 Make CHEVROLET

Body Type For Cars
- [ ] 2-Door [ ] 4-Door [ ] Convertible [ ] Station Wagon/ Suburban [ ] Other

Body Type For Other Vehicles
- [ ] Pickup [x] Van [ ] Motorcycle [ ] Tow [ ] Trailer [ ] Other

Color white — Unladen Weight 6421

Type of Power (Fuel)
- [x] Gas [ ] Diesel [ ] Electric [ ] Flex [ ] CNG [ ] Propane [ ] None

Cylinders 8 — Max. Gross Weight (For trailers & commercial vehicles) — Seating Cap. (For rentals, buses & taxis) 15

Odometer Reading in Miles 83103

Vehicle's ODOMETER has room for how many numbers (5, 6 or 7 — do not include tenths).

For commercial vehicles: Axles ___ Distance ___

Lien Filing Code (Assigned by Dealer) — Lienholder Name and Mailing Address

| Mileage Prior Owner | OQQTSTF4 | Issuance Date | Title | Lien Number | Lien Release |
| Proof Submitted (Hand-printed Ownership) X-9. H-H-1884946 | | | | | |
| Reg/Title 1018849946 | State FL | Approved By | Sign/Response | | |
| | | | Operator | | |

MV-82 (3/11)

**5** **CHANGES** - To change information on a current registration and/or title, be sure to enter the **new** information on page 1 of this form. (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)

NAME CHANGE: Print *former* name exactly as it appears on the current registration or title.

CHANGES: *Describe any vehicle changes and the reasons for the changes.*

**6** **ADDITIONAL VEHICLE INFORMATION** ➤ *QUESTIONS 1-3 MUST BE COMPLETED.*

1. I certify that, to the best of of my knowledge, this vehicle ☑ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "**has been**" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage" on it.)

2. Is this vehicle registered for your own personal use? ☑ Yes ☐ No
   *If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:*
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
      ☐ New York City     ☐ A jurisdiction other than NYC, that regulates taxis     ☐ A jurisdiction that does not regulate taxis
   ☑ It is a passenger vehicle that is rented without a driver.
   ☐ It requires a commercial operating authority permit:
      ☐ NYS DOT Permit No. _____   ☐ I.C.C. Permit No. _____   ☐ US DOT Permit No. _____
   ☐ It is government-owned.
   ☐ It is used as an ☐ ambulance ☐ ambulette ☐ hearse/invalid coach Check this box if: ☐ payment is received to carry passengers
   ☐ It is used exclusively as a hearse Check this box if: ☐ payment is received to carry passengers
   ☐ It is a commercial tow truck with a GVWR of at least 8,600 lbs.
   ☐ It is used only as a farm vehicle (Form MV-260F, Part 1, must be attached).   ☐ It is used only as an agricultural truck.

3. Has this vehicle been modified to change its registration class? ☑ Yes ☐ No   If "Yes", explain _____

4. This vehicle is a pick-up truck with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it, and you want? ☐ Passenger Plates ☐ Commercial Plates

**7** **CERTIFICATION:** The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

Print Name Here ▶ CONNIE GREY SECT
(Print Name in Full - If registering for a corporation, print your full name and title)

Print Additional Name Here ▶ _____
(Print Name in Full)

Sign Here ▶ *C. Grey*

Additional Signature Sign Here ▶ _____ (Sign Here)

Additional Signature Sign Here ▶ _____ (Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)

**IMPORTANT:** Making a false statement in any registration application or in any proof or statements in connection with it, or deceiving or substituting in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

**CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:**

My signature authorizes _____ to use my credit card for payment of fees in connection with this application, and I understand that I must be present for this transaction.

Sign Here ▶ _____ (Cardholder - Sign Name in Full)

**To Be Completed by a Registered New York State Dealer Only** – *List any additional Lienholders*

Lien Filing Code _____ (Assigned by DMV)
Mailing Address _____
(Number and Street)          (City)          (State)          (Zip Code)
Lienholder Name _____

Lien Filing Code _____ (Assigned by DMV)
Mailing Address _____
(Number and Street)          (City)          (State)          (Zip Code)
Lienholder Name _____

**NY DEALER CERTIFICATION:** I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.

(Signature of Dealer or Authorized Representative)

MV-82 (3/11)

# CERTIFICATE OF TITLE

| Identification Number | Year | Make/Body | W/T Lbs. | Vessel Regis. No. | Title Number | Doc Release |
|---|---|---|---|---|---|---|
| 1GAFG35K281186501 | 2008 | CHEV VN | 6249 | | 101884946 | |

| Prev State | Color | Primary Brand | Secondary Brand | NY BR Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| TX | WHI | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or CH 689 | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 17304 MILES    11/13/2008 ACTUAL | | | 12/24/2008 |

**Registered Owner**

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN    NY 11225

## PHOTO-COPY

1st Lienholder

11/13/2008
CITICAPITAL COMMERCIAL CORP
PO BOX 168847
IRVING    TX 75016

DIVISION OF MOTOR VEHICLES              TALLAHASSEE          FLORIDA      DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Carl A. Ford
Director

Control Number  092613973

Electra Theodorides-Bustle
Executive Director

---

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Gary Travel Solution Inc.

Seller Must Enter Selling Price: 17,450                    Address: 391 Empire Blvd, Brooklyn, NY 11225

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |1|8|3.|1|0|3.|X| (no tenths) miles, date read _____    Seller Must Enter Date Sold: 8/26/11

[✓] 1. reflects ACTUAL MILEAGE.       [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.       [ ] 3. is NOT THE ACTUAL MILEAGE.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here: _____
Print Here: Adir Plaza Inc

CO-SELLER Must Sign Here: _____
Print Here: _____

Selling Dealer's License Number: _____        Tax No.: _____        Tax Collected: _____

PURCHASER Must Sign Here: _____
Print Here: Gary Travel Solution Inc

CO-PURCHASER Must Sign Here: _____
Print Here: _____

HSMV 82250 (REV 04/09)

## STATE OF FLORIDA

**ODOMETER CERTIFICATION**

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.:

Selling Dealer's Name:

Selling Dealer's Address:

Purchaser's Name(s):

Address:

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ ☒ (NO TENTHS) MILES, DATE READ _____ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:

Print Here:

Seller/Agent Must Sign Here:

Print Here:

Co-Purchaser Must Sign Here:

Print Here:

Auction Name (When Applicable):

Auction License Number:

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.:

Selling Dealer's Name:

Selling Dealer's Address:

Purchaser's Name(s):

Address:

Tax No.:

Tax Collected:

Date Sold:

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ ☒ (NO TENTHS) MILES, DATE READ _____ AND I HEREBY CERTIFY THAT... ER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE

01

Purchaser Must Sign Here:

Print Here:

Seller/Agent Must Sign Here:

Print Here:

\*ADIR PLAZA INC\*

IGAHG39K281186501

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.:

Selling Dealer's Name:

Selling Dealer's Address:

Purchaser's Name(s):

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE

Purchaser Must Sign Here:

Print Here:

Seller/Agent Must Sign Here:

Print Here:

Auction Name (When Applicable):

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

111  Empire Fire & Marine Insurance Co.

Name & Address of Issuer  **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has Issued
a liability policy complying with Section 370 of the NEW YORK
Vehicle and Traffic Law to:

Policy Number  **SF450120**

| Effective Date | Expiration Date |
|---|---|
| **08/24/2011** | **10/01/2011** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

| **2008** | **CHEVR** |
|---|---|
| Year | Make |

**1GAHG39K281188501**   **15**
Vehicle Identification Number   Seats

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.

FH-1

---

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

111  Empire Fire & Marine Insurance Co.

Name & Address of Issuer  **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has Issued
a liability policy complying with Section 370 of the NEW YORK
Vehicle and Traffic Law to:

Policy Number  **SF450120**

| Effective Date | Expiration Date |
|---|---|
| **08/24/2011** | **10/01/2011** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

| **2008** | **CHEVR** |
|---|---|
| Year | Make |

**1GAHG39K281186501**   **15**
Vehicle Identification Number   Seats

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.

FH-1

---

FAX: Scanable Bar Code



FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable
ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
scanable barcode

OUTS-AUTO    NONTRANSFERABLE

1090710B13 FN769120 SEM    107.50
    *FRJ7049

GROUP TRAVEL
SOLUTION INC
    FH

Corp/Govt reg transaction    *NYMA*

307151055

**MV-82**

New York State Department of Motor Vehicles

**VEHICLE REGISTRATION/TITLE APPLICATION**

This form is also available on DMV's web site · www.dmv.ny.gov

Batch File No. 1090210B13

- ☑ Orig ☐ Activity ☐ Renewal ☐ Lease Buyout
- ☐ Dup ☐ Activity W/RR ☐ Renew W/RR ☐ Sales Tax with Title

| Old Plate | | Old Class | | 3 of Name | | Ins. Co. Code | / / / | Exp. Date | |
| Scofflaw Case Number(s) | | | | | New Plate | | | New Class | CLAS |

**Special Conditions:** AT BV CF CO CP EX FL GI IF MO NE NF NR NU OD OP OV PA PC PK RC RE SA SO SR SS SV TE TL TO TP TR TX XR X6 WD

| Sales Tax Information | Status | Value ($) | Jurisdiction | Rate | Out of State | Audit |

| Did you issue plates to this vehicle? ☐ Yes ☐ No | Plate Number | Reg. Class | Date Temp Issued | Facility ID Number | Is there a lienholder? ☐ Yes ☐ No If 'Yes', enter the information in Dealer Only box below. |

**INSTRUCTIONS →** COMPLETE BOXES ❶❷❹❻ and ❼. COMPLETE BOXES ❸ AND ❺ ONLY IF NECESSARY. **PLEASE PRINT CLEARLY IN BLUE OR BLACK INK.**

**❶ WHAT DO YOU WANT TO DO?** *(See Form MV-82.1, Registering a Vehicle in New York State, for more information.)*

☑ REGISTER this vehicle for the first time ☐ CHANGE a title (see box ❺) ☐ TITLE ONLY for a 1973 or newer vehicle

For the following options, please enter PLATE NUMBER ____

☐ RENEW Registration ☐ CHANGE Registration (see box ❺) ☐ REPLACE lost registration items ☐ TRANSFER Plate Number to this Vehicle ☐ LEASE BUY-OUT

**❷ NAME OF PRIMARY REGISTRANT** *(Last, First, Middle)*

GROUP TRAVEL SOLUTION INC

| PRIMARY CLIENT ID NO. *(from NYS License)* | SEX ☐ M ☐ F | DATE OF BIRTH Month Day Year |

**NAME OF CO-REGISTRANT** *(Last, First, Middle)*

| CO-REGISTRANT CLIENT ID NO. *(from NYS License)* | SEX ☐ M ☐ F | DATE OF BIRTH Month Day Year |

**DAY PHONE NO.** *(Optional)* Area Code ( )

NAME CHANGE? ☐ YES (see box ❺) ☑ NO

ADDRESS CHANGE? ☐ YES ☑ NO

Is this registration for a corporation or partnership? ☑ Yes ☐ No

How was the vehicle obtained? ☑ New ☐ Leased New ☐ Used ☐ Leased Used

**PRIMARY REGISTRANT ADDRESS WHERE YOU GET YOUR MAIL** *(Include Street Number and Name, Rural Delivery and/or box number. This address will appear on the document.)*

| 391 EMPIRE BLVD | Apt. No. | City or Town Brooklyn | State N Y | Zip Code 11225 | County of Residence KINGS |

**PRIMARY REGISTRANT ADDRESS WHERE YOU LIVE** *(IF DIFFERENT FROM MAILING ADDRESS. DO NOT GIVE P.O. BOX.)*

| | Apt. No. | City or Town | State | Zip Code | |

**❸ OWNER CLIENT ID NO.** *(from Driver License)*

IF YOU ARE NOT THE OWNER of this vehicle, the owner must complete this section. Proof of ownership and proof of owner's name and date of birth are required.

NOTE - You do not have to fill in this section if you attach a completed Registration Authorization (MV-95), or if you are renewing the vehicle, and the owner is the same.

**NAME OF CURRENT OWNER** *(Last, First, Middle)*

| | DATE OF BIRTH Month Day Year | OWNER'S DAY PHONE NO. *(Optional)* Area Code |

**ADDRESS WHERE OWNER GETS MAIL** *(Include Street Number and Name, Rural Delivery and/or box number)*

| | Apt. No. | City or Town | State | Zip Code | County |

**AUTHORIZATION:** The registrant named in box ❷ is authorized to register the vehicle described in box ❹.

____ *(Owner's/Authorized Signature-Co-owner's Signature if applicable)* ____ *(Date)*

**❹ VEHICLE IDENTIFICATION NUMBER**

1GAHG39K181167762

| VEHICLE DESCRIPTION Year 2008 | Make CHEVROLET |

**Body Type For Cars:** ☐ 2-Door ☐ 4-Door ☐ Convertible ☐ Station Wagon/Suburban ☐ Other

**Body Type For Other Vehicles:** ☐ Pickup ☑ Van ☐ Motorcycle ☐ Tow ☐ Trailer ☐ Other ____

**Type of Power (Fuel):** ☑ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None

| Color white | Unladen Weight 6421 |

| Cylinders 8 | For trailers & commercial vehicles Max. Gross Weight | For rentals, buses & taxis Seating Cap. 15 | Odometer Reading in Miles 83790 | Vehicle's ODOMETER has room for how many numbers (5, 6 or 7 - do not include tenths)? | For commercial vehicles Axles | Distance |

**Lien Filing Code** *(Assigned by DMV)*

Lienholder Name and Mailing Address

| Mileage Brand | Prior Owner | Issuance State | Title | Lien | Lien Release |
| Proof Submitted (Name and Ownership) | | State FL | | | |

MV-82 (3/11)

**5** **CHANGES** - To change information on a current registration and/or title, be sure to enter the **new** information on page 1 of this form. (See Form MV-82.1. Registering a Vehicle in New York State, for more information.)

NAME CHANGE: Print former name exactly as it appears on the current registration or title.

CHANGES: Describe any vehicle changes and the reasons for the changes.

**6** **ADDITIONAL VEHICLE INFORMATION** ⟶ **QUESTIONS 1-3 MUST BE COMPLETED.**

1. I certify that, to the best of of my knowledge, this vehicle ☑ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the **"has been"** box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage" on it.)

2. Is this vehicle registered for your own personal use? ☑ Yes ☐ No
   If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
      ☐ New York City ☐ A jurisdiction other than NYC, that regulates taxis ☐ A jurisdiction that does not regulate taxis
   ☑ It is a passenger vehicle that is rented without a driver.
   ☐ It requires a **commercial operating authority** permit:
      ☐ NYS DOT Permit No. _____ ☐ I.C.C. Permit No. _____ ☐ US DOT Permit No. _____
   ☐ It is government-owned.
   ☐ It is used as an ☐ ambulance ☐ ambulette ☐ hearse/invalid coach Check this box if: ☐ payment is received to carry passengers
   ☐ It is used exclusively as a **hearse** Check this box if: ☐ payment is received to carry passengers
   ☐ It is a **commercial tow truck** with a GVWR of at least 8,600 lbs.
   ☐ It is used only as a **farm vehicle** (Form MV-260F, Part 1, must be attached). ☐ It is used only as an **agricultural truck.**

3. Has this vehicle been modified to change its registration class? ☑ Yes ☐ No If "Yes", explain _____

4. This vehicle is a **pick-up truck** with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it, and you want? ☐ Passenger Plates ☐ Commercial Plates

**7** **CERTIFICATION:** The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State Inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. **If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.**

Print Name Here ▶ CONNIE GREY SECT     Sign Here ▶ C.Grey
      (Print Name in Full - if registering for a corporation,               (Sign Here)
**Print Additional**    print your full name and title)     **Additional**
**Name Here ▶** _____     **Signature**
     (Print Name in Full)     **Sign Here ▶** _____
                                   (Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)

**IMPORTANT:** Making a false statement in any registration application or in any proof or statements in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

**CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:**

My signature authorizes _____     **Sign**
to use my credit card for payment of fees in connection with this application, and     **Here ▶** _____
I understand that I must be present for this transaction.                   (Cardholder-Sign Name in Full)

**To Be Completed by a Registered New York State Dealer Only – List any additional Lienholders**

Lien Filing Code _____ Lienholder Name _____
(Assigned by DMV)
Mailing Address _____
     (Number and Street)          (City)        (State)     (Zip Code)
Lien Filing Code _____ Lienholder Name _____
(Assigned by DMV)
Mailing Address _____
     (Number and Street)          (City)        (State)     (Zip Code)

**NY DEALER CERTIFICATION:** I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.
                             (Signature of Dealer or Authorized Representative)

MV-82 (3/11)

# CERTIFICATE OF TITLE

1GAHG39K181167792　2006 CHEV　BU　5421　100248183

FL　PRIMARY BRAND　SECONDARY BRAND　PRIVATE 02/28/2008

Odometer Status or Vessel Manufacturer or CH

14341 MILES　11/13/2008 ACTUAL　12/23/2008

Registered Owner:
ADIR PLAZA INC
361 EMPIRE BLVD
BROOKLYN NY 11225

PHOTO-COPY

1st Lienholder

11/13/2008
CITICAPITAL COMMERCIAL CORP
P O BOX 1B9547
IRVING TX 75016

DIVISION OF MOTOR VEHICLES　TALLAHASSEE　FLORIDA　DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Carl A. Ford
Director

Control Number 092602662

Electra Theodorides-Bustle
Executive Director

TRANSFER OF TITLE BY SELLER

Seller Must Enter Purchaser Name

Seller Must Enter Selling Price:

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

STATE OF FLORIDA

ODOMETER CERTIFICATION

Selling Dealer's
License No.:

Selling Dealer's
Name:

Selling Dealer's Address:

Purchaser's Name(s):

Address

Date Sold:

I/WE STATE THAT THIS ☐ 3 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐ ☐☐☐☐☐ ☒ (NO TENTHS) MILES, DATE READ

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE

☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING

☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must
Sign Here:

Print Here:

Co-Purchaser Must
Sign Here:

Seller/Agent Must
Sign Here:

Print Here:

Auction Name (When Applicable):

Print Here:

Auction License Number:

Selling Dealer's
License No.:

Selling Dealer's
Name:

Tax:

Tax
Collected:

Selling Dealer's Address:

Purchaser's Name(s):

Address

Date Sold:

I/WE STATE THAT THIS ☐ 3 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐ ☐☐☐☐☐ ☒ (NO TENTHS) MILES, DATE READ

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE

☐ 2. IS IN EXCESS OF

AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING

62

Purchaser Must
Sign Here:

Print Here:

Seller/Agent Must
Sign Here:

Print Here:

*ADIR PLAZA INC*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Selling Dealer's
License No.:

Selling Dealer's
Name:

Selling Dealer's Address:

Purchaser's Name(s):

1GAHG39K181167762

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

I/WE STATE THAT THIS ☐ 3 OR ☐ 6 DIGIT ODOMETER NOW READS ☐

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE

Purchaser Must
Sign Here:

Print Here:

Seller/Agent Must
Sign Here:

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
## INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

111 **Empire Fire & Marine Insurance Co.**

Name & Address of Issuer **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

**GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225**

Policy Number **SF450120**

| Effective Date | Expiration Date |
|---|---|
| **08/24/2011** | **10/01/2011** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| 2008 | CHEVR |
|---|---|
| Year | Make |

**1GAHG39K181167762**          **15**
Vehicle Identification Number          Seats

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FH-1

---

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
## INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

111 **Empire Fire & Marine Insurance Co.**

Name & Address of Issuer **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

**GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225**

Policy Number **SF450120**

| Effective Date | Expiration Date |
|---|---|
| **08/24/2011** | **10/01/2011** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| 2008 | CHEVR |
|---|---|
| Year | Make |

**1GAHG39K181167762**          **15**
Vehicle Identification Number          Seats

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

---

## FAX: Scanable Bar Code



### FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

OUTS-AUTO     NONTRANSFERABLE

1090710B13 FN769119 SEM     107.50
          *FRJ7048

GROUP TRAVEL
SOLUTION INC.
        FH
                  *NYMA*
Corp/Govt reg transaction

CK
0052410502

MV-82 VEHICLE REGISTRATION / TITLE APPLICATION

Ins. Co. Code 111

FCM 1249 Oms

**WHAT DO YOU WANT TO DO?** (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)

☐ REGISTER this vehicle for the first time ☐ TRANSFER Plate Number _____ to this vehicle ☐ CHANGE a title (see box ⑨)
☐ RENEW plate # _____ ☐ CHANGE registration for Plate Number _____ (see box ⑩) ☐ TITLE ONLY for a 1973 or newer vehicle
☐ REPLACE lost registration items ☐ LEASE BUY-OUT Plate Number _____

**NAME OF REGISTRANT** (Last, First, Middle)

GBoS+ TRAVEL SoLuTioN NC

How was the vehicle obtained?
☐ New ☐ Leased New ☒ Used ☐ Leased Used

**ADDRESS WHERE YOU GET YOUR MAIL**
391 EMPIRE BLVD    BROOKLYN    State NY    Zip Code 11221    County of Residence KINGS

**ADDRESS WHERE YOU LIVE** (if different from above)
719 EASTERN PKWY    BROOKLYN    State NY    Zip Code 11213

**VEHICLE IDENTIFICATION NUMBER**
2D4GP44L7SR3Y005X    Year 05    Make DoDGE

**Body Type For Other Vehicles**

Year MR    Unladen Weight 4221

Vehicle's ODOMETER has read / for how many numbers (5, 6 or 7): 85863

A 9683252 NV Y 0

Reg fr    Prort @ Corp (FBX GOPY), FH1

C320

ADDITIONAL VEHICLE INFORMATION — QUESTIONS 1-5 MUST BE COMPLETED

1. I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for lawful operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage" on it.)

2. Is this vehicle registered for your own personal use? ☐ Yes ☒ No
If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:
☐ It is a passenger vehicle to be used for hire with a driver and operated in:
   ☐ New York City   ☐ A jurisdiction other than NYC, that regulates taxis   ☐ A jurisdiction that does not regulate taxis
☒ It is a passenger vehicle that is rented without a driver.
☐ It requires a commercial operating authority permit:
   ☐ NYS DOT Permit No. _____   ☐ I.C.C. Permit No. _____   ☐ US DOT Permit No. _____
☐ It is government-owned.
☐ It is used as an ☐ ambulance ☐ ambulette ☐ hearse/invalid coach  Check this box if: ☐ payment is received to carry passengers
☐ It is used exclusively as a hearse  Check this box if: ☐ payment is received to carry passengers
☐ It is a commercial tow truck with a GVWR of of least 8,600 lbs.
☐ It is used only as a farm vehicle (Form MV-260F, Part 1, must be attached).   ☐ It is used only as an agricultural truck.

3. Has this vehicle been modified to change its registration class? ☐ Yes ☒ No   If "Yes", explain _____

4. This vehicle is a pick-up truck with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it, and you want? ☐ Passenger Plates   ☐ Commercial Plates

CERTIFICATION: The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have pleated in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.

Print Name Here ▶  Connie Grey-Lee _____   Sign Here ▶  C. Grey _____
(Print Name in Full - If registering for a corporation, print your full name and title)

Print Additional Name Here ▶ _____   Additional Signature Sign Here ▶ _____
(Print Name in Full)

Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name)

IMPORTANT: Making a false statement in any registration application or in any proof or statements in connection with it, or de-owning or substituting in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documents required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:

My signature authorizes _____ to use my credit card for payment of any fees in connection with this application.   Sign Here ▶ _____   (Cardholder's Sign Name in Full)

To Be Completed by a Registered New York State Dealer Only - Attach additional Lienholders

| Lien Filing Code (Assigned by DMV) | | Lienholder Name | | | |
| Mailing Address | | | | | |
| | (Number and Street) | | (City) | (State) | (Zip Code) |
| Lien Filing Code (Assigned by DMV) | | Lienholder Name | | | |
| Mailing Address | | | | | |
| | (Number and Street) | | (City) | (State) | (Zip Code) |

MY DEALER CERTIFICATION: I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.   Signature of Dealer or Person of Responsibility

MV-82 (1/2007)

000029

# CERTIFICATE OF TITLE

## NEW YORK STATE

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

www.nysdmv.com

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 2D4GP44L75R390052 2D4GP44L75R390052 | 2005 | DODGE | CVN | SUBN | 968325L |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| MR | 4221 | GAS | 6 | USED | VEHICLE | 5/11/10 |

Name and Address of Owner(s)

SEBAG, GAD
1449 CARROLL ST
BROOKLYN NY           11213

ODOMETER READING:   76692
76692

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep
it in a safe place, not with your license or registration or in your vehicle or boat. To dispose
of your vehicle, boat or manufactured home, complete the transfer section on the back and
give this title to the new owner.

Lienholder
\* NO LIENS RECORDED \*

Lienholder
\* NO LIENS RECORDED \*

Lienholder
\* NO LIENS RECORDED \*

Lienholder
\* NO LIENS RECORDED \*

MV-999 (4/08)

## DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED

ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

**SECTION I - Transfer by Owner**

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**
85,853
*(no tenths)*

ODOMETER HAS SPACE FOR: *(Check one)*
☐ Five Digits, *excluding tenths*
☑ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller**

| Seller's Signature | | Seller's Name *(Print in Full)* GITA SEBAG | | |
|---|---|---|---|---|
| Street Address 1449 CARROLL ST | City BROOKLYN | State NY | ZIP code 11213 | Date of Statement 5/12/10 |

**Buyer**

| Buyer's Signature | | Buyer's Name *(Print in Full)* GROUP TRAVEL SOLUTIONS INC - PHILIPPE NAIM | | |
|---|---|---|---|---|
| Street Address 391 EMPIRE BLVD | City BROOKLYN | State NY | ZIP code 11225 | Date of Statement 5/12/10 |

**SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer**

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.**
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one):*
☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

*(no tenths)*

ODOMETER HAS SPACE FOR: *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller's Signature | | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|
| Street Address | City | State | ZIP code | Date of Statement |

| Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
|---|---|---|---|---|
| Street Address | City | State | ZIP code | Date of Statement |

-999 (4/08)

Boat Dealer's
Facility #

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
## INSURANCE CERTIFICATE – FOR HIRE PASSENGER VEHICLE

**111 Empire Fire & Marine Insurance Co.**

Name & Address of Issuer **Williams and Stazzone Insurance Agency** **SF223728**
99 N Atlantic Ave                                   Policy Number
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has issued
a liability policy complying with Section 370 of the NEW YORK
Vehicle and Traffic Law to:

| Effective Date | Expiration Date |
|---|---|
| 05/24/2010 | 10/01/2010 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

**GROUP-TRAVEL**
**SOLUTION,INC**                    **2005**        **DODGE**
391 EMPIRE BLVD                     Year            Make
BROOKLYN NY 11225
                                    **2D4GP44L75R390452**        **12**
                                    Vehicle Identification Number   Seats

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of Insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if Insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.

FH-1

## FAX: Scanable Bar Code

## FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
   ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable
   ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
   scanable barcode

AUTO          NONTRANSFERABLE

0052410302 FF964824 LMB     140.50
          *FCM1249

GROUP TRAVEL
SOLUTION INC
          FH
                    *NYMA*
Corp/Govt reg transaction

0524145110

**5** CHANGES · To change information on a current registration and/or title, be sure to enter the **new** information on page 1 of this form. (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)

NAME CHANGE: Print former name exactly as it appears on the current registration or title.

Adr Plaza Inc

CHANGES: Describe any vehicle changes and the reasons for the changes.

Body/Hull is listed (incorrectly) as Bus. It is a Passenger van 12 seats.

**6** ADDITIONAL VEHICLE INFORMATION ➡ *QUESTIONS 1-3 MUST BE COMPLETED.*

1. I certify that, to the best of of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss.
   (Checking the **"has been"** box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement **"Rebuilt Salvage"** on it.)

2. Is this vehicle registered for your own personal use? ☐ Yes ☒ No
   *If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:*
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
      ☐ New York City   ☐ A jurisdiction other than NYC, that regulates taxis   ☐ A jurisdiction that does not regulate taxis
   ☒ It is a passenger vehicle that is rented without a driver.
   ☐ It requires a **commercial operating authority** permit:
      ☐ NYS DOT Permit No. _____   ☐ I.C.C. Permit No. _____   ☐ US DOT Permit No. _____
   ☐ It is **government-owned.**
   ☐ It is used as an ☐ **ambulance** ☐ **ambulette** ☐ **hearse/invalid coach** Check this box if: ☐ payment is received to carry passengers
   ☐ It is used exclusively as a **hearse** Check this box if: ☐ payment is received to carry passengers
   ☐ It is a **commercial tow truck** with a GVWR of at least 8,600 lbs.
   ☐ It is used only as a **farm vehicle** (*Form MV-260F, Part 1, must be attached*).   ☐ It is used only as an **agricultural truck.**

3. Has this vehicle been modified to change its registration class? ☐ Yes ☒ No   If "Yes", explain _____

4. This vehicle is a **pick-up truck** with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it, and you want? ☐ Passenger Plates   ☐ Commercial Plates

**7** CERTIFICATION: The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

Print Name Here ▶ CONNIE GREY SECT        Sign Here ▶ C. Grey
                  (Print Name in Full - If registering for a corporation,        (Sign Here)
                  print your full name and title)
Print Additional                             Additional
Name Here ▶ _____                          Signature
           (Print Name in Full)              Sign Here ▶ _____
                                             (Sign Here - Additional signature required for a partnership or
                                             if registering this vehicle in more than one name.)

IMPORTANT: Making a false statement in any registration application or in any proof or statements in connection with it, or deceiving or substituting in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner nor the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:

My signature authorizes _____                         Sign
to use my credit card for payment of fees in connection with this application, and    Here ▶ _____
I understand that I must be present for this transaction.                  (Cardholder-Sign Name in Full)

**To Be Completed by a Registered New York State Dealer Only -- List any additional Lienholders**

Lien Filing Code _____       Lienholder Name _____
(Assigned by DMV)
Mailing Address _____
                (Number and Street)        (City)        (State)        (Zip Code)
Lien Filing Code _____       Lienholder Name _____
(Assigned by DMV)
Mailing Address _____
                (Number and Street)        (City)        (State)        (Zip Code)

NY DEALER CERTIFICATION: I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.
                                                       (Signature of Dealer or Authorized Representative)

MV-82 (10/09)                                                          PAGE 2 OF 2

MV-999 (7/03)

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed. Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.*

I certify that, to the best of my knowledge, this odometer reading (check one):

☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.

☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero).

☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY

**ODOMETER READING**

52,890

(no tenths)

ODOMETER HAS SPACE FOR: (Check one)
☐ Five Digits; excluding tenths.
☐ Six Digits; excluding tenths.

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY", on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | |
|---|---|---|
| **Seller** | Seller's Signature | Seller's Name (Print in Full) |
| | Street Address | City | State | ZIP Code | Date of Statement |
| **Buyer** | Buyer's Signature | Buyer's Name (Print in Full) |
| | Street Address | City | State | ZIP Code | Date of Statement |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed. Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.*

I certify that, to the best of my knowledge, this odometer reading (check one):

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.

☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero).

☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

ODOMETER HAS SPACE FOR: (Check one)
☐ Five Digits; excluding tenths
☐ Six Digits; excluding tenths

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | |
|---|---|---|
| **Seller** | Seller's Signature | Seller's Name (Print in Full) |
| | Street Address | City | State | ZIP Code | Date of Statement |
| **Buyer** | Buyer's Signature | Buyer's Name (Print in Full) |
| | Street Address | City | State | ZIP Code | Date of Statement |

1    22822

New York State Department of Motor Vehicles

**NOTICE OF RECORDED LIEN**        00505        020608

I.D. Number
1FBNE31L17DA80174     Year 2007     Make FORD

CITICAPITAL
COMMERCIAL CORP
PO BOX 168647
IRVING TX        75016

| 5639 Wgt./Lgth. | GAS Fuel | 8 Cyl/Prop. | BUS Body/Hull | WH Color |

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

**OWNER**

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN NY        11225

**ADDITIONAL LIENHOLDERS**



The following information applies only to the lienholder shown in the box above.

[X] Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

[ ] We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

[ ] We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code

Name                    Date of Assignment

No. and Street

City        State        Zip

CitiCapital Commercial Corp.

Authorized Signature        Date    8-25-10

you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this notice to the new owner. To obtain a lien-free Title before then, return your current Title, this lien notice and a $20.00 fee to the DMV, Title Bureau, 6 Empire State Plaza, Albany NY 2228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing Form MV-902 (available at a DMV office or on our web site at www.nysdmv.com) and mailing it with a 20.00 check or money order AND this lien notice to the DMV, Title Bureau at the above address.

your address has not changed since you last registered the vehicle and your registration shows your current address, you may able to apply for a duplicate title on line. For more information, please visit our web site listed above.

V-901 (1/06)

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

111  Empire Fire & Marine Insurance Co.

Name & Address of Issuer  Williams and Stazzone Insurance Agency
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicles and Traffic Law to:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

Policy Number  SF229728

Effective Date  08/30/2010  12:01 a.m.

Expiration Date  10/01/2010  12:01 a.m.

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

2007  FORD
Year  Make

1FBNE31L17DA80174  12
Vehicle Identification Number  Seats

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FH-1

---

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

111  Empire Fire & Marine Insurance Co.

Name & Address of Issuer  Williams and Stazzone Insurance Agency
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

Policy Number  SF229728

Effective Date  08/30/2010  12:01 a.m.

Expiration Date  10/01/2010  12:01 a.m.

(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

2007  FORD
Year  Make

1FBNE31L17DA80174  12
Vehicle Identification Number  Seats

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

---

## FAX: Scanable Bar Code



### FAX INSTRUCTIONS:

1. The entire page must be faxed.
2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained
3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.
4. DMV will not accept a faxed ID card without a scanable barcode

# MV-82

**New York State Department of Motor Vehicles**

## VEHICLE REGISTRATION/TITLE APPLICATION

This form is also available on DMV's web site - www.dmv.ny.gov

Batch/File No. 1090710 B13

- ☑ Orig
- ☐ Activity
- ☐ Renewal
- ☐ Lease Buyout
- ☐ Dup
- ☐ Activity W/RR
- ☐ Renew W/RR
- ☐ Sales Tax with Title

| Old Plate | | | | Old Class | | 3 of Name | | Ins. Co. Code | N/I | Exp. Date | |
| Scofflaw Case Number(s) | | | | | | | New Plate | | | | New Class | D1415 |
| Special Conditions | AT PC | BV PK | CF RO | CO RE | CP SA | EX SO | FL SR | SI SS | IF SV | MO TE | NE TL | NF TO | NR TR | NU TX | OD XR | OP X6 | OV WO | PA |
| Sales Tax Information | Status | Value ($) | | | Jurisdiction | | | | Rate | | Out of State | | Amt | | | | |

| Did you issue plates to this vehicle? ☐ Yes ☐ No | Plate Number | | Reg. Class | Date Temp Issued | Facility ID Number | | Is there a lienholder? ☐ Yes ☐ No If "Yes", enter the information in Dealer Only box below. |

---

**INSTRUCTIONS →** COMPLETE BOXES ❶❷❹❻ and ❼. COMPLETE BOXES ❸ AND ❺ ONLY IF NECESSARY. **PLEASE PRINT CLEARLY IN BLUE OR BLACK INK.**

**❶ WHAT DO YOU WANT TO DO?** (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)

☑ **REGISTER** this vehicle for the first time   ☐ **CHANGE** a title (see box ❽)   ☐ **TITLE ONLY** for a 1973 or newer vehicle

For the following options, please enter **PLATE NUMBER** [            ]

☐ **RENEW** Registration ☐ **CHANGE** Registration (see box ❽) ☐ **REPLACE** lost registration items ☐ **TRANSFER** Plate Number to this Vehicle ☐ **LEASE BUY-OUT**

**❷ NAME OF PRIMARY REGISTRANT** (Last, First, Middle)

GROUP TRAVEL SOLUTION INC

PRIMARY CLIENT ID NO. (from NYS License) [            ]   SEX ☐M ☐F   DATE OF BIRTH Month Day Year

**NAME OF CO-REGISTRANT** (Last, First, Middle)

CO-REGISTRANT CLIENT ID NO. (from NYS License) [            ]   SEX ☐M ☐F   DATE OF BIRTH Month Day Year

**DAY PHONE NO.** (Optional) Area Code (   )

NAME CHANGE? ☐ YES (see box ❽) ☑ NO

ADDRESS CHANGE? ☐ YES ☑ NO

Is this registration for a corporation or partnership? ☑ Yes ☐ No

How was the vehicle obtained? ☑ New ☐ Leased New ☐ Used ☐ Leased Used

**PRIMARY REGISTRANT ADDRESS WHERE YOU GET YOUR MAIL** (Include Street Number and Name, Rural Delivery and/or box number. This address will appear on the document.)

| | Apt. No. | City or Town | State | Zip Code | County of Residence |
| 391 EMPIRE BLVD | | Brooklyn | N Y | 11225 | KINGS |

**PRIMARY REGISTRANT ADDRESS WHERE YOU LIVE** (IF DIFFERENT FROM MAILING ADDRESS, DO NOT GIVE P.O. BOX.)

| | Apt. No. | City or Town | State | Zip Code |
| | | | | |

**❸ OWNER CLIENT ID NO.** (from Driver License) [            ]

IF YOU ARE **NOT** THE OWNER of this vehicle, the owner must complete this section. Proof of ownership and proof of owner's name and date of birth are required.
NOTE - You do not have to fill in this section if you attach a completed Registration Authorization (MV-95), or if you are renewing the vehicle, and the owner is the same.

**NAME OF CURRENT OWNER** (Last, First, Middle)

DATE OF BIRTH Month Day Year   OWNER'S DAY PHONE NO. (Optional) Area Code (   )

**ADDRESS WHERE OWNER GETS MAIL** (Include Street Number and Name, Rural Delivery and/or box number)

| | Apt. No. | City or Town | State | Zip Code | County |

**AUTHORIZATION:** The registrant named in box ❷ is authorized to register the vehicle described in box ❹.

(Owner's/Authorized Signature-Co-owner's Signature if applicable) _____ (Date) _____

**❹ VEHICLE IDENTIFICATION NUMBER**

1GAHG39K381158173

**VEHICLE DESCRIPTION** Year 2008 Make CHEVROLET

**Body Type For Cars** ☐ 2-Door ☐ 4-Door ☐ Convertible ☐ Station Wagon/Suburban ☐ Other

**Body Type For Other Vehicles**

☐ Pick-up ☑ Van ☐ Motorcycle ☐ Tow ☐ Trailer ☐ Other

Color white   Unladen Weight 6421

**Type of Power (Fuel)** ☑ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None

| Cylinders 8 | For tractors & commercial vehicles Max. Gross Weight | For rentals, buses & taxis Seating Cap. 15 | Odometer Reading in Miles 80186 | Vehicle's ODOMETER has room for how many numbers (5, 6 or 7 - do not include tenths)? | For commercial vehicles Axles | Distance |

| Lien Filing Code (Assigned by DMV) | Lienholder Name and Mailing Address | | Issuance State | | Lien Number | | Lien Release |
| Mileage Brand | Prior Owner | AUTS/FL+ | | | | | |
| | Print, Supplied (Name and Ownership) KEY FTH - 101883158 | | Approved By | | Bid Fee | | |
| | Reg/Title | | State FL | | | Operator | |

MV-82 (3/11)

**5**

**CHANGES** - To change information on a current registration and/or title, be sure to enter the **new** information on page 1 of this form. (See Form MV-82.1. Registering a Vehicle in New York State, for more information.)

NAME CHANGE: Print former name exactly as it appears on the current registration or title.

CHANGES: Describe any vehicle changes and the reasons for the changes.

**6**

**ADDITIONAL VEHICLE INFORMATION** ⟶ *QUESTIONS 1-3 MUST BE COMPLETED.*

1. I certify that, to the best of of my knowledge, this vehicle ☒ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. **(Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage" on it.)**

2. Is this vehicle registered for your own personal use? ☒ Yes ☐ No
   *If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:*
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
   　☐ New York City　☐ A jurisdiction other than NYC, that regulates taxis　☐ A jurisdiction that does not regulate taxis
   ☒ It is a passenger vehicle that is rented without a driver.
   ☐ It requires a **commercial operating authority permit:**
   　☐ NYS DOT Permit No. _____　☐ I.C.C. Permit No. _____　☐ US DOT Permit No. _____
   ☐ It is **government-owned.**
   ☐ It is used as an ☐ ambulance ☐ ambulette ☐ hearse/invalid coach Check this box if: ☐ payment is received to carry passengers
   ☐ It is used exclusively as a hearse Check this box if: ☐ payment is received to carry passengers
   ☐ It is a **commercial tow truck** with a GVWR of at least 8,600 lbs.
   ☐ It is used only as a **farm vehicle** (Form MV-260F, Part 1, must be attached).　☐ It is used only as an **agricultural truck.**

3. Has this vehicle been modified to change its registration class? ☒ Yes ☐ No　If "Yes", explain _____

4. This vehicle is a **pick-up truck** with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it, and you want? ☐ Passenger Plates ☐ Commercial Plates

**7**

**CERTIFICATION:** The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

Print Name Here ▶ CONNIE GREY SECT　　　Sign Here ▶ C-Grey

Print Additional
Name Here ▶ _____

(Print Name in Full - If registering for a corporation, print your full name and title)

Additional
Signature
Sign Here ▶ _____

(Print Name in Full)　　(Sign Here)

(Sign Here - Additional signature required for a partnership or if registering this vehicle at more than one name.)

**IMPORTANT:** Making a false statement in any registration application or in any proof of statements in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

**CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:**

My signature authorizes _____
to use my credit card for payment of fees in connection with this application, and
I understand that I must be present for this transaction.

Sign
Here ▶ _____

(Cardholder-Sign Name in Full)

**To Be Completed by a Registered New York State Dealer Only –** *List any additional Lienholders*

| Lien Filing Code (Assigned by DMV) | | Lienholder Name | | | |
|---|---|---|---|---|---|
| Mailing Address | | | | | |
| | (Number and Street) | | (City) | (State) | (Zip Code) |
| Lien Filing Code (Assigned by DMV) | | Lienholder Name | | | |
| Mailing Address | | | | | |
| | (Number and Street) | | (City) | (State) | (Zip Code) |

**NY DEALER CERTIFICATION:** I certify that all information provided on this application is true, I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.

(Signature of Dealer or Authorized Representative)

MV-82 (3/11)

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

111 Empire Fire & Marine Insurance Co.

Name & Address of Issuer **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

Policy Number SF450120

Effective Date 08/24/2011   Expiration Date 10/01/2011
12:01 a.m.   12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:
2008   CHEVR
Year   Make
1GAHG39K381158173   15
Vehicle Identification Number   Seats

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1

## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
### INSURANCE CERTIFICATE -- FOR HIRE PASSENGER VEHICLE

111 Empire Fire & Marine Insurance Co.

Name & Address of Issuer **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has issued a liability policy complying with Section 370 of the NEW YORK Vehicle and Traffic Law to:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

Policy Number SF450120

Effective Date 08/24/2011   Expiration Date 10/01/2011
12:01 a.m.   12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:
2008   CHEVR
Year   Make
1GAHG39K381158173   15
Vehicle Identification Number   Seats

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FH-1



## FAX: Scanable Bar Code



### FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained.

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

)907150322

New York State Department of Motor Vehicles

## VEHICLE REGISTRATION/TITLE APPLICATION

This form is also available on DMV's web site - www.nysdmv.com

Batch File No. __ GT 01015 JOBIE

☐ Orig ☐ Activity ☐ Renewal ☐ Lease Buyout
☐ Dup ☐ Activity W/RR ☐ Renew W/RR ☐ Sales Tax with Title

| Old Plate (Numbers) | FCM 1249 | Old Class | PA | 3rd Name | G10 | Ins. Co. Code | 111 | Exp. Date | |
| | | | | New Plate | 14565MA | | | New Class | COM |

| Special Conditions | AT | BV | CF | CO | CP | ER | EX | RL | GI | IF | MO | NE | NF | NR | NU | OD | QP | QV | PA |
| | PC | PO | RC | RE | SA | SO | SR | SS | SV | TE | TL | TO | TP | TR | TX | XR | X3 | X8 | WO |
| Sales Tax Information | State | Value ($) | | Jurisdiction | | | Rate | Out of State | Audit |

| Did you issue plates on this vehicle? ☐ Yes ☐ No | Plate Number | | Reg. Class | Date Temp Issued | Facility ID Number | Is there a lienholder? ☐ Yes ☐ No If "Yes", enter the information in Dealer Only box below. |

**COMPLETE BOXES ① ② ④ ⑤ and ⑦. COMPLETE BOXES ③ AND ⑤ ONLY IF NECESSARY.** PLEASE PRINT CLEARLY IN BLUE OR BLACK INK.

① **WHAT DO YOU WANT TO DO?** (See Form MV-92.1, Registering a Vehicle in New York State, for more information.)

☒ REGISTER this vehicle for the first time ☐ TRANSFER Plate Number _____ to this vehicle ☐ CHANGE a title (see box ⑥)
☐ RENEW plate # _____ ☐ TITLE ONLY for a 1973 or newer vehicle
☐ CHANGE registration for Plate Number _____ (see box ⑤) ☐ LEASE BUY-OUT Plate Number _____
☐ REPLACE lost registration items _____

② CLIENT ID NO. (from Driver License of first registrant listed below) _____

NAME CHANGE? ☐ YES (see box ⑥) ☒ NO

ADDRESS CHANGE? ☐ YES ☒ NO

Is this registration for a corporation or partnership? ☒ Yes ☐ No

NAME OF REGISTRANT (Last, First, Middle)

GROUP TRAVEL SOLUTION INC

How was the vehicle obtained?
☐ New ☐ Leased New ☒ Used ☐ Leased Used

| DATE OF BIRTH | | | SEX | DAY PHONE NO. (Optional) |
| Month | Day | Year | M ☐ F ☐ | Area Code ( ) |

ADDRESS WHERE YOU GET YOUR MAIL (Include Street Number and Name, Rural Delivery and/or box number. This address will appear on the document.)

391 EMARE BLVD

| Apt. No. | City or Town | State | Zip Code | County |
| | BROOKLYN | NY | 11233 | KINGS |

ADDRESS WHERE YOU LIVE (IF DIFFERENT FROM MAILING ADDRESS, DO NOT GIVE P.O. BOX)

FCM 1249

| Apt. No. | City or Town | State | Zip Code | County |

③ OWNER CLIENT ID NO. (from Driver License) _____

IF YOU ARE **NOT** THE OWNER of this vehicle, the owner must complete this section. Proof of ownership and proof of owner's name and date of birth are required.
NOTE -You do not have to fill in this section if you attach a completed Registration Authorization (MV-95), or if you are renewing the vehicle, and the owner is the same.

NAME OF CURRENT OWNER (Last, First, Middle)

| DATE OF BIRTH | | | OWNER'S DAY PHONE NO. (Optional) |
| Month | Day | Year | Area Code ( ) |

ADDRESS WHERE OWNER GETS MAIL (Include Street Number and Name, Rural Delivery and/or box number)

| Apt. No. | City or Town | State | Zip Code | County |

AUTHORIZATION: The registrant named in box ② is authorized to register the vehicle described in box ④

(Owner's/Authorized Signature-Co-owner's Signature if applicable) (Date)

④ VEHICLE IDENTIFICATION NUMBER

WD0PE-74508529833

Body Type For Other Vehicles

☐ Pick-up ☐ Van ☐ Motorcycle ☐ Tow ☐ Truck ☐ Trailer ☐ Other

| VEHICLE DESCRIPTION | |
| Year | Make |
| 08 | DODGE |

| Color | Unladen Weight |
| WHI | 4789 |

Body Type For Cars
☐ 2-Door ☐ 4-Door ☐ Convertible ☐ Station Wagon/Suburban ☐ Other

Type of Power (Fuel)
☐ Gas ☒ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None

| Cylinders | For trailers & commercial vehicles Max. Gross Weight | For rentals, buses & taxis Seating Cap. | Odometer Reading in Miles | Vehicle's ODOMETER has room for how many numbers (5, 6 or 7 - do not include tenths)? | For trailers & commercial vehicles Axles / Distance |
| 6 | 5,500 | 2 | 46989 | | |

| Lien Filing Code (Assigned by DMV) | | Lienholder Name and Mailing Address | | | | |
| National Lining Prior Owner | 130693 N | Issuance State | Type | Lien | Lien Number | |
| 901 FS80 | | State | NY | | Approved By OCT 14 2010 Date | Stop/Response |
| | | | | | Operator: |

To change information on a current registration and/or title, be sure to enter the new information on page 1 of this form. (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)

| NOTICE: CHANGE: Print current mailing address and its appears in the current registration or title |
| --- |
| |
| |
| CHANGE: Describe any vehicle changes and the reasons for the changes. |
| |

## ADDITIONAL VEHICLE INFORMATION — QUESTIONS 1-3 MUST BE COMPLETED.

1. I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage" on it.)

2. Is this vehicle registered for your own personal use? ☐ Yes ☒ No
   If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
      ☐ New York City   ☐ A jurisdiction other than NYC, that regulates taxis   ☐ A jurisdiction that does not regulate taxis
   ☒ It is a passenger vehicle that is rented or leased without a driver.
   ☐ It requires a commercial operating authority permit:
      ☐ NYS DOT Permit No. _____   ☐ I.C.C. Permit No. _____   ☐ US DOT Permit No. _____
   ☐ It is government-owned.
   ☐ It is used as an ☐ ambulance   ☐ ambulette   Check this box if: ☐ payment is received to carry passengers
   ☐ It is a commercial tow truck with a GVWR of at least 8,600 lbs.   ☐ It is used as a hearse.
   ☐ It is used only as a farm vehicle (Form MV-260F, Part 1, must be attached).   ☐ It is used only as an agricultural truck.

3. Has this vehicle been modified to change its registration class? ☐ Yes ☒ No   If "Yes", explain _____

4. Is this vehicle a pick-up truck with an unladen weight of 5,000 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it? ☐ Yes ☐ No   Do you want? ☐ Passenger Plates ☐ Commercial Plates

CERTIFICATION: The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.

Print Name Here ▷ _Connie Grey Sect_
(Print Name in Full - If registering for a corporation, print your full name and title)

Sign Here ▷ _G Grey_

Print Additional Name Here ▷ _____
(Print Name in Full)

Additional Signature Sign Here ▷ _____
(Sign Name in Full)

Sign Here ▷ _____
(Sign Name in Full - Additional signature required for a partnership or if registering this vehicle in more than one name.)

IMPORTANT: Making a false statement in any registration application or in any proof or statements in connection with it, or deceiving or substituting in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:

My signature authorizes _____
to use my credit card for payment of any fees in connection with this application.

Sign Here ▷ _____
(Cardholder-Sign Name in Full)

To Be Completed by a Registered New York State Dealer Only — List any additional Lienholders

Lienholder Number _____   Lienholder Name _____

Mailing Address _____
(Number and Street)   (City)   (State)   (Zip Code)

Lienholder Number _____   Lienholder Name _____

Mailing Address _____
(Number and Street)   (City)   (State)   (Zip Code)

NY DEALER CERTIFICATION: I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.
_____ (Signature of Dealer or Authorized Representative)

MV-82 (10/09)

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN          NY 11225

000001



**NEW YORK STATE**

### CERTIFICATE OF TITLE

www.nysdmv.com

THIS IS A DUPLICATE CERTIFICATE AND MAY BE
SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE

| Title and Identification No. | Year | Make | Model Code | Body/Hull | * * LIENS * Document No. |
|---|---|---|---|---|---|
| WD0PE745085229833 WD0PE745085229833 | 2008 | DODGE | SPR | VAN | 120692N |

| Color | Wt/Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 4789 | DIE | 6 | NEW | VEHICLE | 8/20/10 |

Name and Address of Owner(s)

ODOMETER READING: 00015

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN NY      11225

ACTUAL MILEAGE      00015

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep
it in a safe place, not with your license or registration or in your vehicle or boat. To dispose
of your vehicle, boat or manufactured home, complete the transfer section on the back and
give this title to the new owner.

Lienholder
CITICAPITAL
COMMERCIAL CORP
PO BOX 168647
                TX 99999

Lienholder
01
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

MV-999 (4/06)

DEPARTMENT OF MOTOR VEHICLES

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.
I certify that, to the best of my knowledge, this odometer reading (check one):

☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero).
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

4 6 9 8 7

(no tenths)

ODOMETER HAS SPACE FOR: (Check one)
☐ Five Digits, excluding tenths
☐ Six Digits, excluding tenths

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.

| | |
|---|---|
| **Seller's Signature** C Grey | **Seller's Name (Print in Full)** Empire Grey - Ade Plaza Inc |
| **Street Address** 391 Empire Blvd | **City** Brooklyn **State** NY **ZIP code** 11225 **Date of Statement** 7/15/10 |
| **Buyer's Signature** | **Buyer's Name (Print in Full)** Phillips Nacm Grp Travel Solution Inc |
| **Street Address** 391 Empire Blvd | **City** Brooklyn **State** NY **ZIP code** 11225 **Date of Statement** 7/15/10 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.
I certify that, to the best of my knowledge, this odometer reading (check one):

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero).
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

ODOMETER HAS SPACE FOR: (Check one)
☐ Five Digits, excluding tenths
☐ Six Digits, excluding tenths

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.

| | |
|---|---|
| **Seller's Signature** | **Seller's Name (Print in Full)** |
| **Street Address** | **City** **State** **ZIP code** **Date of Statement** |
| **Buyer's Signature** | **Buyer's Name (Print in Full)** |
| **Street Address** | **City** **State** **ZIP code** **Date of Statement** |

999 (4/08)

Seal Dealer's
Facility #

# NEW YORK STATE INSURANCE IDENTIFICATION CARD

**111 Empire Fire & Marine Insurance Co,**

Name & Address of Issuer **Williams and Stazzone Insurance Agen**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**GROUP;TRAVEL**
**SOLUTION;INC**
**391 EMPIRE BLVD**
**BROOKLYN NY 11225**

Policy Number
**SF450119**

| Effective Date | Expiration Date |
|---|---|
| **10/11/2010** | **10/01/2011** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

| **2008** | **DODGE** |
|---|---|
| Year | Make |

**WD0PE745085229833**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION; DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FS-20

# NEW YORK STATE INSURANCE IDENTIFICATION CARD

**111 Empire Fire & Marine Insurance Co,**

Name & Address of Issuer **Williams and Stazzone Insurance Agen**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

**GROUP;TRAVEL**
**SOLUTION;INC**
**391 EMPIRE BLVD**
**BROOKLYN NY 11225**

Policy Number
**SF450119**

| Effective Date | Expiration Date |
|---|---|
| **10/11/2010** | **10/01/2011** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

| **2008** | **DODGE** |
|---|---|
| Year | Make |

**WD0PE745085229833**
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION; DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

FS-20

## FAX: Scanable Bar Code



### FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode

Keep this document to show to the police and courts.



NEW YORK STATE REGISTRATION DOCUMENT

G OMS
FCM1249
2005 DODGE NONTRANSFERABLE
SUBN MR        2D4GP44L75R390052
000012 G 6 FF964824 MAY 24 2010
Wt/Seats   Fuel/Cyl   LMB SPG302
GROUP TRAVEL                Expires 09/30/10
SOLUTION INC                *NYMA*
391 EMPIRE BLVD             113.50
BROOKLYN        NY 11225
                           ANNUAL CHG

FF964824 VOID IF ALTERED EXCEPT FOR ADDRESS     140.50





1     22822

**New York State Department of Motor Vehicles**
**NOTICE OF RECORDED LIEN**

00461      081408

| | | |
|---|---|---|
| I.D. Number | Year | Make |
| WD0PE745085229833 | 2008 | DODGE |

CITICAPITAL
COMMERCIAL CORP
PO BOX 168647
IRVING TX                75016

| 4789 Wgt./Lgth. | DIE Fuel | 6 Cyl/Prop. | VAN Body/Hull. | WH Color |
|---|---|---|---|---|

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

**OWNER**

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN NY     11229

**ADDITIONAL LIENHOLDERS**



The following information applies only to the lienholder shown in the box above.

[X] Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

[ ] We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

[ ] We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code

Name _____ Date of Assignment _____

No. and Street _____

City _____ State _____

CitiCapital Commercial Corp.

Authorized Signature _____ Date 8-25-2010

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this notice to the new owner. To obtain a lien-free Title before then, return your current Title, this lien notice and a $20.00 fee to the DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing Form MV-902 (available at a DMV office or on our web site at www.nysdmv.com) and mailing it with a $20.00 check or money order AND this lien notice to the DMV, Title Bureau at the above address.

If your address has not changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit our web site listed above.

MV-901 (1/08)



State of New York DEPARTMENT OF MOTOR VEHICLES Empire State Plaza, Albany, New York 12228
**ABSTRACT OF TITLE RECORD**

Document # TNEB0018
PRINT DATE: 09/09/2013 TIME: 18:04:56  OPERATOR: WEB OFFICE: DAB

VIN#: 1GAHG39U461230836                    CURRENT OWNER
06  CHEVR WHITE  SUBN WGL  006400          LARSEN, RONALD A
ODOMETER: 098802  ACTUAL
FUEL: GAS      CYL: 08                     LARSEN, LYNETTE D
                                          75 KENMORE ST
                                          STATEN ISLAND NY   10312
OWNER OF VEHICLE AND REGISTRANT ARE DIFFERENT. PLATE OF REGISTRANT IS FTV8837

BATCH DATE:      01/12/12
ORIG DOC ISSUED: 02/02/12              LAST DOC ISSUED: 02/02/12
*************************** PRIOR OWNERS **********************************
GROUP; TRAVEL                 PLATE: FCN1201      TYPE: SP OMNIBUS
SOLUTION; INC
391 EMPIRE BLVD     BROOKLYN NY      11225
BATCH DATE:      05/14/10
ORIG DOC ISSUED: 06/04/10
ODOMETER: ACTUAL                      076353

*************************** PRIOR OWNERS **********************************
IMAGE; RENT; A; CAR; INC      PLATE: ESL9583     TYPE: SP OMNIBUS
391 EMPIRE BLVD     BROOKLYN NY      11225
BATCH DATE:      05/11/09
ORIG DOC ISSUED: 05/08/09
ODOMETER: ACTUAL                      054120

ADIR; PLAZA; INC              PLATE: DXR5593     TYPE: SP OMNIBUS
391 EMPIRE BLVD     BROOKLYN NY      11225
BATCH DATE:      08/29/07
ORIG DOC ISSUED: 08/07/07
ODOMETER: ACTUAL                      026950

*** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)                          Barbara J. Fiala
                                       COMMISSIONER OF MOTOR VEHICLES



ABSTRACT OF TITLE RECORD

Document # TWEB0014
PRINT DATE: 09/09/2013 TIME: 14:57:22 OPERATOR: WEB OFFICE DAB

VIN#: WDZPE8CC6B5574359                    CURRENT OWNER
11 ME/BE BLACK SUBN WGT: 006014        GROUP; TRAVEL
ODOMETER: 000025 ACTUAL
FUEL: DIESEL CYL: 06                   SOLUTION; INC
                                       391 EMPIRE BLVD
PLATE: FPP3865 TYPE: PASSENGER         BROOKLYN NY          11225
BATCH DATE:     08/10/11

ORIG DOC ISSUED: 08/26/11              LAST DOC ISSUED: 08/26/11
*********************************** LIENS ***********************************
MERCEDES-BENZ                          DATE LIEN PROCESSED: 08/10/11
FIN; SERV; USA; LLC
PO BOX 279319           SACRAMENTO      CA   95827

*** END OF RECORD ***

EXCELSIOR

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of
Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily
business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the
state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable
time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)                                    Barbara J. Fiala

**MV-82**

New York State Department of Motor Vehicles

# VEHICLE REGISTRATION/TITLE APPLICATION

This form is also available on DMV's web site - www.nysdmv.com

Batch File No.

| ☐ Orig | ☐ Activity | ☐ Renewal | ☐ Lease Buyout |
| ☐ Dup | ☐ Activity W/RR | ☐ Renew W/RR | ☐ Sales Tax with Title |

| Old Plate | | Old Class | | 3 of Name | | Ins. Co. Code | | Exp. Date | |
|---|---|---|---|---|---|---|---|---|---|

| Scofflaw Case Number(s) | | | | | New Plate | | | New Class | |

| Special Conditions | AT BV CF CO CP EX FL GI IF MO NE NF NR NU OD OP CV PA | | | | | | | | |
| | PC PK RC RE SA SO SR SS SV TE TL TO TP TR TX XR X5 WO | | | | | | | | |

| Sales Tax Information | Status | Value ($) | Jurisdiction | | | Rate | Out of State | Audit | |

| Did you issue plates to this vehicle? ☑Yes ☐ No | Plate Number FPP3865 | Reg. Class PAS | Date Temp Issued 8/5/11 | Facility ID Number 7089181 | Is there a lienholder? ☑ Yes ☐ No If "Yes", enter the information in Dealer Only box below. Alterations are not allowed in the lienholder sections |

**INSTRUCTIONS →** COMPLETE BOXES ❶❷❹❻ and ❼. COMPLETE BOXES ❸ AND ❺ ONLY IF NECESSARY.   *PLEASE PRINT CLEARLY IN BLUE OR BLACK INK.*

**❶ WHAT DO YOU WANT TO DO?** *(See Form MV-82.1 Registering a Vehicle in New York State, for more information.)*

☑ **REGISTER** this vehicle for the first time   ☐ **CHANGE** a title (see box ❸)   ☐ **TITLE ONLY** for a 1973 or newer vehicle

*For the following options, please enter PLATE NUMBER* _____

☐ **RENEW** Registration   ☐ **CHANGE** Registration (see box ❸)
☐ **REPLACE** lost registration items   ☐ **TRANSFER** Plate Number to this Vehicle   ☐ **LEASE BUY-OUT**

**❷**

| CLIENT ID NO. *(from Driver License of first registrant listed below)* | NAME CHANGE? ☐ YES (see box ❺) ☑ NO | ADDRESS CHANGE? ☐ YES (see box ❺) | Is this registration for a corporation or partnership? ☑ Yes ☐ No |

NAME OF REGISTRANT *(Last, First, Middle)*

**GROUP TRAVEL SOLUTION INC**

How was the vehicle obtained? ☑ New ☐ Leased New ☐ Used ☐ Leased Used

| | DATE OF BIRTH Month Day Year | SEX M F ☐ ☐ | DAY PHONE NO. *(Optional)* Area Code ( ) |

ADDRESS WHERE YOU GET YOUR MAIL *(include Street Number and Name, Rural Delivery and/or box number. This address will appear on the document.)*

| | Apt. No. | City or Town | State | Zip Code | County of Residence |
| **391 EMPIRE BLVD** | | **BROOKLYN** | **NY** | **11225** | **KINGS** |

ADDRESS WHERE YOU LIVE *(IF DIFFERENT FROM MAILING ADDRESS. DO NOT GIVE P.O. BOX.)*

| | Apt. No. | City or Town | State | Zip Code |

**❸**

OWNER CLIENT ID NO. *(from Driver License)*

*IF YOU ARE NOT THE OWNER of this vehicle, the owner must complete this section. Proof of ownership and proof of owner's name and date of birth are required.*
*NOTE - You do not have to fill in this section if you attach a completed Registration Authorization (MV-95), or if you are renewing the vehicle, and the owner is the same.*

NAME OF CURRENT OWNER *(Last, First, Middle)*

| | DATE OF BIRTH Month Day Year | OWNER'S DAY PHONE NO. *(Optional)* Area Code ( ) |

ADDRESS WHERE OWNER GETS MAIL *(include Street Number and Name, Rural Delivery and/or box number)*

| | Apt. No. | City or Town | State | Zip Code | County |

AUTHORIZATION: The registrant named in box ❷ is authorized to register the vehicle described in box ❹.

(Owner's/Authorized Signature-Co-owner's Signature if applicable)   (Date)

**❹**

| VEHICLE IDENTIFICATION NUMBER | VEHICLE DESCRIPTION | Body Type For Cars |
| **WDZPE8CC6B5571339** | Year **11** Make **Mercedes-Benz** | ☐ 2-Door ☐ 4-Door ☐ Convertible ☑ Station Wagon/Suburban ☐ Other____ |

| Body Type For Other Vehicles | Color | Unladen Weight | Type of Power (Fuel) |
| ☐ Pickup ☐ Van ☐ Motorcycle ☐ Tow ☐ Trailer ☐ Other | **BLACK** | **6014** | ☐ Gas ☑ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None |

| Cylinders **6** | For trailers & commercial vehicles Max. Gross Weight | For rentals, buses & taxis Seating Cap. | Odometer Reading in Miles **25** | Vehicle's ODOMETER has room for how many numbers? (5 6 or 7 - do not include tenths)? | For commercial vehicles Axles / Distance |

| Lien Filing Code (Assigned by DMV) **68136** | Lienholder Name and Address **MERCEDES-BENZ FIN SERV USA LLC PO BOX 1183 ROANOKE, TX 76262** |

| Mileage Brand Prior Owner | | | Issuance State | Title | Lien | Lien Number | | Lien Release |
| Proof Submitted (Name and Ownership) | | | | Approved By | | | | |
| Reg/Title | | State | | Date | Old Fee | Operator | | |

MV-82 (10/09)   PAGE 1 OF 2

**5** CHANGES: To change information on a current registration and/or title, be sure to enter the *new* information on page 1 of this form. (See Form MV-82.1, *Registering a Vehicle in New York State, for more information.*)

NAME CHANGE: *Print former name exactly as it appears on the current registration or title.*

CHANGES: *Describe any vehicle changes and the reasons for the changes.*

**6** ADDITIONAL VEHICLE INFORMATION ⟶ *QUESTIONS 1-3 MUST BE COMPLETED.*

1. I certify that, to the best of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "**has been**" box means the vehicle must have an anti-theft examination before being registered, and that the **title issued will have the statement "Rebuilt Salvage" on it.**)

2. Is this vehicle registered for your own personal use? ☑ Yes   ☐ No
   *If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:*
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
      ☐ New York City      ☐ A jurisdiction other than NYC, that regulates taxis      ☐ A jurisdiction that does not regulate taxis
   ☐ It is a passenger vehicle that is rented without a driver.
   ☐ It requires a **commercial operating authority** permit:
      ☐ NYS DOT Permit No. _____      ☐ I.C.C. Permit No. _____      ☐ US DOT Permit No. _____
   ☐ It is **government**-owned.
   ☐ It is used as an ☐ **ambulance** ☐ **ambulette** ☐ **hearse/invalid coach** Check this box if: ☐ payment is received to carry passengers
   ☐ It is used exclusively as a **hearse** Check this box if: ☐ payment is received to carry passengers
   ☐ It is a **commercial tow truck** with a GVWR of at least 8,600 lbs.
   ☐ It is used only as a **farm** vehicle (Form MV-260F, Part 1, must be attached).   ☐ It is used only as an **agricultural truck.**

3. Has this vehicle been modified to change its registration class? ☐ Yes   ☒ No   If "Yes", explain _____

4. This vehicle is a **pick-up truck** with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it, and you want? ☐ Passenger Plates   ☐ Commercial Plates

**7** CERTIFICATION: The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

Print Name Here ▶ _OHLI OGE NA-M._

**Print Additional** _____
**Name Here** ▶
*(Print Name in Full)*

Sign Here ▶ _(signature)_
**Additional** _____
**Signature**
**Sign Here** ▶ _____
*(Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)*

IMPORTANT: Making a false statement in any registration application or in any proof or statements in connection with it, or deceiving or substituting in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:

My signature authorizes _____ **Sign**
to use my credit card for payment of fees in connection with this application, and **Here** ▶ _____
I understand that I must be present for this transaction.                           *(Cardholder-Sign Name in Full)*

### To Be Completed by a Registered New York State Dealer Only – *List any additional Lienholders*

Lien Filing Code _____
(Assigned by DMV)
Mailing Address _____ Lienholder Name _____
      *(Number and Street)*          *(City)*          *(State)*          *(Zip Code)*
Lien Filing Code _____
(Assigned by DMV)
Mailing Address _____ Lienholder Name _____
      *(Number and Street)*          *(City)*          *(State)*          *(Zip Code)*

NY DEALER CERTIFICATION: I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.

_(Signature of Dealer Authorized Representative)_

MV-82 (10/06)



## CERTIFICATE OF ORIGIN FOR A VEHICLE

### Mercedes-Benz

DATE
**JUNE    15    2011**

INVOICE NO.
**A18121**

VEHICLE IDENTIFICATION NO.
**WDZPE8CC685571339**

YEAR
**2011**

MAKE
**Mercedes-Benz Commercial**

BODY TYPE
**5D VAN**

SHIPPING WEIGHT
**6,014**

| H.P. (S.A.E.) | G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
|---|---|---|---|
| **188** | **8,550** | **6** | **M2PV170** |

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

        **RALLYE MOTORS LLC**
        **1600 NORTHERN BLVD.**
        **ROSLYN**                          **NY    11576**

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**THIS VEHICLE COMPLIES
WITH THE CALIFORNIA
EMISSION STANDARDS**

*11-41924*

**M3927762**

**MERCEDES-BENZ USA, LLC**

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)     (AGENT)
VP Finance and Administration

**MONTVALE, N.J.    07645**
CITY-STATE

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is now and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to this vehicle.

**FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:**

**DISTRIBUTION-RETAILER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S)_____

ADDRESS_____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths.

RETAILER_____ BY: _____

State of _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me

County of _____ on this date _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-RETAILER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S)_____

ADDRESS_____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

RETAILER_____ BY: _____

State of _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me

County of _____ on this date _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-RETAILER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S)_____

ADDRESS_____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths.

RETAILER_____ BY: _____

State of _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me

County of _____ on this date _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-RETAILER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S)_____

ADDRESS_____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

RETAILER_____ BY: _____

State of _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before me

County of _____ on this date _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**PROCHBUYER DISCLOSURE FOR RETAIL SALE**

Federal law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading _____
No Tenths ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage.
**WARNING ODOMETER DISCREPANCY**

Seller's(or) of Seller(s)_____

Printed Name(s) of Seller(s)_____ RETAILER'S Nr._____

Date of Statement _____ Date of Sale _____

Signature of Purchaser(s)_____

Printed Name(s) of Purchaser(s)_____

Co-signing Name (If Applicable)_____ Notary Public

Address of Purchaser(s)_____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____

REV 2/99

**TYPE OF SALE**
☐ WHOLESALE *OR* ☒ RETAIL:
☒ New ☐ Used ☐ Demo ☐ Salvage

New York State Department of Motor Vehicles
**RETAIL CERTIFICATE OF SALE**

No. 39820702

*39820702*

**VEHICLE INFORMATION:**   11-41928

| Year | Make | Model | Body Type | Color | Weight (Unladen) | Fuel Type: | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|------------------|------------|-----------|------------------------|
| 11 | Mercedes-Benz | M2PV170 | SUBN | BLACK | 6014 | DIE | 6 | 2 |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|-------------------------------|---------|-------------------------------|--------------------|---------------------------|
| WD7PEBFC6B5471339 | 1 | 3080734 | 8/5/11 | 7089181 |

| Plate/Permit Number | Number of Dealer Plate Loaned | Lease Buyout ☐ (Insp. Not Required) | Selling Price |
|---------------------|-------------------------------|-------------------------------------|---------------|
| FPP3865 | N/A | | $ 59505.00 |

**DEALER INFORMATION** (Print Name and Address)

RALLYE MOTORS 1600 NORTHERN BLVD., ROSLYN, NY 11576

**PURCHASER INFORMATION** (Print Name and Address)

GROUP TRAVEL SOLUTION INC
391 EMPIRE BLVD
BROOKLYN                                    NY          11225

Date of Sale: 8/5/11

**PRIOR OWNER INFORMATION** (Print Name and Address Source of Ownership)

MERCEDES BENZ OF NORTH AMERICA, INC.   MONTVALE, N.J. 07645

Date of Purchase: 6/15/11

**ODOMETER DISCLOSURE STATEMENT**

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has:   ☐ 5 digits ☒ 6 digits, not including tenths

☒ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

ODOMETER READING
25
(no tenths)

**DEALER CERTIFICATION:**

I certify: The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made here are punishable as a class A misdemeanor pursuant to Section 210.45 of the Penal Law.

**DEALER** (or authorized representative) SIGN full name here

PRINT full name of dealer or authorized rep.
ILA E. MORENO
RALLYE MOTORS

| Date | Dealer Facility No. |
|------|---------------------|
| 8/5/11 | 7089181 |

**PURCHASER** - (SIGN full name)

RAFS

PRINT full name of purchaser
GROUP TRAVEL SOLUTION INC

| Date | Selling Dealer NYS Sales Tax No. |
|------|----------------------------------|
| 8/5/11 | 113566414 |

MV-50 (03/04)                 *ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

111   Empire Fire & Marine Insurance Co.

Name & Address of Issuer   **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

**Policy Number**
SG450120

| Effective Date | Expiration Date |
|---|---|
| **08/05/2011** | **10/01/2011** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

| 2011 | ME/BE |
|---|---|
| Year | Make |

WDZPE8CC8B5571339
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FS-20

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

111   Empire Fire & Marine Insurance Co.

Name & Address of Issuer   **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

**Policy Number**
SG450120

| Effective Date | Expiration Date |
|---|---|
| **08/05/2011** | **10/01/2011** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

| 2011 | ME/BE |
|---|---|
| Year | Make |

WDZPE8CC8B5571339
Vehicle Identification Number

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FS-20

## FAX: Scanable Bar Code



FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode



Proof
of
COCP
only

13584
**Keep this document to show to the police and court**

NEW YORK STATE REGISTRATION DOCUMENT

G OMS
FMD4528
2011 FORD    NONTRANSFERABLE
SUBN BK    1FBSS3BL9BDA35924
000015 G S FN290380 MAY 24 2011
WT/SEAB    FeWK'd    SEM JSBB13
GROUP TRAVEL              Expires 09/30/1
SOLUTION INC              *NYMA*
391 EMPIRE BLVD           113.5
BROOKLYN        NY 11225
                         ANNUAL CHG
                         VICTORINET EMS
FN290380 VOID IF ALTERED EXCEPT FOR ADDRESS
                         145.5

Do Not Transfer

# DEALER TRANSACTION SHEET - ORIGINAL REGISTRATION

Company/Facility No: RALLYE MOTORS/7089181
Batch No: 1081010DB3          Temp Date: 08/05/2011

Date:8/10/2011
Operators Initials:ZEM

Registrant Name:GROUP-TRAVEL  SOLUTION;INC
391 EMPIRE BLVD  BROOKLYN  NY  11225
Registrant County:KING

Legal Address if different than mailing address

Owner's Name(if not same):

| Old Plate | New Plate | VIN | Year | Make | Class | Color | UW | GW | Seat Cap | Odom Brand | Reading | Ins Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | FPP3865 | WDZPE8CC6B5571339 | 2011 | ME/BE | PAS | BK | 006014 |  |  | A | 000025 | 111 |

Lien1: MERCEDES-BENZ;FIN;SERV;USA;LLC          Lien2:
PO BOX 1183
ROANOKE  TX  76262

Out of State Title(State/Number) _____          Amendments _____

1. Has this vehicle ever been junked? [ ] Yes [ ] No
   If "Yes" has it been repaired to satisfy Sections 375 and 376 of the Vehicle and Traffic Law? [ ] Yes [ ] No

2. Is this vehicle registered for your own personal use? [ ] Yes [ ] No (If "Yes" please answer the next question, otherwise check any of the following boxes that apply:
   It is a passenger vehicle to be used for hire with a driver and operated in
   [ ] New York City      [ ] A jurisdiction other than NYC that regulates taxis      [ ] A jurisdiction that does not regulate taxis
   [ ] It is a passenger vehicle that is rented or leased without a driver.

   It requires a commercial operating authority permit:
   [ ] NYS DOT Permit No: _____      [ ] I.C.C Permit No. _____      [ ] US DOT Permit No. _____
   [ ] It is government-owned.

   [ ] It is used as an    [ ] ambulance    [ ] ambulette      Check this box if: [ ] payment is received to carry passengers
   [ ] It is a commercial tow truck with a GVWR of at least 8,600 lbs.      [ ] It is used as a hearse.

   [ ] It is used only as a farm vehicle (Form MV-260F, Part 1, must be attached).      [ ] It is used only as an agricultural truck.
3. Has this vehicle been modified to change its registration class? [ ] Yes [ ] No      If "Yes", explain _____
4. Is this vehicle a pick-up truck with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising
   anywhere on it? [ ] Yes [ ] No Do you want?    [ ] Passenger Plates    [ ] Commercial Plates

Authorization - The registrant named in this application is authorized to register the described vehicle in his/her name.

_____
Registrant's Signature          (Owner's/Authorized Signature)

Registrant Certification - I the undersigned, certify that the information on this application is correct to the best of my knowledge and belief and that such vehicle listed above has never been a junk vehicle and complies with the New York State Vehicle and Traffic Law requirements for equipment, safety and emission inspection, and has the appropriate insurance.

If registered to a corporation, print full name and title

Dealer Certification - I certify that all the information on this application is accurate and true. I assume full responsibility for all the facts and information provided on the paper work submitted to the Department of Motor Vehicles in conjunction with this transaction.

_____
(Signature of Dealer or Authorized Representative)

AUTO         NONTRANSFERABLE
68136
1081010DB3 FN060700 ZEM    281.50
*FPP3865

GROUP TRAVEL
SOLUTION INC



STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228
ABSTRACT OF TITLE RECORD

Document # TWEB0009
PRINT DATE: 09/10/2013 TIME: 09:19:05 OPERATOR: WEB OFFICE: DAB

VIN#: 3N1AB61E99L608968
09 NISSA BLACK 4DSD WGT: 002886
ODOMETER: 026937 ACTUAL
FUEL: GAS CYL: 04

CURRENT OWNER
GROUP; TRAVEL

SOLUTION; INC
391 EMPIRE BLVD
BROOKLYN NY 11225

PLATE: FHY6654 TYPE: PASSENGER
BATCH DATE: 03/30/11

ORIG DOC ISSUED: 04/20/11          LAST DOC ISSUED: 04/20/11
**************************** PRIOR OWNERS ******************************
ADIR; PLAZA; INC              PLATE: ERP7098    TYPE: SP OMNIBUS
391 EMPIRE BLVD       BROOKLYN NY        11225
BATCH DATE:       05/12/09
ORIG DOC ISSUED: 06/09/09
ODOMETER:  ACTUAL                        0000LD

*** END OF RECORD ***

EXCELSIOR

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

Barbara J. Fiala

**MV-82**

New York State Department of Motor Vehicles

# VEHICLE REGISTRATION/TITLE APPLICATION

This form is also available on DMV's web site - www.nysdmv.com

Batch File No.

[X] Orig  [ ] Activity  [ ] Renewal  [ ] Lease Buyout
[ ] Dup  [ ] Activity W/RR  [ ] Renew W/RR  [ ] Sales Tax with Title

| Old Plate | | Old Class | | 3 of Name | | Ins. Co. Code | | | Exp. Date | |
|---|---|---|---|---|---|---|---|---|---|---|

ScoffLaw Case Number(s)

New Plate: D F H V 6 6 O M        New Class:

| Special Conditions | AT | BV | CF | CG | CP | ER | EX | FL | GI | IF | MO | NE | NF | NR | NU | OD | OP | OV | PA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PC | PK | RC | RE | SA | SO | SR | SS | SV | TE | TL | TO | TR | TX | XR | X2 | X3 | WO | |

| Sales Tax Information | Status | Value | Jurisdiction | | Rate | Out of State | Audit |
|---|---|---|---|---|---|---|---|

| Did you issue plates to this vehicle? [ ] Yes [ ] No | Plate Number | Reg. Class | Date Temp Issued | Facility ID Number | Is there a lienholder? [ ] Yes [ ] No If "Yes", enter the information in Dealer Only box below. Alterations are not allowed in the lienholder sections. |
|---|---|---|---|---|---|

**INSTRUCTIONS →** COMPLETE BOXES ❶ ❷ ❹ ❻ and ❼. COMPLETE BOXES ❸ AND ❺ ONLY IF NECESSARY. PLEASE PRINT CLEARLY IN BLUE OR BLACK INK.

**❶ WHAT DO YOU WANT TO DO?** (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)

[X] REGISTER this vehicle for the first time  [ ] TRANSFER Plate Number _____ to this vehicle  [ ] CHANGE a title (see box ❷)
[ ] RENEW plate # _____  [ ] CHANGE registration for Plate Number _____ (see box ❸)  [ ] TITLE ONLY for a 1973 or newer vehicle
[ ] REPLACE lost registration items  [ ] LEASE BUY-OUT Plate Number _____

**❷**

CLIENT ID NO. (from Driver License of first registrant listed below)

NAME CHANGE? [ ] YES (see box ❺) [ ] NO
ADDRESS CHANGE? [ ] YES [X] NO
Is this registration for a corporation or partnership? [X] Yes [ ] No

NAME OF REGISTRANT (Last, First, Middle)

GROUP TRAVEL SOLUTION INC

How was the vehicle obtained? [ ] New [ ] Leased New [X] Used [ ] Leased Used

| DATE OF BIRTH | SEX | DAY PHONE NO. (Optional) |
|---|---|---|
| Month Day Year | M [ ] F [ ] | Area Code ( ) |

ADDRESS WHERE YOU GET YOUR MAIL (Include Street Number and Name, Rural Delivery and/or box number. This address will appear on the document.)

391 EMPIRE BLVD | Apt. No. | City or Town BROOKLYN | State NY | Zip Code 11225 | County

ADDRESS WHERE YOU LIVE (IF DIFFERENT FROM MAILING ADDRESS. DO NOT GIVE P.O. BOX.)

| | Apt. No. | City or Town | State | Zip Code | County |
|---|---|---|---|---|---|

**❸**

OWNER CLIENT ID NO. (from Driver License)

IF YOU ARE **NOT** THE OWNER of this vehicle, the owner must complete this section. Proof of ownership and proof of owner's name and date of birth are required.
NOTE - You do not have to fill in this section if you attach a completed Registration Authorization (MV-95), or if you are renewing the vehicle, and the owner is the same.

NAME OF CURRENT OWNER (Last, First, Middle)

| DATE OF BIRTH Month Day Year | OWNER'S DAY PHONE NO. (Optional) Area Code ( ) |
|---|---|

ADDRESS WHERE OWNER GETS MAIL (Include Street Number and Name, Rural Delivery and/or box number.)

| | Apt. No. | City or Town | State | Zip Code | County |
|---|---|---|---|---|---|

AUTHORIZATION: The registrant named in box ❷ is authorized to register the vehicle described in box ❹.

(Owner's/Authorized Signature-Co-owner's Signature if applicable) _____ (Date) _____

**❹**

VEHICLE IDENTIFICATION NUMBER

3N1AB61E99L608968

| VEHICLE DESCRIPTION Year 07 | Make NISSAN | Body Type For Cars [ ] 2-Door [X] 4-Door [ ] Convertible [ ] Station Wagon/Suburban [ ] Other |
|---|---|---|

Body Type For Other Vehicles

[ ] Pick-up [ ] Van [ ] Motorcycle [ ] Tow [ ] Truck [ ] Trailer [ ] Other

| Color BLACK | Unladen Weight 2856 | Type of Power (Fuel) [X] Gas [ ] Diesel [ ] Electric [ ] Flex [ ] CNG [ ] Propane [ ] None |
|---|---|---|

| Cylinders 4 | For trailers & commercial vehicles Max. Gross Weight | For rentals, buses & taxis Seating Cap. 5 | Odometer Reading in Miles 26,937 | Vehicle's ODOMETER has room for how many numbers (5, 6 or 7 - do not include tenths)? | For trailers & commercial vehicles Axles / Distance |
|---|---|---|---|---|---|

| Lien Filing Code (Assigned by DMV) | Lienholder Name and Mailing Address | | | | | |
|---|---|---|---|---|---|---|
| Mileage Brand | Prior Owner 9888993A | Sequence State | Title | Letter O | Lien Number | Lien Release |
| | Products printed (Name and Ownership) RF3 FS20  MV901 MV802 | | | | | |
| | Reg/Title | State | Approved By | Date MAR 08 2011 | Stop/Response | Operator |

MV-82 (10/03)

**5** **CHANGES**

*To change information on a current registration and/or title, be sure to enter the new information on page 1 of this form. (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)*

NAME CHANGE: *Print former name exactly as it appears on the current registration or title.*

CHANGES: *Describe any vehicle changes and the reasons for the changes.*

**6** **ADDITIONAL VEHICLE INFORMATION ➝ QUESTIONS 1-3 *MUST BE COMPLETED.***

1. I certify that, to the best of of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. **(Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage" on it.)**

2. Is this vehicle registered for your own personal use? ☒ Yes ☐ No
   *if "Yes", go to question 3 below. if "No", check any of the following boxes that apply:*
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
   ☐ New York City ☐ A jurisdiction other than NYC, that regulates taxis ☐ A jurisdiction that does not regulate taxis
   ☐ It is a passenger vehicle that is rented or leased without a driver.
   ☐ It requires a **commercial operating authority permit:**
   ☐ NYS DOT Permit No. _____ ☐ I.C.C. Permit No. _____ ☐ US DOT Permit No. _____
   ☐ It is **government-owned.**
   ☐ It is used as an ☐ **ambulance** ☐ **ambulette** Check this box if: ☐ **payment is received to carry passengers**
   ☐ It is a **commercial tow vehicle** with a GVWR of at least 8,600 lbs. ☐ It is used as a **hearse.**
   ☐ It is used only as a **farm vehicle** *(Form MV-260F, Part 1 must be attached).* ☐ It is used only as an **agricultural truck.**

3. Has this vehicle been modified to change its registration class? ☐ Yes ☒ No If "Yes", explain _____

4. Is this vehicle a **pick-up truck** with an unladen weight of 5,000 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it? ☐ Yes ☒ No Do you want? ☐ **Passenger Plates** ☐ **Commercial Plates**

**7** **CERTIFICATION:** The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

**Print Name Here ▶** Connie Gray- Scott.
(Print Name in Full if registering for a corporation, print your full name and title)

**Sign Here ▶** C. Grey

**Print Additional Name Here ▶** _____
(Print Name in Full)

**Additional Signature Sign Here ▶** _____
(Sign Name in Full -Additional signature required for a partnership or if registering this vehicle in more than one name.)

**IMPORTANT:** Making a false statement in any registration application or in any proof or statements in connection with it, or deceiving or substituting in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

**CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:**

My signature authorizes _____
to use my credit card for payment of any fees in connection with this application.

**Sign Here ▶** _____
(Cardholder Sign Name in Full)

**To Be Completed by a Registered New York State Dealer Only — *List any additional Lienholders***

Lienholder Number _____ Lienholder Name _____

Mailing Address _____
(Number and Street) (City) (State) (Zip Code)

Lienholder Number _____ Lienholder Name _____

Mailing Address _____
(Number and Street) (City) (State) (Zip Code)

**NY DEALER CERTIFICATION:** I certify that all information provided on this application is true. I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.

_____
(Signature of Dealer or Authorized Representative)

MV-82 (10/03)

NS22

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN NY        11225

00069.



# CERTIFICATE OF TITLE

## NEW YORK STATE

www.nysdmv.com

| Title and Identification No. | Year | Make | Model Code | Body/Hull | **\* \* LIENS \* \*** |
| --- | --- | --- | --- | --- | --- |
| 3N1AB61E99L608968 3N1AB61E99L608968 | 2009 | NISSA | SEN | 4DSD | Document No. 989993D |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
| --- | --- | --- | --- | --- | --- | --- |
| BK | 2886 | GAS | 4 | NEW | VEHICLE | 8/05/09 |

Name and Address of Owner(s)

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN NY       11225

ODOMETER READING:    00010
00010

ACTUAL MILEAGE

VOID IF ALTERED



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
CITICAPITAL
COMMERCIAL CORP
PO BOX 168647
IRVING       TX75016

Lienholder       01

**\* ONE LIEN RECORDED \***

Lienholder

**\* ONE LIEN RECORDED \***

Lienholder

**\* ONE LIEN RECORDED \***

MV-999 (4-08)

## DEPARTMENT OF MOTOR VEHICLES

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

| ODOMETER READING |
|---|
| 26,937 |
| (no tenths) |

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☑ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage; NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any; I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller:**

| Seller's Signature | | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|
| ADIR PLAZA INC - C Grey - VP | | ADIR PLAZA INC - CONNIE GREY-VP | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 341 EMPIRE BLVD | BROOKLYN | NY | 11225 | |

**Buyer:**

| Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
|---|---|---|---|---|
| President - Group Travel Solution | | GROUP TRAVEL SOLUTION INC - Philipe Naimfor | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 341 EMPIRE BLVD | BROOKLYN | NY | 11225 | |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
**Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

| ODOMETER READING |
|---|
| |
| (no tenths) |

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER HAS SPACE FOR:** *(Check one)*
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any; I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

**Seller:**

| Seller's Signature | | Seller's Name *(Print in Full)* | | |
|---|---|---|---|---|
| | | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

**Buyer:**

| Buyer's Signature | | Buyer's Name *(Print in Full)* | | |
|---|---|---|---|---|
| | | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

CONTROL NUMBER

Boat Dealer's Facility #

MV-999 (4-08)

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

111  Empire Fire & Marine Insurance Co.

**Policy Number**
SG294349

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

Name & Address of Issuer  **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

**Effective Date**       **Expiration Date**
03/23/2011            10/01/2011
12:01 a.m.            12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

2009            NISSA
Year            Make

3N1AB61E99L608968
Vehicle Identification Number

**GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN  NY 11225**

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the Insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FS-28

---

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

111  Empire Fire & Marine Insurance Co.

**Policy Number**
SG294349

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

Name & Address of Issuer  **Williams and Stazzone Insurance Agency**
99 N Atlantic Ave
Cocoa Beach FL 32931

**Effective Date**       **Expiration Date**
03/23/2011            10/01/2011
12:01 a.m.            12:01 a.m.
(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

2009            NISSA
Year            Make

3N1AB61E99L608968
Vehicle Identification Number

**GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN  NY 11225**

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the Insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.



FS-28

---

## FAX: Scanable Bar Code



### FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a scanable barcode



Keep this document to show to the police and courts.

NEW YORK STATE REGISTRATION DOCUMENT

G PAS
PCX2365
2011 CADII. NONTRANSFERABLE
SUBN BK 1GYS4HEF4BR101012
5912 G 8 I1897607 AUG 31 2010
WEB WEBCDA
GROUP TRAVEL                    09/30/12
SOLUTION INC                    *NYMA*
391 EMPIRE BLVD                 57.50
BROOKLYN NY        11225    ANNUAL CHG
                          AMT PAID (INCL ADD CHG)
414685CE                        195.00



1    22822

**New York State Department of Motor Vehicles**    00750    080509

# NOTICE OF RECORDED LIEN

| I.D. Number | Year | Make |
|---|---|---|
| 3N1AB51E99L608968 | 2009 | NISSA |

CITICAPITAL
COMMERCIAL CORP
PO BOX 168647
IRVING    TX 75016

| 2886 | GAS | 4 | 40SD | BK |
|---|---|---|---|---|
| Wgt./Lgth. | Fuel | Cyl/Prop. | Body/Hull. | Color |

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

## OWNER

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN NY    11225

## ADDITIONAL LIENHOLDERS

The following information applies only to the lienholder shown in the box above.

☑ Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

☐ We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

☐ We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code

Name    Date of Assignment

No. and Street

City    State    Zip

Authorized Signature    Date
CITICAPITAL COMMERCIAL CORP

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this notice to the new owner. To obtain a lien-free Title before then, return your current Title, this lien notice and a $20.00 fee to the DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing Form MV-902 (available at a DMV office or on our web site at www.nysdmv.com) and mailing it with a $20.00 check or money order AND this lien notice to the DMV, Title Bureau at the above address.

If your address has not changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit our web site listed above.

MV-901 (1/06)

FM036456

AUTO                   NONTRANSFERABLE

10701100A4  FM036456  PAT          60.00
              FCX2365

GROUP TRAVEL
SOLUTION INC

                        *NYMA*
NYS Photo Driver License

RAC 20110701094800



---

**NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES**
INSURANCE CERTIFICATE — FOR HIRE PASSENGER VEHICLE

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

111  Empire Fire & Marine Insurance Co.

Policy Number
**SF450119**

Name & Address of Issuer  **Williams and Stazzone Insurance Agen**
              99 N Atlantic Ave
              Cocoa Beach FL 32931

| Effective Date | Expiration Date |
|---|---|
| **06/15/2011** | **10/01/2011** |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)

An authorized NEW YORK insurer certifies that it has issued
a liability policy complying with Section 370 of the NEW YORK
Vehicle and Traffic Law to:

Applicable with respect to the following Motor Vehicle:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN  NY 11225

| 2011 | CHEVR. | |
|---|---|---|
| Year | Make | |
| **1GBWGLCG1B1130155** | | **9** |
| Vehicle Identification Number | | Seats |

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of Insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.



FH-1

AUTO TLR 1    NONTRANSFERABLE

1033010B19 FK744913 CAK     202.25
            *FHY6654

GROUP TRAVEL
SOLUTION INC

                      *NYMA*
Corp/Govt reg transaction



STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES Empire State Plaza Albany New York 12228
**ABSTRACT OF TITLE RECORD**

Document # TWEB0015
PRINT DATE: 09/09/2013 TIME: 15:08:24 OPERATOR: WEB OFFICE: DAB

VIN#: 1GBGG29K291127810
09 CHEVR BLACK SUBN WGT: 005800          CURRENT OWNER
ODOMETER: 101270 ACTUAL          CEARLIES; TRAVEL; INC
FUEL: GAS      CYL: 08

PLATE: FWG1070 TYPE: PASSENGER          3427 148TH ST
BATCH DATE:      04/27/12          FLUSHING NY          11354

ORIG DOC ISSUED: 05/18/12          LAST DOC ISSUED: 05/18/12
*************************** PRIOR OWNERS ***************************
GROUP; TRAVEL          PLATE: FPT2863          TYPE: SP OMNIBUS
SOLUTION; INC
391 EMPIRE BLVD      BROOKLYN NY      11225
BATCH DATE:      11/30/11
ORIG DOC ISSUED: 12/21/11
ODOMETER: ACTUAL          091943

*************************** PRIOR OWNERS ***************************
ADIR; PLAZA INC          PLATE: ENA1188          TYPE: SP OMNIBUS
391 EMPIRE BLVD      BROOKLYN NY      11225
BATCH DATE:      11/26/08
ORIG DOC ISSUED: 12/24/08
ODOMETER: ACTUAL          068008

**** END OF RECORD ****

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

# MV-82

New York State Department of Motor Vehicles

## VEHICLE REGISTRATION/TITLE APPLICATION

This form is also available on DMV's web site - www.dmv.ny.gov

| | | |
|---|---|---|
| Batch File No. | | |
| ☐ Orig ☐ Activity ☐ Renewal ☐ Lease Buyout | | |
| ☐ Dup ☑ Activity W/RR ☐ Renew W/RR ☐ Sales Tax with Title | | |

**OFFICE USE ONLY**

Old Plate: 
Old Class: 
3 of Name: 
Ins. Co. Code: 
Exp. Date: 

New Plate: FPJ 2870 3 
New Class: O MS

Scofflaw Cons Number(s):

Special Conditions: AT BV CF CO CP EX FL GI IF MO NE NF KR NU OD OP CV PA / PC PK RC RE SA SG SR SE SV TE TL TD TP TR TX XR XB WO

Sales Tax Information: Status 
Value ($): 
Jurisdiction: 8081 
Rate: 
Out of State: 
Audit: 

**NY DEALER ONLY**

Did you issue plates to this vehicle? ☐ Yes ☐ No 
Plate Number: 
Reg. Class: 
Date Temp Issued: 
Facility ID Number: 
Is there a lienholder? ☐ Yes ☐ No If "Yes", enter the information in Dealer Only box below.

---

**INSTRUCTIONS →** COMPLETE BOXES ❶❷❹❻ and ❼. COMPLETE BOXES ❸ AND ❺ ONLY IF NECESSARY. *PLEASE PRINT CLEARLY IN BLUE OR BLACK INK.*

**❶ WHAT DO YOU WANT TO DO?** *(See Form MV-82.1, Registering a Vehicle in New York State, for more information.)*

☑ REGISTER this vehicle for the first time    ☐ CHANGE a title (see box ❺)    ☐ TITLE ONLY for a 1973 or newer vehicle

For the following options, please enter PLATE NUMBER: 

☐ RENEW Registration ☐ CHANGE Registration (see box ❺) ☐ REPLACE lost registration items ☐ TRANSFER Plate Number to this Vehicle ☐ LEASE BUY-OUT

**❷ NAME OF PRIMARY REGISTRANT** *(Last, First, Middle)*
GROUP TRAVEL SOLUTION INC

PRIMARY CLIENT ID NO. *(from NYS License)*
SEX ☐ M ☐ F    DATE OF BIRTH Month Day Year

**NAME OF CO-REGISTRANT** *(Last, First, Middle)*

CO-REGISTRANT CLIENT ID NO. *(from NYS License)*
SEX ☐ M ☐ F    DATE OF BIRTH Month Day Year

DAY PHONE NO. *(Optional)* Area Code ( )

NAME CHANGE? ☐ YES (see box ❸) ☑ NO
ADDRESS CHANGE? ☐ YES ☑ NO
Is this registration for a corporation or partnership? ☑ Yes ☐ No
How was the vehicle obtained? ☑ New ☐ Leased New ☐ Used ☐ Leased Used

**PRIMARY REGISTRANT ADDRESS WHERE YOU GET YOUR MAIL** *(include Street Number and Name, Rural Delivery and/or box number. This address will appear on the document.)*
391 EMPIRE BLVD
Apt. No.: 
City or Town: Brooklyn 
State: N Y 
Zip Code: 11225 
County of Residence: KINGS

**PRIMARY REGISTRANT ADDRESS WHERE YOU LIVE** *BE DIFFERENT FROM MAILING ADDRESS. DO NOT GIVE P.O. BOX)*
Apt. No.: 
City or Town: 
State: 
Zip Code: 

**❸ OWNER CLIENT ID NO.** *(from Driver License)*

IF YOU ARE NOT THE OWNER of this vehicle, the owner must complete this section. Proof of ownership and proof of owner's name and date of birth are required.
NOTE - You do not have to fill in this section if you attach a completed Registration Authorization (MV-95), or if you are renewing the vehicle, and the owner is the same.

**NAME OF CURRENT OWNER** *(Last, First, Middle)*

DATE OF BIRTH Month Day Year 
OWNER'S DAY PHONE NO. *(Optional)* Area Code

**ADDRESS WHERE OWNER GETS MAIL** *(include Street Number and Name, Rural Delivery and/or box number)*
Apt. No.: 
City or Town: 
State: 
Zip Code: 
County: 

**AUTHORIZATION:** The registrant named in box ❷ is authorized to register the vehicle described in box ❹.

*(Owner's/Authorized Signature-Co-owner's Signature if applicable)*    *(Date)*

**❹ VEHICLE IDENTIFICATION NUMBER**
1GBGG29K291127810

VEHICLE DESCRIPTION
Year: 2009 
Make: CHEVROLET

Body Type For Cars
☐ 2-Door ☐ 4-Door ☐ Convertible ☐ Station Wagon/ Suburban ☐ Other

**Body Type For Other Vehicles**
☐ Pickup ☑ Van ☐ Motorcycle ☐ Tow ☐ Trailer ☐ Other

Color: BLACK 
Unladen Weight: 5800

Type of Power (Fuel)
☑ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None

Cylinders: 8 
For trailers & commercial vehicles Max. Gross Weight: 
For rentals buses & taxis Seating Capacity: 9 
Odometer Reading in Miles: 91943 
Vehicle's ODOMETER has room for how many numbers (5, 6 or 7 - do not include tenths)?: 
For commercial vehicles Axles: Distance:

**NY DEALER ONLY**
Lien Filing Code (Assigned by DMV): 
Lienholder Name and Mailing Address:

**OFFICE USE ONLY**
Make/Brand: 691 253 1 
Prior Owner: 
Insurance State: 
Title: 
Loan: 
Lien Number: 
NOV 30 2011 
Lien Release:

Prior Submitted (Name and Ownership): MV-999 
Reg/Title: 901.803 MV-999 
State: NI 
Approved By: 
Date: NOV 1 2011 
Fee: 
Stub/Response: 
Operator:

FH-1 DTFR3

MV-82 (3/11)

**5** **CHANGES** - *To change information on a current registration and/or title, be sure to enter the new information on page 1 of this form. (See Form MV-82.1, Registering a Vehicle in New York State, for more information.)*

NAME CHANGE: *Print former name exactly as it appears on the current registration or title.*

CHANGES: *Describe any vehicle changes and the reasons for the changes.*

**6** **ADDITIONAL VEHICLE INFORMATION** ⟶ *QUESTIONS 1-3 MUST BE COMPLETED.*

1. I certify that, to the best of of my knowledge, this vehicle ☐ has been or ☑ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "**has been**" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage" on it.)

2. Is this vehicle registered for your own personal use? ☐ Yes ☑ No
   *If "Yes", go to question 3 below. If "No", check any of the following boxes that apply:*
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
   ☐ New York City ☐ A jurisdiction other than NYC, that regulates taxis ☐ A jurisdiction that does not regulate taxis
   ☑ It is a passenger vehicle that is rented without a driver.
   ☐ It requires a **commercial operating authority** permit:
   ☐ NYS DOT Permit No. _____ ☐ I.C.C. Permit No. _____ ☐ US DOT Permit No. _____
   ☐ It is government-owned.
   ☐ It is used as an ☐ ambulance ☐ ambulette ☐ hearse/invalid coach Check this box if: ☐ payment is received to carry passengers
   ☐ It is used exclusively as a hearse Check this box if: ☐ payment is received to carry passengers
   ☐ It is a **commercial tow truck** with a GVWR of at least 8,800 lbs.
   ☐ It is used only as a **farm vehicle** (Form MV-260F, Part 1, must be attached). ☐ It is used only as an **agricultural truck**.

3. Has this vehicle been modified to change its registration class? ☐ Yes ☑ No If "Yes", explain _____

4. This vehicle is a **pick-up truck** with an unladen weight of 5,500 pounds or less, used exclusively for non-commercial purposes, with no advertising anywhere on it, and you want? ☐ Passenger Plates ☐ Commercial Plates

**7** **CERTIFICATION:** The information I have given on this application is true to the best of my knowledge. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection within the past 12 months, or has qualified for a time extension (Form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. *If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.*

Print Name Here ▶ CONNIE GREY SECT           Sign Here ▶ *C. Grey*
*(Print Name in Full - If registering for a corporation, print your full name and title)*           *(Sign Here)*

**Print Additional**
**Name Here** ▶ _____           **Additional**
                                    **Signature**
*(Print Name in Full)*           **Sign Here** ▶ _____
                                 *(Sign Here - Additional signature required for a partnership or if registering this vehicle in more than one name.)*

**IMPORTANT:** Making a false statement in any registration application or in any proof or statements in connection with it, or deceiving or substituting in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration pursuant to regulations established by the Commissioner. The Department makes no representation that it will issue a certificate of title or transferable registration until the Commissioner is satisfied that the applicant is entitled to a certificate of title or transferable registration, and until all documentation required to establish ownership of the vehicle is submitted and deemed to be satisfactory. Pending review of this application, neither the Commissioner of the Department of Motor Vehicles nor any of his or her employees, deputies or agents assumes any liability or responsibility for repairs performed, improvements made or work done to the vehicle referenced in this application.

**CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:**

My signature authorizes _____           **Sign**
to use my credit card for payment of fees in connection with this application, and           **Here** ▶ _____
I understand that I must be present for this transaction.           *(Cardholder-Sign Name in Full)*

**To Be Completed by a Registered New York State Dealer Only – List any additional Lienholders**

| | | |
|---|---|---|
| Lien Filing Code _____ (Assigned by DMV) | Lienholder Name _____ | |
| Mailing Address _____ | | |
| *(Number and Street)* | *(City)* | *(State)* *(Zip Code)* |
| Lien Filing Code _____ (Assigned by DMV) | Lienholder Name _____ | |
| Mailing Address _____ | | |
| *(Number and Street)* | *(City)* | *(State)* *(Zip Code)* |

**NY DEALER CERTIFICATION:** I certify that all information provided on this application is true, I take responsibility for the integrity of the papers delivered to the Motor Vehicles office.           *(Signature of Dealer or Authorized Representative)*

MV-82 (3/11)

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN NY          11225

000234



## CERTIFICATE OF TITLE

### NEW YORK STATE

www.nysdmv.com

* * LIENS * *
Document No.

| Title and Identification No. | Year | Make | Model Code | Body/Hull | |
|---|---|---|---|---|---|
| 1GBGG29K291127810 1GBGG29K291127810 | 2009 | CHEVR | EXP | SUBN | 5412531 |

| Color | Wt./Sis./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 5800 | GAS | 8 | NEW | VEHICLE | 12/24/08 |

Name and Address of Owner(s)

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN NY          11225

ODOMETER READING:     00008
                      00008
ACTUAL MILEAGE



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
CITICAPITAL
COMMERCIAL CORP
PO BOX 168647
IRVING          TX75016

Lienholder
01
* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

MV-999 (4-08)

DEPARTMENT OF MOTOR VEHICLES

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading (check one):

☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

9 1 9 4 3

(no tenths)

**ODOMETER HAS SPACE FOR:** (Check one)
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

### DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☒ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | | |
|---|---|---|---|
| **Seller** Seller's Signature | Seller's Name *(Print in Full)* Ador Plaza Inc- Shukin Elberon, Pres | | |
| Street Address 391 Empire Blvd | City Brooklyn | State NY | ZIP code 11225 | Date of Statement 8/26/11 |
| **Buyer** Buyer's Signature | Buyer's Name *(Print in Full)* Grove Trans Inc- Philippe Nkim Pres | | |
| Street Address 391 Empire Blvd | City Brooklyn | State NY | ZIP code 11225 | Date of Statement 8/26/11 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership.
Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading (check one):

☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** (Check one)
☐ Five Digits, *excluding tenths*
☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate. If any, I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| | | | |
|---|---|---|---|
| **Seller** Seller's Signature | Seller's Name *(Print in Full)* | | |
| Street Address | City | State | ZIP code | Date of Statement |
| **Buyer** Buyer's Signature | Buyer's Name *(Print in Full)* | | |
| Street Address | City | State | ZIP code | Date of Statement |

CONTROL NUMBER

MV-999 (4-08)

Boat Dealer's
Facility #

1    22822

New York State Department of Motor Vehicles    00333    122408
## NOTICE OF RECORDED LIEN

| I.D. Number | Year | Make |
|---|---|---|
| 1GBGG29K291127810 | 2009 | CHEVR |

CITICAPITAL
COMMERCIAL CORP
PO BOX 168647
IRVING            TX 75016

| 5800 Wgt./Lgth. | GAS Fuel | 8 Cyl/Prop. | SUBN Body/Hull. | BK Color |
|---|---|---|---|---|

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

**OWNER**

ADIR PLAZA INC
391 EMPIRE BLVD
BROOKLYN NY            11225



**ADDITIONAL LIENHOLDERS**

The following information applies only to the lienholder shown in the box above.

☑ Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

☐ We have assumed ownership of this vehicle, boat or manufactured home. We are transferring ownership to:

☐ We have assigned our security interest in this vehicle, boat or manufactured home to:

Lien Filing Code

Name _____ Date of Assignment

No. and Street

City    State    Zip

Authorized Signature    10-11-2011    Date

---

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this notice to the new owner. To obtain a lien-free Title before then, return your current Title, this lien notice and a $20.00 fee to the DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing Form MV-902 (available at a DMV office or on our web site at www.nysdmv.com) and mailing it with a $20.00 check or money order AND this lien notice to the DMV, Title Bureau at the above address.

If your address has not changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit our web site listed above.

MV-901 (1/06)

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
## INSURANCE CERTIFICATE — FOR HIRE PASSENGER VEHICLE

111 Empire Fire & Marine Insurance Co.

Name & Address of Issuer  Williams and Stazzone Insurance Agen
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has issued
a liability policy complying with Section 370 of the NEW YORK
Vehicle and Traffic Law to:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

Policy Number SF450360

| Effective Date | Expiration Date |
|---|---|
| 11/23/2011 | 10/01/2012 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| 2009 | CHEVR |
|---|---|
| Year | Make |

1GBGG29K291127810    9

Vehicle Identification Number    Seats

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of Insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.

FH-1

---

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
## INSURANCE CERTIFICATE — FOR HIRE PASSENGER VEHICLE

111 Empire Fire & Marine Insurance Co.

Name & Address of Issuer  Williams and Stazzone Insurance Agen
99 N Atlantic Ave
Cocoa Beach FL 32931

An authorized NEW YORK insurer certifies that it has issued
a liability policy complying with Section 370 of the NEW YORK
Vehicle and Traffic Law to:

GROUP;TRAVEL
SOLUTION;INC
391 EMPIRE BLVD
BROOKLYN NY 11225

Policy Number SF450360

| Effective Date | Expiration Date |
|---|---|
| 11/23/2011 | 10/01/2012 |
| 12:01 a.m. | 12:01 a.m. |

(Not acceptable to obtain registration
after 45 days from effective date.)

Applicable with respect to the following Motor Vehicle:

| 2009 | CHEVR |
|---|---|
| Year | Make |

1GBGG29K291127810    9

Vehicle Identification Number    Seats

THIS ID CARD MUST BE CARRIED
IN THE INSURED VEHICLE FOR
PRODUCTION UPON DEMAND

WARNING: Any person who issues
or produces an ID card knowing that
an Owner's Policy of Insurance is not in
effect may be committing a misdemeanor.
In addition, a person who presents
an ID card if insurance is not in
effect may be committing a
misdemeanor.

The name of the registrant and the
name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE
CHANGE (RE-REGISTRATION) USING
THE REPLACED VEHICLE'S CURRENT
REGISTRATION.

FH-1

---

## FAX: Scanable Bar Code



### FAX INSTRUCTIONS:

1. The entire page must be faxed.

2. If submitted to DMV, either the entire page or the second
ID card and large scanable bar code will be retained

3. A faxed ID card must be replaced with a scanable
ID card within 14 days of the effective date.

4. DMV will not accept a faxed ID card without a
scanable barcode

AUTO TLR 1    NONTRANSFERABLE

1113010B19 FP172653 CAK    172.25
        *FPT2863

GROUP TRAVEL
SOLUTION INC
        FH
                    *NYMA*
Corp/Govt reg transaction



STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228
ABSTRACT OF TITLE RECORD

Document # TWEB0022
PRINT DATE: 09/10/2013 TIME: 14:25:26   OPERATOR: WEB OFFICE: DAB

VIN#: WDWPH84539S330773
08 DODGE WHITE SUBN WGT 005802
ODOMETER: 033968 ACTUAL
FUEL: DIESEL   CYL: 06

PLATE: FCN1202   TYPE: 8P OMNIBUS
BATCH DATE:   05/14/10

CURRENT OWNER
GROUP: TRAVEL

SOLUTION INC
391 EMPIRE BLVD
BROOKLYN NY   11225

ORIG DOC ISSUED: 06/04/10   LAST DOC ISSUED: 06/04/10
*************************** PRIOR OWNERS ****************************
IMAGE; RENT; A; CAR; INC      PLATE: EMC9612      TYPE: 8P OMNIBUS
391 EMPIRE BLVD   BROOKLYN NY   11225
BATCH DATE:   10/13/08
ORIG DOC ISSUED: 11/10/08
ODOMETER:   ACTUAL                00001b

*** END OF RECORD ***

EXCELSIOR

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

Barbara J. Fiala



**5** CHANGES – To change information on a current registration and/or title, the same is under the new information on page 1 of this form. (See Form DR-82.1, Regulations of a Vehicle in New York State, for more information.)

NAME CHANGE: (Last, first name as exactly as it appears in a document on the registration of car.)

CHANGES: (Describe any vehicle changes and the reasons for the changes.)

**6** ADDITIONAL VEHICLE INFORMATION ——→ QUESTIONS 1-4 MUST BE COMPLETED.

1. I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that this is not a rebuilt, or salvage out of parts and also to schedule or operation, this vehicle to be restored as it was in the first an accident and also to be operation on the road or highways, is more than 75% of the retail value of this vehicle in the fair value of loss. (Excluding the "salvage" value) means the vehicle must have an and-short examination before being registered, and does the title itself will have the statement "Rebuilt Salvage" on it.

2. Is this vehicle registered for your commercial use? ☐ Yes ☒ No
   If "Yes", for an operation 3 below. If "No", check any of the following boxes that apply:
   ☐ It is a passenger vehicle to be used for hire with a driver and operated in:
   ☐ New York City ☐ A jurisdiction other than NYC, that regulates taxis ☐ A jurisdiction that does not require taxis to ab.
   ☒ it has passenger vehicle that is rented without a driver.
   ☐ it requires a commercial operating authority permit:
   ☐ NYS DOT Permit No. ☐ I.C.C. Permit No. ☐ US DOT Permit No.
   ☐ It is a government-owned.
   ☐ It is a school bus ☐ ambulance ☐ motorbus/coach Check this box ☒ payment is received to carry passengers.
   ☐ It is used exclusively for a business. Check this box ☐ payment is received to carry passengers.
   ☐ It is a commercial tow truck with a GVWR of at least 8,000 lbs. ☐ It is used only as a farm vehicle ☒ No.

3. Has this vehicle been modified for the specialization class? ☐ Yes ☒ No. If "Yes", explain.

4. This vehicle is a pick up truck with an unladen weight of 9,000 pounds or less, used exclusively for non-commercial purposes, with no covering, nor anywhere on it, and you want? ☐ Passenger Plates ☐ Commercial Plates

**7** CERTIFICATION: The information I have given on this application is true to the best of my knowledge. I certify that the vehicle to be equipped as required by the Vehicle and Traffic Law, and may be operated or, required New York State inspection within the past 12 months, or the vehicle effects a less exception. (Form MV-78B will be inspected when 12 days. I do certify that appropriate insurance is in force, and will be provided in accordance with New York State Vehicle and Traffic law. If I am applying for registration/transfer, I certify that the registration/transfer currently under registration of operation. If I have place on a new or used vehicle, I certify that I am able in the operation form, and that I have only one set of these plates. If I am using a credit card for payment of any fees or occur cashes with this application, I understand the policy fee and will be a deduction from my account. I understand my liability or responsibility for repair payment. Improper use is unverified and.

Print Name Here ♦ Charles Gray Srt

Name Here ♦ _____ Sign Here ♦ _C.Gray_

_____ Sign Here ♦ _____

IMPORTANT: Making a false statement in any registration application or in any proof or statement in connection with it, or creating or while hiding in connection with this application, is a misdemeanor under Section 392 of the Vehicle and Traffic Law, and may also result in the revocation or suspension of the registration or the privilege of operation. Any person who false or forged statement or document with the intent to defraud is guilty of an offense punishable by fine or imprisonment.

GREEN CARD ACKNOWLEDGMENT IF COMPLETED IS NOT THE APPLICANT:

Sign Here ♦ _____

**8** To Be Completed by a Registered New York State Dealer Only – List any additional License/dealer

Dealer Facility Code / Mailing Address _____

Dealer Reg Code / (Complete by DMV) / Mailing Address _____

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

FILING RECEIPT

ALBANY, NY 12231-0001

ENTITY NAME : GROUP TRAVEL SOLUTION INC.

DOCUMENT TYPE : ASSUMED NAME CERTIFICATE

FILER:

DAVID LIPSKER
719 EASTERN PARKWAY
STE. #3
BROOKLYN          NY          11213

FILED:   05/04/2010
CASH#:   336808
FILM#:   201005644013

PRINCIPAL LOCATION

719 EASTERN PARKWAY
SUITE 3
BROOKLYN
NY   11213



COMMENT:

ASSUMED NAME

IMAGE KEPT A CAR

SERVICE COMPANY  :  SERVICE

FEES            160.00

FILING          25.00
COUNTY          102.00
COPIES          13.00
MISC            .00
HANDLE          25.00

PAYMENTS        160.00

CASH
CHECK           160.00
C CARD

REFUND

DOS#:   35
BOX  :  41

EO3HD104

DOS-261 (04/2007)

36623





FAX: Scannable Bar Code

FAX INSTRUCTIONS:



Keep this document in a safe place in the future and do not destroy.

NEW YORK STATE REGISTRATION DOCUMENT

PAS
P8K6099
2005 FORD
4DSD EL
002750 G 4
GROUP TRKRG
SOLOTYGH INC
351 EMPIRE BLVD
BROOKLYN        NY 11225

MONTRANSFERABLE
1PAFP34N85M2134639
FP231658 MAY 07 2010
QLM BRK123
Exp.- 05/31/12
*NYMK*
21.75

FF233658        200.00



IMAGE RENT A CAR INC.
591 EMPIRE BLVD
BROOKLYN NY          11225



FF092750

AUTO          NONTRANSFERABLE

0051410B19 FF092750 OAK      143.90
         *FCN1202

GROUP TRAVEL
SOLUTION INC
        FH

Corp/Govt reg transaction

FOR 20100514092219