Barbie Lieber, Esq.                                  Hearing Date: February 5, 2014
Lieber & Lieber, LLP                                  Time: 2:30 pm
60 East 42nd Street, Suite 2222
New York, New York 10165
Phone:  (212) 949-5586
Counsel to Digby Adler Group, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X        Chapter 7

In re IMAGE RENT A CAR, INC.,                Case No. 1-11-42390 NHL


                        Debtor.                    Adv. Pro. No. 12-01288 (NHL)
------------------------------------------------------------------------X

### AFFIRMATION OF SERVICE

Barbie D. Lieber, Esq. of Lieber & Lieber, LLP, counsel to Digby Adler Group LLC hereby affirms under penalty of perjury that the following parties in interest were served with   Digby's (I) Cross Motion to (A) to Strike Debtor's Claims Objection For Lack of Standing; or in the alternative, (B) Stay Determination of Claims Objection Until Determination of Digby's Cross Motion to Dismiss Case Under 11 USC §707(a) in the Event that Trustee Elects Not to Prosecute Avoidance Action; (II) Supplement to Cross Motion to Dismiss; and (III) Request that the Court Refer this Matter for Investigation Pursuant to 18 USC §3057(a) Given Bankruptcy Fraud, and Exhibits  or Notice thereof on the dates and methods reflected below:

*Trustee*          VIA HAND DELIVERY  1/9/14
Gregory Messer, Chapter 7 Trustee
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858-1474


Gary F Herbst  and Jordan Pilevsky   VIA FED EX 1/9/14
LaMonica Herbst and Maniscalco
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Fax : (516) 826-0222
Email: gh@lhmlawfirm.com

*Mary Lou Martin, Esq.*  VIA HAND DELIVERY 1/9/14
Assistant United States Trustee
201 Varick Street
Suite 1006
New York, New York 10014

Alicia Leonhard,  Assistant United States Trustee VIA HANDELIVERY 1/9/14
201 Varick Street
Suite 1006
New York, New York 10014

Daniel Gershburg    VIA HAND-DELIVERY 1/9/14
55 Broad Street, 18th Floor
New York, New York 10004

United States Attorney's Office    VIA HAND-DELIVERY 1/9/14
Eastern District of New York
271 Cadman Plaza East
Brooklyn, N 11201-1820

Bruce Weiner, Esq.            VIA HAND-DELIERY 1/9/14
Rosenberg Musso & Weiner, LLP
26 Court Street, Suite 2211
Brooklyn, NY 11242
*Alleged Counsel to the Debtor and  Defendants Schneior Zilberman, Adir Group, Inc.,*
*Adir Rent A Car, Inc., Adir Plaza, Inc., and Gad Sebag*

Stephen A. Somerstein, Esq.     VIA OVERNIGHT MAIL 1/9/14
53 Prospect Park West
Brooklyn, NY 11215
*Alleged Counsel to Defendant Group Travel Solutions, Inc.*

NYC Department of Finance. Notice:   Regular mail 1/13/14
TAPE Division
345 Adams Street, 3RD h Floor
Brooklyn, NY 11201

NYC Department of Finance . Notice:  Via Regular Mail  1/13/14
TAPE Division
345 Adams Street, 5th floor
Brooklyn, NY 11201

NYS Department of Taxation & Finance  Notice: VIA Regular Mail 1/13/14
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

Emmanuel Colcou    Notice: VIA Regular Mail 1/13/14
c/o White Fleisher & Fine LLP
61 Broadway
New York, NY 10006

Empire Fire  and Marine: Notice:  Via Regular Mail 1/13/14
c/o Coughlin Duffy LLP
88 Pine Street, 28th Floor
New York, NY 10005

Dated:  New York, New York
        January 16, 2014

                                By:  */s/ Barbie D. Lieber*_____
                                Lieber & Lieber, LLP
                                60 East 42nd Street
                                New York, New York 10165
                                Phone:  (212) 949-5586
                                Fax:  (212) 949-5587