## EXHIBIT "A"

| | | | | FINANCED VEHICLES | | | |
|---|---|---|---|---|---|---|---|
| Unit | Year | Make | Model | Type | Color | VIN | Plate # |
| 15P64 | 2011 | Ford | Econoline | 15-Passenger Van | Black | 1FBSS3BL9BDA35924 | FMD 4522 |
| 15P68 | 2011 | Ford | Econoline | 15-Passenger Van | Black | 1FBSS3BL5BDA35922 | FMD 4547 |
| 15P69 | 2011 | Ford | Econoline | 15-Passenger Van | Black | 1FBSS3BL9BDA81818 | FXN 9190 |
| 15P70 | 2011 | Ford | Econoline | 15-Passenger Van | Black | 1FBSS3BL8BDA81812 | FXN 9191 |
| 15P71 | 2011 | Ford | Econoline | 15-Passenger Van | Black | 1FBSS3BL8BDA40211 | FXN 9192 |
| 15P72 | 2011 | Ford | Econoline | 15-Passenger Van | Black | 1FBSS3BL6BDA81811 | FXN 9193 |
| 15P76 | 2012 | Ford | Econoline | 15-Passenger Van | Black | 1FBSS3BL4CDA29479 | GJP 7298 |
| 15P77 | 2012 | Ford | Econoline | 15-Passenger Van | Black | 1FBSS3BL1CDA29486 | GBD 7796 |
| P9LV14 | 2011 | Chevy | Express G1500 | 9-Passenger | Black | 1GBWGLCG0B1104957 | FFV 3507 |