UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                                                                  Chapter 7

IMAGE RENT A CAR, INC.,                                 Case No. 11-42390(NHL)

                      Debtor.
---------------------------------------------------------------x

## ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ISSUE AND ORDER APPROVING STIPULATION BY AND BETWEEN THE TRUSTEE, GROUP TRAVEL SOLUTION, INC. AND PHILLIPE NAIM

Upon the statement dated March 19, 2014 (the "**Statement**") filed by Gregory Messer, Esq., as Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estate of Image Rent A Car, Inc. (the "**Debtor**"), by his attorneys, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an order approving that certain stipulation dated March 17, 2014 (the "**Stipulation**") by and between the Trustee, Group Travel Solution, Inc. ("**GTS**") and Phillipe Naim ("**Naim**"); and upon the Declaration Pursuant to Local Rule 9077-1(a) of Gary F. Herbst, Esq., dated March 20, 2014, (the "**Declaration**") in support of the Trustee's proposed order scheduling a hearing on shortened notice (the **"Show Cause Hearing"**) to consider the relief requested in the Statement; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is

**ORDERED**, that the Show Cause Hearing concerning the relief requested in the Statement with respect to the Stipulation shall be held on March 26, 2014 at 12:00 p.m. before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 2529, Brooklyn, New York 11201; and, it is further

**ORDERED**, that a copy of this Order, the Declaration, the Statement and the Stipulation with exhibits, shall be served by (1) overnight delivery and (2) electronic mail or facsimile, where such information is available, on or before March 21, 2014, upon: (a) Joseph Y. Balisok,

Esq., counsel for the Debtor; (b) Rosenberg, Musso & Weiner LLP, Attn: Bruce Weiner, Esq., counsel of record for Adir Group, Inc., Adir Rent A Car, Inc., Adir Plaza, Inc., Gad Sebag and Schneior Zilberman; (c) Law Offices of Richard A. Klass, Attn: Elisa S. Rosenthal, Esq., counsel to Group Travel Solution, Inc., Phillipe Naim and Connie Grey; (d) Lieber & Lieber, Attn: Barbie Lieber, Esq., counsel for Digby Adler Group d/b/a Bandago; (e) Ford Motor Credit; (f) all known creditors of the Debtor; and (g) parties that have filed notices of appearance; and such service shall be deemed good and sufficient notice of the Show Cause Hearing and the relief sought in the Statement; and, it is further

**ORDERED**, that responsive papers, if any, must be in writing, conform with the Bankruptcy Rules and Code, and state with particularity the grounds therefor; and shall be filed with the Court and served upon LaMonica Herbst & Maniscalco, LLP, the attorneys for the Trustee, Attn: Jordan Pilevsky, Esq., so as to be received by no later than March 25, 2014 at 4:00 p.m..



**Dated: March 23, 2014**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**