Barbie D. Lieber, Esq.
Lieber & Lieber, LLP
60 East 42nd Street, Suite 2222
New York, New York 10165
Phone: (212) 949-5586
Counsel to Digby Adler Group, LLC d/b/a/ Bandago

Hearing: May 15, 2014
3:30 pm

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
————————————————————X

In re IMAGE RENT A CAR, INC.,
          Debtor.

Case No. 1-11-42390 NHL
Adv. Pro. No. 12-01288 (NHL)

————————————————————X

**Appendix to Supplement to Request that Court Refer this Matter for Investigation Under 18 USC §3057(a), Following Depositions & Receipt of 2010 Tax Return Showing 77 Vehicles Transferred for $1 Each**

1. Email from Joseph Balisok, Esq. dated June, 15, 2011, pages: 1-2.
2. Email from Connie@Imagerentacar.com dated February 15, 2011, pages 3-4.
3. Relevant pages of Deposition Transcript of defendant Group Travel Solutions, by Philippe Naim, pages, 5-11.
4. Relevant pages of Deposition Transcript of defendant Group Travel Solutions, by Chana Vilenkin, pages 12-18.
5. Relevant pages of Deposition Transcript of defendant Gad Sebag, pages 19-26.
6. Relvant pages of Deposition Transcript of defendant Schneior Zilberman, pages 27-32.
7. Relevant pages of Amended Federal Tax Return for Group Travel Solutions: 2010, pages 33-39.
8. Relevant page of GTS' bank statement for July 2013, reflecting  United States Post Office Charges in July , page 40.
9. Emails from David Baksht dated July 29, 30, 2013, alleging mail fraud, concerning an unauthorized change of address for Group Travel Solution, from 719 Eastern Parkway, Brooklyn, NY, to 391 Empire  Blvd, Brooklyn New York and email dated May 8, 2014 concerning unauthorized change of address for Group Travel Solution and Adir Group, Inc, pages 41-44.

---------- Forwarded message ----------
From: **Marketing** <marketing@imagerentacar.com>
Date: Fri, Jul 15, 2011 at 9:57 AM
Subject: Fwd: Bandago Has Requested the Court Issue an Subpeona and Deposition
To: "davidlipsker@gmail.com" <davidlipsker@gmail.com>


---------- Forwarded message ----------
From: "Joseph Y. Balisok, Esq." <jyb@balisoklawyers.com>
Date: Fri, 15 Jul 2011 12:20:35 -0400
Subject: Bandago Has Requested the Court Issue an Subpeona and Deposition
To: shneior@gmail.com

Dear Shneior:


Bandago has requested that the bankruptcy court allow them to subpoena
records and depose an officer of Image and Van Rental.

should start moving assets away


See attached.


We will need to have Huebner find the affidavit they refer to confirm that
they are not misinforming the court.


Please feel free to call me if you have any questions.

1

Thank you for your kind attention to this matter.

Sincerely,

Joseph Y. Balisok, Esq.

Law Office of Joseph Y. Balisok, LL.M. (Tax), P.C.

1650 Eastern Parkway, Suite 303

Brooklyn, NY 11233

Office (718) 928-9607

Fax (718) 534-9747

<mailto:jyb@balisoklawyers.com> jyb@balisoklawyers.com

============================================================================

CIRCULAR 230 DISCLOSURE: Per regulations governing practice before the
Internal Revenue Service, any tax advice contained herein is not intended or
written for use, and cannot be used, to avoid tax penalties that may be
imposed on the taxpayer.

============================================================================

CONFIDENTIALITY NOTICE: This electronic mail message and any attached files
contain information intended for the exclusive use of the individual or
entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under
applicable law. If you are not the intended recipient, you are hereby
notified that any viewing, copying, disclosure or distribution of this
information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail of any unintended recipients and delete the
original message without making any copies.



Sharky Laguana <sharky@gmail.com>

## Fwd: Image Rent A Car Inc

**david** <davidlipsker@gmail.com>    Tue, Jul 30, 2013 at 6:12 AM
To: Sharky Laguana <Sharky@bandago.com>, Daniel Gershburg <daniel@danielgershburg.com>, Barbie Lieber
<barbie@lieberlegal.com>

take a look at parag. c

————– Forwarded message ————–
From: **Connie - Image RAC** <connie@imagerentacar.com>
Date: Tue, Feb 15, 2011 at 2:33 PM
Subject: Re: Image Rent A Car Inc
To: david lipsker <davidlipsker@gmail.com>
Cc: IMAGE Rent A Car <info@imagerentacar.com>

Spoke to Nosson Kopel
Re: Image

**A.** His fee to start is $1000 filing fee + $3000 attorney fee = **$4000** (plus there are other fees as the case progresses and that is per hour $200)
Now if you decide to stop in middle of the case, then depending how close to filing he was, he may refund some of the $4000. With regards to paying him, he will have to file with the court to request payment from a corporate officer.

**B.** How urgent is urgent?- today, a week, etc. (Its better to present all the paperwork to the judge at once.) It is possible to do a generic filing but then you "owe" the courts paperwork and he doesnt advise it. Its used mostly in foreclosure cases.

**C.** There is another aspect to consider- **CIVIL** FRAUD (its not as bad as Criminal Fraud). The court looks to see any transactions within the last year prior to filing bankruptcy. You are proposing moving assets from Image just prior to filing, that could be interpreted as fraud. Have to see when sold Image's assets. If within the past year, they may reverse those sales so the money is there.

**D.** The IRS might (probably will) come after you for a few thousand dollars for corporate taxes that they will assess is due.

**E.** This may or may not bring the other case to NY and it may or may not help dismiss that case.

**F.** If you want to talk to him than he can be reached via email nkoppel@comcast.net, c:(917) 586-5027 t: (718) 493-0995

**G.** He wants to make sure you if you want chapter 7(liquidation of assets- and there are non) or chapter 11(reorganization=the courts want to see how you plan to continue doing business)?

**E.** Who else is listed as corporate officer.

On Tue, Feb 15, 2011 at 12:28 PM, Connie - Image RAC <connie@imagerentacar.com> wrote:
  Hi Nosson,
  I left a message on your work and cellphone. This email is regarding the same subject matter.
  I need to file bankruptcy for Image Rent A Car Inc.



Please call me or email me how we can proceed.
(Time is of urgency)
Thanks
Chanie

--

Image Rent a Car
391 Empire Blvd
Brooklyn NY 11225
Tel: 718-771-6666  or
Toll Free: 888-718-0001
Fax:(718)771-3368 Location
Email:  chanie@imagerentacar.com
Servicing NY NJ CT Florida and Beyond..

This e-mail, including any attachments, may contain confidential
material and its transmission is not a waiver of that confidentiality.
 It is intended for the sole use of the person to whom it is
addressed.  Any copying, disclosure, distribution or reliance on this
material by anyone other than the intended recipient is strictly
prohibited.  We assume no responsibility to persons other than the
intended recipient.  If you have received this transmission in error,
please notify the sender immediately by reply e-mail and destroy any
hard copies you may have printed and remove all electronic copies from
your hard drive, network or any other location where electronic
information is stored.  Thank you.

--

National Trademarks
718 363 9505 tel

4

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X

In re:
IMAGE RENTA A CAR, INC.,

                Chapter 7
                Case No.:  1-11-42390  (NHL)

                Debtor
- - - - - - - - - - - - - - - - - - - - - - X
GREGORY MESSER, ESQ., as Trustee of the
estate of Image Rent A Car, Inc.,

                Plaintiff,

        - against -

        Adv. Pro. No.: 1-12-01288-nhl

SCHNEIOR ZILBERMAN, ADIR GROUP, INC. ADIR
RENT A CAR, INC., ADIR PLAZA, INC., GROUP
TRAVEL SOLUTION, INC. and GAD SEBAG,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - X

                26 Court Street
                Brooklyn, New York

                February 27, 2014
                2:10 p.m.

        DEPOSITION of the Defendant, GROUP

TRAVEL SOLUTION, INC., by PHILIPPE NAIM, in

the above-entitled action, held at the above

time and place, pursuant to Notice, taken

before Stephanie Levatino, a shorthand

reporter and Notary Public within and for the

State of New York.

Reporter's Ink, Corp.  90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236



1

2    Boulevard.    **Exact address I don't remember.**

3         Q.    Does Group Travel Solution file tax

4    returns?

5         **A.    Yes, sir.**

6         Q.    Who is the accountant for Group

7    Travel Solution?

8         **A.    Mr. Peter -- I don't know.    Chani**

9    **knows the name.    The secretary give you the**

10   **name.**

11        Q.    When you say Chani, the secretary,

12   what is her name, Chani what?

13        **A.    Chani Walenkin.    (phonetic**

14   spelling)

15        Q.    Do you know what the gross sale

16   proceeds per year were for Group Travel

17   Solution in the year 2010?

18        **A.    No, I don't remember.**

19        Q.    Do you know what they were

20   approximately in the year 2010?

21        **A.    I don't remember.**

22        Q.    What about 2011?

23        **A.    Same thing.**

24        Q.    What about 2012?

25        **A.    I don't remember.**

1

2    for Group Travel Solution?

3         A.    No.

4         Q.    Did Schneior Zilberman ever receive

5    any monies from Group Travel Solution?

6         A.    No.

7         Q.    Did Group Travel Solution ever pay

8    any individual or entity as a conduit to give

9    money to Schneior Zilberman?

10        A.    Yes.

11        Q.    What entity would that be?

12        A.    When I took over, there was fifteen

13   cars was pay off from the amount of cars they

14   used to have.  I don't remember.  That was

15   the agreement that I make when I took over

16   Image and I have to give back the money

17   slowly.

18        Q.    You have to give Schneior money

19   back for what?

20        A.    For cars when it was pay off when I

21   took over Image Rent A Car.

22        Q.    How much money did you pay to

23   Schneior Zilberman?

24        A.    Between seventy to sixty.

25        Q.    Seventy to --



Naim                                           24

1
2    A.    I don't remember.
3    Q.    Sixty or seventy thousand dollars?
4    A.    Correct.
5    Q.    Did you have to pay any monies to
6  Gad Sebag?
7    A.    No.
8    Q.    Do you have any documents or
9  purchase agreements between Image Rent A Car
10 and Group Travel Solution?
11   A.    I don't know if I still have it.   I
12 don't know.
13   Q.    At any point was there a transfer
14 document or a purchase agreement between
15 Image and Group Travel Solution?
16   A.    No.
17   Q.    It was all a verbal agreement?
18   A.    Yes.
19   Q.    Was anything left outstanding on
20 that verbal agreement that has to be paid?
21   A.    No.
22   Q.    So it's been completely satisfied?
23   A.    Correct.
24        MR. GERSHBURG:  May I?
25        MR. PILEVSKY:  Hold on.



Naim                                    37

1
2      website?

3          A.    Yes.

4          Q.    What is the web address?

5          A.    **Image Rent A Car dot com.**

6          Q.    Is there anything on the website

7      that says Group Travel Solution?

8          A.    **As far as I know, no.**

9          Q.    In 2010 when you purchased the

10     Company, were any documents exchanged between

11     you and Mr. Zilberman?

12         A.    **No.**

13         Q.    Is there any reason no documents

14     were exchanged?

15         A.    **Shake hands.**

16         Q.    Was any money exchanged at that

17     time?

18         A.    **No, just if I have a good memory, I**

19     **think it was one hundred dollars.**

20         Q.    One hundred dollars?

21         A.    **Just, like, a way to close by us,**

22     **handshake.**

23         Q.    Were there vehicles on the Image

24     Rent A Car lot on Empire Boulevard the day

25     you purchased the company?

---

**Reporter's Ink, Corp.**    90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



```
 1                        Naim                    62

 2        Q.   Did Gad Sabag go with you?

 3        A.   No.

 4        Q.   Did David Lipsker go with you?

 5        A.   No.

 6        Q.   Did David Baksht go with you?

 7        A.   No.

 8        Q.   The second confession of judgment

 9   that I am showing you is a confession of

10   judgment by Adir Group, Inc.  Do you

11   recognize this signature under Adir Group,

12   Inc.?

13        A.   My signature, yes.

14        Q.   Do you have authority to sign on

15   behalf of Adir Group, Inc.?

16        A.   No.

17        Q.   Did anybody go with you to the

18   notary public to execute this document?

19        A.   No.

20        Q.   How did you know to sign this

21   document?

22        A.   I thought it was the same thing.  I

23   did not even read it probably.

24        Q.   Why didn't sign any of the other

25   confession of judgments.  If you didn't know
```

*10*

1

2    what to sign, why didn't you sign for the

3    other ones?

4         A.    Because that's where they told me

5    to sign.

6         Q.    You were told to sign by Adir

7    Group?

8         A.    No, I was told by the people who

9    presented those papers.

10        Q.    Who presented it?

11        A.    Chani.

12        Q.    Did Zilberman present you with the

13   paper?

14        A.    No.

15        Q.    Did Zilberman ever tell you about

16   the litigation in the bankruptcy?

17        A.    Of this kind of settlement?

18        Q.    This settlement.

19        A.    No.

20        Q.    Do you have any relationship with

21   Zilberman?

22        A.    The relationship that we had when I

23   took the business over.

24        Q.    What was that?

25        A.    The relationship I had when I took

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

In re:                          CHAPTER 7

IMAGE RENT A CAR, INC.,         CASE No. 1-11-42390

            Debtor,

- - - - - - - - - - - - - - - x

GREGORY MESSER, ESQ., as Trustee of the
estate of Image Rent A Car,

         Plaintiff,

      -against-

SCHNEIOR ZILBERMAN, ADIR GROUP, INC. ADIR RENT
A CAR, INC., ADIR PLAZA, INC., GROUP TRAVEL
SOLUTION, INC. AND GAD SEBAG,

        Defendants.

- - - - - - - - - - - - - - - x

            26 Court Street
            Brooklyn, New York 11242

            March 3, 2014
            10:30 a.m.

    EXAMINATION BEFORE TRIAL of GROUP TRAVEL
SOLUTION, a Defendant, by a witness, CHANA
VILENKIN, taken by the Respective Parties, in
the above-entitled action, held at the above
time and place, pursuant to Subpoena, taken
before MARISA MCMAHON, a shorthand reporter
and Notary Public within and for the State of
New York.



12

1                    CHANA VILENKIN

2    C H A N A   V I L E N K I N, the witness

3    herein, having been first duly sworn by a

4    Notary Public of the State of New York, was

5    examined and testified as follows:

6    EXAMINATION BY

7    MR. PILEVSKY:

8        Q.  State your name for the record,

9    please.

10       A.  **Chana Vilenkin.**

11       Q.  State your address for the record,

12   please.

13       A.  **391 Empire Boulevard, Brooklyn, New**

14   **York 11225.**

15       Q.  Good morning.  My name is Jordan

16   Pilevsky, I'm from Lamonica, Herbst and

17   Maniscalco.  We represent Gregory Messer.  He

18   is a Chapter 7 bankruptcy trustee of Image

19   Rent A Car, Incorporated, and the Plaintiff

20   in the adversary proceeding which brings us

21   here today.  You are here today pursuant to a

22   third party subpoena in this adversary

23   proceeding.

24            Is this your first time being in a

25   deposition?

Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



13

**CHANA VILENKIN**

1

2    Q.  Your sister worked where prior?

3    **A.  Adir Rent A Car.**

4    Q.  What is your sister's name?

5    **A.  Rivky.**

6    Q.  What is your sister Rivky's last

7    name?

8    **A.  Vilenkin Green.**

9    Q.  Is Vilenkin your maiden name?

10   **A.  Yes.**

11   Q.  Are you married?

12   **A.  Yes.**

13   Q.  What is your married name?

14   **A.  I'm not legally married, so I never**

15   **took my husband's name.**

16   Q.  What is your husband's last name?

17   **A.  Wilschanski.**

18   Q.  If I understand correctly, your

19   sister Rivky was working at Adir Rent A Car

20   prior to when you started working at Adir

21   Rent A Car?

22   **A.  She was leaving, so I took over.**

23   Q.  Was there some overlap in between?

24   **A.  A week maybe.**

25   Q.  Did you take over the job she

Reporter's Ink, Corp.   90 John Street · Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236

14

1                    CHANA VILENKIN

2      correct, that you were surprised to see this

3      e-mail?

4          A.  Yes.

5          Q.  Can you concretely state that you

6      did not write this e-mail?

7          A.  No.  I don't recall every e-mail I

8      ever wrote.  This e-mail doesn't look

9      familiar, but I can't say I didn't write it.

10     I don't recall.

11         Q.  Can you state whether or not you

12     wrote this e-mail?

13         A.  No.

14         Q.  No, you cannot state for certain?

15         A.  Right.

16         Q.  Whether you wrote it?

17         A.  Right.

18         Q.  If you did not know of Image's

19     pending bankruptcy, would there be any reason

20     you would send an e-mail like this?

21         A.  No.

22         Q.  Do you know if at any time Nosson

23     Kopel represented Image Rent A Car?

24         A.  No.

25         Q.  Had you ever met Nosson Kopel prior

Reporter's Ink, Corp.  90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



15

CHANA VILENKIN

1

2    A.   I see that.

3    Q.   Do you recall signing as VP?

4    A.   No.

5    Q.   Is your signature to the left?

6    A.   Yes.

7    Q.   Do you recall signing this?

8    A.   No.

9    Q.   Why did you sign this as vice

10   president?

11   A.   I don't recall.

12   Q.   Page 80 of 93, there is another

13   signature, Adir Plaza by Schneior Zilberman

14   as president.  Was Schneior Zilberman the

15   president for Adir Plaza?

16   A.   As far as I know, yes.

17   Q.   Were you the vice president of Adir

18   Plaza?

19   A.   No.

20   Q.   Was anybody else the vice president

21   of Adir Plaza?

22   A.   Not that I know of.

23   Q.   Did Adir Plaza have any other

24   officers that you were familiar with?

25   A.   No.

Reporter's Ink, Corp.   90 John Street - Ste. 411    New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

16

CHANA VILENKIN

1

2    **A. Yes.**

3    Q. Whose signature is that?

4    **A. Phillipe.**

5    Q. Do you know why Phillipe Naim was

6  signing this document as opposed to all the

7  other documents that you signed?

8    **A. Nope.**

9    Q. Did Phillipe Naim ever tell you he

10  wanted you to sign certain documents with

11  respect to title applications but not others?

12    **A. No.**

13    Q. Page 66 references a 2007 Nissan

14  with close to 27,000 miles on it. There is a

15  signature on the next page, page 67. Do you

16  recognize that signature?

17    **A. Yes.**

18    Q. Whose signature is that?

19    **A. Chanie Grey.**

20    Q. Were you ever the vice president of

21  Adir Plaza Inc.?

22    **A. No.**

23    Q. Page 69, referencing the car they

24  were just talking about was signed by Adir

25  Plaza by Chanie Grey as VP?

17

**CHANA VILENKIN**

1

2    MR. GERSHBURG:

3         Q.   I apologize, a couple of more quick

4    questions.   Do you file personal tax returns?

5         A.   Yes.

6         Q.   Under what name do you file those

7    returns?

8         A.   Chana Vilenkin.

9         Q.   Do you have a personal bank account?

10        A.   Yes.

11        Q.   Under what name is that personal

12   bank account?

13        A.   Chana Vilenkin.

14        Q.   Do you receive a W-2 statement from

15   Group Travel?

16        A.   Yes.

17        Q.   Under what name do you receive that

18   statement?

19        A.   Chana Vilenkin.

20        Q.   Would it be safe to say most

21   documents that are filed are under the name

22   Chana Vilenkin?

23        A.   Personal, yes.

24        Q.   Going back to the vehicle

25   registration applications and the bills of

**Reporter's Ink, Corp.**   90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X

In re:
IMAGE RENTA A CAR, INC.,

           Chapter 7
           Case No.:   1-11-42390 (NHL)

           Debtor
- - - - - - - - - - - - - - - - - - - X
GREGORY MESSER, ESQ., as Trustee of the
estate of Image Rent A Car, Inc.,

           Plaintiff,

      - against -

      Adv. Pro. No.: 1-12-01288-nhl

SCHNEIOR ZILBERMAN, ADIR GROUP, INC. ADIR
RENT A CAR, INC., ADIR PLAZA, INC., GROUP
TRAVEL SOLUTION, INC. and GAD SEBAG,

           Defendants.
- - - - - - - - - - - - - - - - - - - - X

          26 Court Street
          Brooklyn, New York

          February 27, 2014
          10:05 a.m.

      DEPOSITION of the Defendant, GAD

SEBAG in the above-entitled action, held at

the above time and place, pursuant to Notice,

taken before Stephanie Levatino, a shorthand

reporter and Notary Public within and for the

State of New York.

Reporter's Ink, Corp. 90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236



14

1                    Sebag

2        Q.    I apologize, I neglected to ask

3   you, going back to the 732 Lefferts, who

4   resides in that property?

5        A.    I do have a family there.  It's a

6   family, four kids.  They pay rent on time.

7        Q.    What is their name?

8        A.    I don't remember.

9        Q.    When did you purchase the 718

10  Lefferts Avenue property, Apartment 3 unit?

11       A.    This was approximately four years

12  ago as well.

13       Q.    Do you recall the purchase price of

14  that?

15       A.    The purchase price was six

16  seventy-five.  Just to mention, the first two

17  properties, I have these tenants for many

18  years.  The other two I have somebody

19  managing it so I'm not really involved so

20  much, therefore, I'm not familiar with the

21  name, the complaints, the leaks, et cetera.

22       Q.    Do you know who lives at the 718

23  Lefferts Avenue property?

24       A.    No, I do have a mortgage.

25       Q.    How much?

Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

20

18

1                            Sebag

2          didn't remember.

3    EXAMINATION BY

4    MR. PILEVSKY:

5          Q.    You said you do not recall the

6    tenants for 718.  Do you recall the tenants

7    now?

8          A.    718 I do know the tenants, yes.

9    732, the name escapes my mind.

10   EXAMINATION BY

11   MR. GERSHBURG:

12         Q.    Who are the tenants for 718?

13         A.    At 718 I have my sister Valerie.

14   She lives there.  She pays me rent.

15         Q.    Is Valerie married?

16         A.    Yes.

17         Q.    Who is her husband?

18         A.    Her husband is Schneior, my

19   brother-in-law and my sister.

20         Q.    Schneior Zilberman?

21         A.    Yes.

22         MR. GERSHBURG:  Thank you.

23   CONTINUED EXAMINATION BY

24   MR. PILEVSKY:

25         Q.    Mr. Sebag, are you familiar with an

Reporter's Ink, Corp.   90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

21

1
2   entity known as Image Rent A Car, Inc.?

3       A.   Yes.

4       Q.   What was your relationship to Image

5   Rent A Car, Inc.?

6       A.   In the year 2004 my brother-in-law

7   who was in the rental car business approached

8   me and said that he needs help.  His business

9   was not going well.  That's -- he didn't run

10  the business properly.

11      As a good family family member, I said I

12  will have to help him however I can, putting

13  some money, lending some money.  I will let

14  him use my name.

15      I trust my brother-in-law with

16  everything I have.  He's married to my

17  sister.  We opened this -- I bought this

18  company and I let him use my name for

19  whatever he needed.

20      Throughout the years, occasionally I had

21  to agree to purchase cars, sell cars or do

22  monthly payments.  Most of it was done

23  automatically from the office.

24      As I mentioned before, I do have my job.

25  I am a scribe.  This is where I spent all my

Sebag                    20

1

2    days working.   Image Rent A Car was under my

3    name but pretty much all activities were done

4    from the office with my signatures

5    occasionally on all kinds of documents and

6    this has been going on for many years.

7         I did ask my dear brother-in-law various

8    times to try to find an exit as soon as

9    possible.  It is not something I needed on my

10   head or my wife's and my kids and it took

11   much longer than it was originally agreed

12   upon everybody and here we are today.

13        Q.   When you testified before that he

14   used your name or you allowed your name to be

15   used to Image Rent A Car, in what capacity

16   what do you mean he used your name?

17        A.   Meaning to put the company's name

18   on my name and to use my credit to get cars

19   from companies that provide cars.  It was

20   throughout the years various companies that

21   have programs to give cars for rentals.

22        For that you have to be a person with

23   some credit and have -- and guarantee that

24   the payments will be made on time and that

25   was me since he cannot do any of it.



23

1

2    Since then, I don't recall signing on any

3    checks or any payments.

4        Most payments were made on-line through

5    whoever provided the cars, insurance

6    companies, taxes, stuff like that, that was

7    pretty much automated and debited.

8        Q.    If I understand correctly, other

9    people had access to on-line banking of

10   Image's bank accounts; is that correct?

11       A.    Other people?

12       Q.    Yes.

13       A.    Yes.

14       Q.    Do you know who those other people

15   were?

16       A.    I believe that my brother-in-law

17   will have access to that, Schneior and one

18   employee that is Chani.  I believe she will

19   be here sometime next week.

20       Q.    What is Chani's last name?

21       A.    Her maiden name is Walenkin.

22   (phonetic spelling)  I don't remember.  I

23   don't know her last name.

24       Q.    Did you ever loan money to Image

25   Rent A Car?

Sebag                                    24

2    A.    I did lend money to my

3    brother-in-law.  I did lend money to the

4    business.  Most of it was taken from line of

5    credits that I used for my houses which are

6    maxed until today.

7         I did lend money otherwise from whatever

8    I could.  I probably did things that most

9    people wouldn't do but I did give as I would

10   give to myself.  Was it used wisely, I don't

11   know.  Hopefully, he'll do better eventually

12   and repay me.  For now, I don't know.

13        Q.    Approximately in the aggregate, how

14   much money did you loan to Image Rent A Car?

15        A.    Approximately, I'm sure over two

16   hundred thousand throughout the years for

17   sure.

18        Q.    Was any of that money ever paid

19   back to you?

20        A.    Slowly, slowly, not in big chunks

21   and not from the business.  As of today I

22   still owe on my line of credits close to that

23   amount so whatever was paid, I'm talking

24   about maybe throughout the years, maybe

25   twenty thousand.  Most of it is still owed to

25

1
2    entities?

3         A.    No.

4              MR. GERSHBURG:   If I can ask.

5         Q.   (By Mr. Pilevsky)   Out of the

6    approximately two hundred thousand dollars

7    that you lent to Image Rent A Car, are you

8    still owed money from that amount?

9         A.    Yes.

10        Q.    Approximately how much are you

11   still owed?

12        A.    We said before, I got a little bit

13   of payments here and there but most of it is

14   still owed.   That is close to that amount,

15   maybe one hundred and eighty.   Schneior would

16   keep track better than me.

17        Q.    Is it your testimony that to date

18   Image Rent A Car still owes you money?

19        A.    My brother-in-law owes me money.   I

20   am not going to sue a company for my money.

21   I gave it to him as a family member, not as a

22   business investment.   I was not out to make

23   any money on this business.   If the company

24   is gone and he repaid me in thirty years,

25   that's also fine.   I am not suing Image Rent

26

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
In Re:

IMAGE RENT A CAR, INC.,

                    Chapter 7
                    Case No.
                    11-42390(NHL)
- - - - - - - - - - - - - - - - x
GREGORY MESSER, ESQ., as Trustee of the Estate
of IMAGE Rent a Car, Inc.,

             Plaintiff,
                     Adv. Pro. No.
                     12-01288(NHL)

   -against-

SCHNEIOR ZILBERMAN, ADIR GROUP, INC., ADIR
RENT A CAR, INC., ADIR PLAZA, INC., GROUP
TRAVEL SOLUTION, INC., and GAD SEBAG,

            Defendants.
- - - - - - - - - - - - - - - - x
            26 Court Street
            Brooklyn, New York

            October 7, 2013
            10:20 a.m.


    EXAMINATION BEFORE TRIAL of the Defendant,

SHNEIOR ZILBERMAN, s/h/a SCHNEIOR ZILBERMAN,

by The Plaintiff, in the above-entitled

action, held at the above time and place,

pursuant to Notice, taken before MARCI

GLOTZER, a shorthand reporter and Notary

Public within and for the State of New York.

**Reporter's Ink, Corp.**  90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236

1                    S. ZILBERMAN

2    consideration?

3        A.  Yes.

4        Q.  What was the overall consideration

5    for taking all of the vehicles from Image and

6    Adir, and the debt?

7        A.  It was about 100,000 -- average was

8    around $100,000 in cash.

9        Q.  $100,000 in cash?

10       A.  Correct.

11       Q.  No checks?  Who received the

12   $100,000 in cash?

13       A.  I received it.

14       Q.  What did you do with the money?

15       A.  I spent it on company bills and

16   expenses.

17       Q.  What bills?

18       A.  Different -- different usage.

19       Q.  What types of bills?  Who was paid?

20       A.  Cleaning up the lot.

21       Q.  Who did you pay to clean up the lot?

22       A.  Clean-up guys.

23       Q.  A janitor service, a demolition

24   service?

25       A.  Regular street people.

Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



S. ZILBERMAN

1

2    Q.   Do you have any documents or written

3    instruments between Image Rent A Car and Adir

4    Plaza substantiating that there was some type

5    of business relationship between the two

6    companies?

7        A.   I'm sure there was one before.   Do I

8    own one?  No.   I don't have for that specific

9    matter, no.

10    Q.   Who maintained the books and records

11    for Image Rent A Car?

12        A.   It was maintained locally.

13    Q.   Locally where?

14        A.   In an office.

15    Q.   At 391 Empire Boulevard?

16        A.   Yes.

17    Q.   Are the documents still in

18    existence?

19        A.   No.

20    Q.   What happened to them?

21        A.   They took it away.

22    Q.   Who took it away?

23        A.   I took it away, and Philip got new

24    servers, got new computers, all new

25    equipment.   That's what it is.

Reporter's Ink, Corp.   90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236

29

### S. ZILBERMAN

1

2  Q.  Did you destroy those documents, put

3  them in the garbage?

4  A.  I don't know what it was, but I

5  don't maintain them.

6  Q.  Did you give them to anybody?

7  A.  I don't remember giving it to

8  anybody.  I might have disposed them.

9  Q.  I believe the next bank statement is

10  January of 2008.  Page 7 of 14, the very

11  first line item dated January 8, 2008, is an

12  online wire transfer via Citibank.  Again, it

13  references Adir Plaza in the amount of

14  $15,296.70.  Do you recall what this

15  transaction was for?

16  A.  According to the information right

17  here, it's paying the vehicles.  One of the

18  fees, or whatever fees it is for the bank,

19  which gave credit to Adir Plaza, which Image

20  Rent A Car operates.

21  Q.  Do you recall Citibank or --

22  A.  Citi Capital was bought over GE

23  Capital, which bought over Ford Credit.

24  Q.  That's the entity Adir Plaza

25  obtained a line of credit from?

Reporter's Ink, Corp.  90 John Street - Ste. 411    New York, NY 10038    www.reporters-ink.com
Phone: 646.395.2522    Fax: 212.374.1236



30

S. ZILBERMAN

1

2      **A.   Correct.   Transferred banks.   Both**

3  **banks.**

4      Q.   Again, there are various other

5  transactions, but I'm not going waste

6  everybody's time going through all of them.

7  The documents speak for themselves.   But I

8  will reference another one in May of 2008.

9           MR. WEINER:   Page 8?

10          MR. PILEVSKY:   Page 10 of 12,

11      unless you have a question about

12      page 8.

13          MR. WEINER:   No.

14      Q.   Halfway down, May 27th, another

15  online wire transfer via Banco Popular,

16  $12,179.88.

17      **A.   That's another payment.   We had a**

18  **line of credit -- we had a line of credit in**

19  **Banco Popular, for vehicle leasing.**

20      Q.   This is a line of credit with Adir

21  Plaza, not Image Rent A Car?

22      **A.   Correct.   Same relationship.**

23          MR. PILEVSKY:   That's the

24      extent of the questions I have on

25      that exhibit.

Reporter's Ink, Corp.   90 John Street - Ste. 411   New York, NY 10038   www.reporters-ink.com
Phone: 646.395.2522   Fax: 212.374.1236



31

1                     S. ZILBERMAN

2        Q.   Was there a company that you paid?

3        A.   No.

4        Q.   Where did you find these people?

5        A.   On the street.

6        Q.   What kind of clean-up did they need

7    to perform?

8        A.   Regular maintenance clean-up.

9        Q.   Why were you obligated to conduct

10   that clean-up?

11       A.   It was still under the company's

12   name and obligation not to get tickets.   And

13   various.

14       Q.   How much did they charge to do that

15   clean-up?

16       A.   I don't recall.

17       Q.   Was it more than $5,000?

18       A.   Over the course of time, yes.

19       Q.   What happened to the rest of the

20   money?

21       A.   I took it for myself for part of the

22   company's -- company's expenses and overall

23   -- my share.

24       Q.   Page 14 of 93 is a New York State

25   Department State Division of Corporations

CLIENT'S COPY

# Amended Federal
# Tax Return
# for

**Group Travel Solution Inc**

# 2010

**Eidelman Certified Public Accounting, PC**
**365 Kingston Ave. Suite 1**
**Brooklyn, NY  11213**
**Phone: (347) 763-6064**
**Fax: (718) 228-2647**

33

| Form **1120** | | **U.S. Corporation Income Tax Return** | | | OMB No. 1545-0123 | **2010** |
|---|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2010 or tax year beginning ___4/27/2010___ , ending ___12/31/2010___
► See separate instructions.

**A Check if:**
1a Consolidated return (attach Form 851) . . ☐
b Life/nonlife consolidated return . . . ☐
2 Personal holding co. (attach Sch. PH) . . ☐
3 Personal service corp. (see instructions) . . . ☐
4 Schedule M-3 attached ☐

**Print or type**

Name
Group Travel Solution Inc
Number, street, and room or suite no. If a P.O. box, see instructions.
391 Empire Blvd.
City or town: Brooklyn    State: NY    ZIP code: 11225

**B Employer identification number**
45-3673871

**C Date incorporated**
4/27/2010

**D Total assets (see instructions)**
$ 376,136

**E Check if:** (1) ☒ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | | Amount |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales 1,254,195 **b** Less returns and allowances | **c** Bal | 1c | 1,254,195 |
| | 2 | Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . . . | | 2 | 744,105 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . | | 3 | 510,090 |
| | 4 | Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . | | 4 | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . | | 5 | |
| | 6 | Gross rents . . . . . . . . . . . . . . . . . . . . | | 6 | |
| | 7 | Gross royalties . . . . . . . . . . . . . . . . . . . | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . | | 9 | 296,417 |
| | 10 | Other income (see instructions—attach schedule) . . . . . . . . | | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . . ► | | 11 | 806,507 |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (Schedule E, line 4) . . . . . . . . . ► | | 12 | |
| | 13 | Salaries and wages (less employment credits) . . . . . . . . . | | 13 | 145,143 |
| | 14 | Repairs and maintenance . . . . . . . . . . . . . . . . | | 14 | 6,968 |
| | 15 | Bad debts . . . . . . . . . . . . . . . . . . . . | | 15 | |
| | 16 | Rents . . . . . . . . . . . . . . . . . . . . . . | | 16 | 143,750 |
| | 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . | | 17 | 25,289 |
| | 18 | Interest . . . . . . . . . . . . . . . . . . . . . | | 18 | 20,178 |
| | 19 | Charitable contributions . . . . . . . . . . . . . . . . | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) . . | | 20 | 125,946 |
| | 21 | Depletion . . . . . . . . . . . . . . . . . . . . | | 21 | |
| | 22 | Advertising . . . . . . . . . . . . . . . . . . . . | | 22 | 72,387 |
| | 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . | | 23 | |
| | 24 | Employee benefit programs . . . . . . . . . . . . . . . | | 24 | |
| | 25 | Domestic production activities deduction (attach Form 8903) . . . . . | | 25 | |
| | 26 | Other deductions (attach schedule) . . . . . . . . . . . . | | 26 | 438,506 |
| | 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . ► | | 27 | 978,167 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . | | 28 | -171,660 |
| | 29 | **Less:** a Net operating loss deduction (see instructions) . . . | 29a | | |
| | | b Special deductions (Schedule C, line 20) . . . | 29b | 29c | 0 |
| | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) . . | | 30 | -171,660 |
| **Tax, Refundable Credits, and Payments** | 31 | **Total tax** (Schedule J, line 10) . . . . . . . . . . . . . | | 31 | |
| | 32a | 2009 overpayment credited to 2010 . . . | 32a | | |
| | b | 2010 estimated tax payments . . . | 32b | | |
| | c | 2010 refund applied for on Form 4466 . . | 32c ( ) | **d** Bal ► | 32d | |
| | e | Tax deposited with Form 7004 . . . . . . . . . . . . . | | 32e | |
| | f | Credits: (1) Form 2439 (2) Form 4136 | | 32f | 0 |
| | g | Refundable credits from Form 3800, line 19c, and Form 8827, line 8c . . | | 32g | |
| | | | | 32h | 0 |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ► ☐ | | 33 | |
| | 34 | **Amount owed.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed . . . | | 34 | 0 |
| | 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid . . | | 35 | 0 |
| | 36 | Enter amount from line 35 you want: **Credited to 2011 estimated tax** ► Refunded ► | | 36 | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____    Date _____    ► Title: President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Samuel Eidelman | | 12/11/2012 | | P00846956 |

Firm's name ► Eidelman Certified Public Accounting, PC    Firm's EIN 45-3673871
Firm's address ► 365 Kingston Ave. Suite 1    Phone no. (347) 763-6064
City Brooklyn    State NY    ZIP code 11213

For Paperwork Reduction Act Notice, see separate instructions.
(HTA)    Form **1120** (2010)

34

Form 1120 (2010)    Group Travel Solution Inc                                                27-2164590    Page **2**

## Schedule A    Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . **1** | |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . **2** | |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . **4** | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . **5** | 744,105 |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . **6** | 744,105 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . . **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 . . . **8** | 744,105 |

**9a** Check all methods used for valuing closing inventory:

    (i) ☐ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . . . . . . . . . . . . . **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . ☐ Yes    ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . . ☐ Yes    ☐ No
If "Yes," attach explanation

## Schedule C    Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | 0 |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | 0 |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations . . . . . | | see instruct. | 0 |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . | | 42 | 0 |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 48 | 0 |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . | | 70 | 0 |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . | | 80 | 0 |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . | | 100 | 0 |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | 0 |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | 0 |
| 11 | Dividends from affiliated group members . . . . . . . . . . | | 100 | 0 |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . | | 100 | 0 |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 . | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) . | | | |
| 15 | Foreign dividend gross-up . . . . . . . . . . . . . . | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 . . . . | | | |
| 17 | Other dividends . . . . . . . . . . . . . . . . . . | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities . . . | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . . . ▶ | 0 | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . ▶ | | | 0 |

## Schedule E    Compensation of Officers (see instructions for page 1, line 12)

**Note:** *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.*

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| 1 | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . | | | | | 0 |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return . . . . | | | | | 0 |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 . . . . . | | | | | 0 |

Form **1120** (2010)

35

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | **(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))** | **2010** |
| Department of the Treasury Internal Revenue Service   (99) | ▶ Attach to your tax return.    ▶ See separate instructions. | Attachment Sequence No. **27** |

Name(s) shown on return                                                                    Identifying number

Group Travel Solution Inc

1   Enter the gross proceeds from sales or exchanges reported to you for 2010 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) . . . . . . . |  **1** |

**Part I**   **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)**

| 2 | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

| 3 | Gain, if any, from Form 4684, line 42 . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . | **4** | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . | **5** | |
| 6 | Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . | **6** | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . . . . | **7** | 0 |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| 8 | Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . . . . . | **8** | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) . . . . . . . . . . . . | **9** | 0 |

**Part II**   **Ordinary Gains and Losses (see instructions)**

| 10 | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | | | | | |
|---|---|---|---|---|---|---|---|
| Auto | | 5/14/2010 | 9/13/2010 | 12,250 | 0 | 1 | 12,249 |
| Auto | | 5/14/2010 | 8/19/2010 | 28,000 | 0 | 1 | 27,999 |
| Auto | | 5/14/2010 | 10/4/2010 | 27,600 | 0 | 1 | 27,599 |
| Total from Continuation pages | | | | | | | 228,570 |

| 11 | Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | ( ) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . . | **12** | |
| 13 | Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| 14 | Net gain or (loss) from Form 4684, lines 34 and 41a . . . . . . . . . . . . . . . . | **14** | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . | **15** | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . | **16** | |
| 17 | Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 296,417 |
| 18 | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below: | | |
| a | If the loss on line 11 includes a loss from Form 4684, line 38, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a." See instructions . . . . . | **18a** | |
| b | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 . . . . | **18b** | 0 |

For Paperwork Reduction Act Notice, see separate instructions.                                               Form **4797** (2010)

(HTA)

3ᴸ

Part II, Line 10 Continuation (4797)

Name(s) shown on Form 1040

Group Travel Solution Inc

Your social security number

## Part II    Ordinary Gains and Losses

| 10 | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | Auto | 5/14/2010 | 12/16/2010 | 4,000 | 0 | 1 | 3,999 |
| | Auto | 5/14/2010 | 10/5/2010 | 7,500 | 0 | 1 | 7,499 |
| | Auto | 5/14/2010 | 7/12/2010 | 11,000 | 0 | 1 | 10,999 |
| | Auto | 5/14/2010 | 7/15/2010 | 5,500 | 0 | 1 | 5,499 |
| | Auto | 5/14/2010 | 8/12/2010 | 17,937 | 0 | 1 | 17,936 |
| | Auto | 5/14/2010 | 8/18/2010 | 18,500 | 0 | 1 | 18,499 |
| | Auto | 5/14/2010 | 9/20/2010 | 18,500 | 0 | 1 | 18,499 |
| | Auto | 5/14/2010 | 10/21/2010 | 12,000 | 0 | 1 | 11,999 |
| | Auto | 5/14/2010 | 10/1/2010 | 18,400 | 0 | 1 | 18,399 |
| | Auto | 5/14/2010 | 9/20/2010 | 13,250 | 0 | 1 | 13,249 |
| | Auto | 5/14/2010 | 7/12/2010 | 19,000 | 0 | 1 | 18,999 |
| | Auto | 5/14/2010 | 11/15/2010 | 20,000 | 0 | 1 | 19,999 |
| | Auto | 5/14/2010 | 5/25/2010 | 8,500 | 0 | 1 | 8,499 |
| | Auto | 5/14/2010 | 6/10/2010 | 9,000 | 0 | 1 | 8,999 |
| | Auto | 5/14/2010 | 8/2/2010 | 17,500 | 0 | 1 | 17,499 |
| | Auto | 5/14/2010 | 8/23/2010 | 17,500 | 0 | 1 | 17,499 |
| | Auto | 5/14/2010 | 10/4/2010 | 10,500 | 0 | | 10,499 |

37

Group Travel Solution Inc

27-2164590

# Form 4562 Statement - 1120

12/31/2010

**Listed Property**

Listed property with more than 50% business use (Line 25 and 26)

| Item No. | Description of Property | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Con-vention Code | Prior Accum. Depree., Depree., 179 Bonus | 2010 Depree. | 2010 Accum. Depree. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 9 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 10 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 11 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 12 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 13 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 14 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 15 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 16 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 1 | 1 |
| 17 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 1 | 1 |
| 18 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 19 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 1 | 1 |
| 20 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 21 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 22 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 23 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 24 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 25 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 26 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 27 | Auto | 5/14/2010 | V-6 | 100.00% | 15,500 | 0 | 0 | 0 | 0 | 15,500 | 5 | 200DB | HY | 0 | 2,325 | 2,325 |
| 28 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 29 | Auto | 5/14/2010 | V-8 | 100.00% | 19,100 | 0 | 0 | 0 | 0 | 19,100 | 5 | 200DB | HY | 0 | 2,865 | 2,865 |
| 30 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 31 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 32 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 33 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 34 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 35 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 36 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 37 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 38 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 39 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 40 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 41 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 42 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 43 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 44 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 45 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 46 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 47 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 48 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 49 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 50 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 51 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 52 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 53 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 54 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 55 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 56 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 57 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 58 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 1 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 60 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 61 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 62 | Auto | 5/14/2010 | V-8 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |

© 2010 CCH Small Firm Services. All rights reserved.

38

Group Travel Solution Inc

27-2164590

# Form 4562 Statement - 1120

|  |  |  |  |  |  |  |  |  |  |  |  |  |  | 12/31/2010 |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Description of Property | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Depree. 179, Bonus | 2010 Depree. | 2010 Accum. Depree. |
| 63 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 64 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 65 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 66 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 1 |
| 67 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 1 | 1 |
| 68 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 1 | 1 |
| 69 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 1 | 1 |
| 70 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 1 | 1 |
| 71 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 1 |
| 72 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 1 |
| 73 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 1 |
| 74 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 1 |
| 75 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 1 |
| 76 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 77 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 78 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 1 | 1 |
| 79 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 1 | 1 |
| 80 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 1 |
| 81 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 82 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 83 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 84 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 1 |
| 85 | Auto | 5/14/2010 | V-6 | 100.00% | 14,950 | 0 | 0 | 0 | 0 | 14,950 | 5 | 200DB | HY | 0 | 2,243 | 2,243 |
| 86 | Auto | 5/14/2010 | V-6 | 100.00% | 14,950 | 0 | 0 | 0 | 0 | 14,950 | 5 | 200DB | HY | 0 | 2,243 | 2,243 |
| 87 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 88 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 89 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 90 | Auto | 5/14/2010 | V-5 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 91 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 92 | Auto | 5/14/2010 | V-6 | 100.00% | 10,500 | 0 | 0 | 0 | 0 | 10,500 | 5 | 200DB | HY | 0 | 1,575 | 1,575 |
| 93 | Auto | 11/3/2010 | V-6 | 100.00% | 51,848 | 0 | 0 | 25,924 | 0 | 25,924 | 5 | 200DB | HY | 0 | 3,889 | 29,813 |
| 94 | Auto | 12/29/2010 | V-6 | 100.00% | 59,373 | 0 | 0 | 29,687 | 0 | 29,688 | 5 | 200DB | HY | 0 | 4,463 | 34,140 |
| 95 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 96 | Auto | 5/14/2010 | V-6 | 100.00% | 1 | 0 | 0 | 0 | 0 | 1 | 5 | 200DB | HY | 0 | 0 | 0 |
| 97 | Auto | 5/14/2010 | V-6 | 100.00% | 25,000 | 0 | 0 | 40,848 | 0 | 25,000 | 5 | 200DB | HY | 0 | 3,750 | 3,750 |
| 105 | Auto | 8/17/2010 | V-6 | 100.00% | 81,698 | 0 | 0 | 40,848 | 0 | 40,848 | 5 | 200DB | HY | 0 | 6,127 | 46,975 |
| | Total listed prop with > 50% business use | | | | 292,995 | 0 | 0 | 96,459 | 0 | 196,536 | | | | 0 | 29,487 | 125,946 |
| | Subtotal Listed Property | | | | 292,995 | 0 | 0 | 96,459 | 0 | 196,536 | | | | 0 | 29,487 | 125,946 |

# Form 4562 Reconciliation

| | |
|---|---|
| Annual depreciation and amortization | 29,487 |
| Special allowance except listed property (Line 14) - current year assets | 0 |
| Special allowance - listed property (Line 25) - current year assets | 96,459 |
| Section 179 deduction claimed (Line 26) - current year assets | 0 |
| Section 179 deduction carried forward to future year | 0 |
| Section 179 deduction (Line 12) | 0 |
| Less amortization included in total depreciation and amortization (Line 44) | 0 |
| **Form 4562 , Line 22** | 125,946 |

© 2010 CCH Small Firm Services. All rights reserved.

39

# July 2013 Bank Statement

| 07/23 | Card Purchase | 07/22 Gulf Oil 92040959 Jamaica NY Card 9040 | 69.04 |
| 07/24 | Card Purchase | 07/23 Usps Change of 66100959 800-2383150 TN Card 9040 | 1.00 |
| 07/24 | Card Purchase | 07/23 Usps Change of 66100959 800-2383150 TN Card 9040 | 1.00 |
| 07/24 | Card Purchase | 07/23 Usps Change of 66100959 800-2383150 TN Card 9040 | 1.00 |
| 07/24 | Card Purchase | 07/23 State Highway Admin 301-3883189 MD Card 9040 | 42.00 |
| 07/25 | Card Purchase | 07/24 Vacdc Solutions A 800-870-3002 PA Card 9040 | 400.00 |
| 07/25 | Card Purchase | 07/24 Usps Change of 66100959 800-2383150 TN Card 9040 | 1.00 |
| 07/26 | Card Purchase | 07/25 Ezpass Brespid Toll 800-333-8655 NY Card 9040 | 23.00 |

40

**Barbie Lieber**

| | |
|---|---|
| **From:** | david [davidlipsker@gmail.com] |
| **Sent:** | Monday, July 29, 2013 4:37 PM |
| **To:** | Sharky Laguana |
| **Cc:** | Barbie Lieber |
| **Subject:** | change addrr fraud |

we were just notified by post office that some on filed fraudulent change of address
for froup travel solutions inc, from our address 719 eastern pkway to new address.
we never authorised it.  its a fraud on the post office.  and atempted fraud on the court
they are trying to hijack the  corp.  they are running scared, and trying to pull criminal
shtick.

i also suggest you file immid fro emergency tro against moving of assets
should be ex pa rte  emergency and initially under seal. if you need affidavit
from me ill sign it.  call me


--
National Trademarks
718 363 9505 tel

41

From: **david** <davidlipsker@gmail.com>
Date: Tue, Jul 30, 2013 at 9:29 AM
Subject: complaint change address
To: Sharky Laguana <Sharky@bandago.com>, Barbie Lieber <barbie@lieberlegal.com>, Daniel Gershburg
<daniel@danielgershburg.com>


i filed a complaint with postal inspectors re fraudulent change of address
for group travel solution inc from 719 eastern pkway to who knows where
gave them shneior zilbermans name and gad sebags name
complaint no ca 1139 89 443


--
National Trademarks
718 363 9505 tel

1

42

---------- Forwarded message ----------
From: **david** <davidlipsker@gmail.com>
Date: Tue, Jul 30, 2013 at 10:07 AM
Subject: Re: fraud change addr go van adir group travel.
To: Sharky Laguana <Sharky@bandago.com>, Barbie Lieber <barbie@lieberlegal.com>


postal fraud case no ca113989443

adir group inc  group travel  solutions
and go van rental

postal people are reporting tha zilberman has pick up at my address
for these 3 cos approx 3 times a week. unbeknownst to me, thats
amazing how he can schedule a pick up, stay in front of my house
for the pick up give them the package  all undetected.  and what would
he be shipping under cover of our co.

On Tue, Jul 30, 2013 at 2:01 PM, david <davidlipsker@gmail.com> wrote:
spoke to post office  re fraudulent change of address
i cancelled the forwarding.   turns out zilberman had
3 of my cos forwarded to his address at 391 empire
blvd,which is image rent a car.  postal inspectors are
investigating the fraudulent change.
the 3 cos are
1 adir group inc.
2 group travel solution inc
3 go van rental inc my co as well
he may have moved  assets to that co too

1

43

From: **david** <davidlipsker@gmail.com>
Date: Thu, May 8, 2014 at 7:11 AM
Subject: Re: Postal investigation for change of address
To: Sharky Laguana <Sharky@bandago.com>


gts was changed and adir group was changed from my address to images address on empire
i will find the date, they did usse a cc for the $ 1. fee

1

44